


# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
           Plaintiff

CASE NUMBER: CR: 12-28447JS

VS.

REPORT COMMENCING CRIMINAL
ACTION

BRIMM, Troy Douglas
          Defendant

85908-022
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT      (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.   INFORMATION THAT IS NOT APPLICALBE, MARK   N/A

(1) DATE AND TIME OF ARREST: _____ 6/14/12 _____ A.M. X  P.M. _____

(2) LANGUAGE SPOKEN: _____ ENGLISH _____

(3) OFFENSE CHARGED: _____ ILLICIT SEX _____

(4) DATE OF BIRTH: _____ 4/26/62 _____

(5) TYPE OF CHARGING DOCUMENT:      (CHECK ONE)
{ } INDICTMENT              { X } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
**ORIGINAL DISTRICT:** _____

(6) REMARKS: _____ SUBJECT HAS TWO PENDING CASES _____

(7) DATE: 6/14/12  (8) ARRESTING OFFICER: _____ MILLARD TRAHON _____

(9) AGENCY: _____ USMS _____  (10) PHONE: _____ 786 433 6680 _____

(11) COMMENTS: _____