# MINUTE ORDER

Page 5

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor       Date: 06/14/12    Time: 01:30 PM

Defendant: TROY DOUGLAS BRIMM     J#: 85908-022   Case #: 12-2844-O'SULLIVAN
AUSA: Maria Medetis              Attorney: AFPD - Mike Spivack
Violation: ILLICIT SEXUAL CONDUCT

Proceeding: Initial Appearance            CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at:                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
△ sworn.
AFPD apptd.

Govt - ptd - risk/danger.

Stip to ptd w/ right to revisit. Re △ may revisit.

Court sets.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
(Prelim/Arraign) or Removal: 6/28  10 AM ✓
Status Conference RE:
D.A.R. 13:53:14                              Time in Court: 2

s/John J. O'Sullivan                        Magistrate Judge