

Jun 26, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20482-CR-MOORE/TORRES

18 U.S.C. § 2423(c)
18 U.S.C. § 2426(a)
18 U.S.C. § 2260A
18 U.S.C. § 2428

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

a United States citizen arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce, from the United States to the Dominican Republic, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor A, a person under the age of 18 years of age, in violation of Title 18, United States Code, Sections 2423(c) and 2426(a).

### COUNT 2

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

a United States citizen arrested in Miami-Dade County, in the Southern District of Florida, did travel

in foreign, commerce from the United States to the Dominican Republic, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor B, a person under the age of 18 years of age, in violation of Title 18, United States Code, Sections 2423(c) and 2426(a).

## COUNT 3

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

an individual required by Federal law to register as a sex offender, and arrested in Miami-Dade County, in the Southern District of Florida, committed a felony involving a minor under title 18, United States Code, Section 2423(c), as charged in Counts 1 and 2 of the Indictment; all in violation of Title 18, United States Code, Section 2260A.

## CRIMINAL FORFEITURE

1.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2423 and 2428.

2.  Upon conviction of any violation of Title 18, United States Code, Section 2423(c), as alleged in Counts 1 and 2 of the Indictment, the defendant shall forfeit to the United States: (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the

commission of such offenses; and (2) any property, real or personal, which constitutes, or is derived from, any proceeds, obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARIA K. MEDETIS
ASSISTANT U.S. ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| TROY DOUGLAS BRIMM, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | Superseding Case Information: |

**Court Division**: (Select One)

X  Miami        ___ Key West
___ FTL         ___ WPB         ___ FTP

New Defendant(s)            Yes ___   No ___
Number of New Defendants    ___
Total number of counts      ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   3-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days     X        Petty      ___
   II   6 to 10 days    ___      Minor      ___
   III  11 to 20 days   ___      Misdem.    ___
   IV   21 to 60 days   ___      Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   12-MJ-02844-O'SULLIVAN
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   6/14/2012 (for violation of 18 U.S.C. 2423(c))
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X  No

/s/ M. K. Medetis
MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501214

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TROY DOUGLAS BRIMM

**Case No:** _____

Counts #: 1 and 2

Engaging in Illicit Sexual Conduct in Foreign Places

Title 18, United States Code, Sections 2423(c) and 2426(a)

**\* Max. Penalty:** 60 Years' Imprisonment

Count #: 3

Penalties for Registered Sex Offender

Title 18, United States Code, Sections 2260A

**\*Max. Penalty:** Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.