ĐHS   32663

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by _____ D.C.

**JUN 28 2012**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| United States of America<br>v.<br>TROY DOUGLAS BRIMM, | )<br>)<br>)<br>)<br>)<br>) |

Case No. 12-2844-JJO

12 CR 20482

_____
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TROY DOUGLAS BRIMM   *85908-022*
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Co

This offense is briefly described as follows:

On or about October 20, 2009, the defendant, a United States Citizen, currently located in Miami-Dade County, in the
Southern District of Florida, did travel in foreign commerce from the United States to the Dominican Republic and, on or
about May 3, 2012, engaged in illicit sexual conduct with another person, in violation of Title 18, United States Code,
Section 2423(c).

Date:  6/13/12

_____
*Issuing officer's signature*

City and state:   Miami, Florida

John J. O'Sullivan, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|

   This warrant was received on *(date)*   06-13-12   , and the person was arrested on *(date)*   06-14-12
at *(city and state)*   Subject was brought over from FDC, Miami, FL by USMS

Date:   06-15-12

BY:   JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

NEIL DESOUSA, Acting U.S. Marshal, SD/1
*Printed name and title*