# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 6/28/12     Time: 10:00 AM

Defendant: Troy Douglas Brimm          J#: 85908-004     Case #: 12-20482-CR-MOORE/TORRES
AUSA: Karen Roehlin                                    Attorney: AFPD
Violation: ENGAGE IN ILLICIT SEXUAL CONDUCT; PENALITES FOR REGISTERED SEX OFFENDER
Proceeding: ARRAIGNMENT                    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: STIPULATED Pretrial Detention            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition: Reading of indictment Waived. Not Guilty Plea entered. Jury trial demanded. Standing Discovery Order requested.

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:13:25                                    Time in Court: 2 min