UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20482-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 85908-022

Language: English

The above-named Defendant appeared before Magistrate Judge ALICIA M. OTAZO-REYES. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:         Address: CUSTODY

                    Tel. No:

Defense Counsel:  Name : Federal Public Defender

                 Address:

                 Tel. No:

Bond Set/Continued:  Pretrial Detention - Stipulated

Dated this 28th day of JUNE, 2012.

CLARENCE MADDOX, CLERK

BY  Stephanie A. Lee
     Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge