## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 12-20482-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TROY DOUGLAS BRIMM,

      Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Joaquin Padilla. Please direct any future inquiries, pleadings or correspondence to this attorney on behalf of the Defendant.

    Respectfully submitted,

    MICHAEL CARUSO
    INTERIM FEDERAL PUBLIC DEFENDER

    By:   *s/ Joaquin Padilla*
        Joaquin Padilla
        Assistant Federal Public Defender
        Florida Bar No. 484636
        150 West Flagler Street, Suite 1500
        Miami, Florida 33130
        Tel: 305-530-7000 / Fax: 305-536-4559
        E-Mail: joaquin_padilla@fd.org

## **CERTIFICATE OF SERVICE**

  I HEREBY certify that on **July 2, 2012**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                *s/ Joaquin Padilla*
                 Joaquin Padilla