UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>12-20482-CR-KMM</u>

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

      Defendant.
_____/

## UNITED STATES' FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this fourth response to the Standing Discovery Order [D.E. 12]. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    Attached, please find a copy of written statements made by the defendant.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:        See Indictment.
        Date:        See Indictment.
        Place:       See Indictment.

The attachments to this response are numbered pages Gov. 02188 – Gov. 02190.  Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                      Respectfully submitted,
                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

By:   *s/Maria K. Medetis*
        Maria K. Medetis
        Assistant United States Attorney
        Court Number:  A5501214
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9010
        Fax: (305) 536-4676
        maria.medetis@usdoj.gov

cc:     Special Agent Dianna Ford
        Homeland Security Investigations

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2012, I electronically filed the foregoing United States' Fourth Response to the Standing Discovery Order [D.E.12] with the Clerk of the Court using CM/ECF.  I also certify that on August 10, 2012, a true and correct copy of the foregoing and the attachments referenced therein will be sent via Federal Express for overnight delivery to counsel for the defendant:  Assistant Federal Public Defender Joaquin Padilla, Federal Public Defender's Office, 150 W. Flagler Street, Suite 1500, Miami, FL 33130.

                                      *s/Maria K. Medetis*
                                      Assistant United States Attorney