UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-20482-CR-KMM(s)

**UNITED STATES OF AMERICA**

v.

**TROY DOUGLAS BRIMM,**

  **Defendant.**
_____/

NOTICE OF INTENT TO INTRODUCE EVIDENCE
PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

  The United States of America hereby files this notice as required under Federal Rule of Evidence 902 (11) to advise of the United States' intent to offer as evidence at trial the following self-authenticating certified domestic records of regularly conducted activity:

  1. Certified copies of a passenger manifests for JetBlue Airlines flight number 200 on October 19, 2009, and a passenger manifest for JetBlue Airlines flight number 815 on October 20, 2009, provided by JetBlue Airlines (hereinafter the "JetBlue Records").

  2. Sealed and certified copies of United States Passport application number ending in 2789 for United States passport book number ending in 4522 issued to Troy Douglas Brimm on September 10, 2008, provided by the United States Department of State (hereinafter the "State Department Records").[1]

  Consistent with Federal Rule of Evidence 803(6), a custodian of records for JetBlue Airlines and a custodian of records for the U.S. State Department have each certified in writing that the JetBlue Records and the State Department Records, respectively (a) were made at or near the time by – or from information transmitted by – someone with knowledge; (b) were kept in the course of regularly conducted activity of JetBlue Airlines and the U.S. State Department,

---

[1] The United States will alternatively seek to admit the State Department Records pursuant to Federal Rules of Evidence 902(4) and 803(9) as certified public records.

respectively; and (c) making these record was a regular practice of JetBlue Airlines' and the U.S. State Department's regularly conducted activity. *See* Fed. R. Evid. 803(6) and 902(11).

The United States will seek to introduce the JetBlue Records and the State Department Records pursuant to Rule 902(11) as self-authenticating records that will not require "extrinsic evidence of authenticity in order to be admitted" as evidence at trial. *See* Fed. R. Evid. 902(11). Further, the United States will seek to admit these certified records under Federal Rule of Evidence 803(6), as an exception to the rule against hearsay. *See* Fed. R. Evid. 803(6) (Records of Regularly Conducted Activity).

       Respectfully submitted,
       WIFREDO A. FERRER
       UNITED STATES ATTORNEY

By:   *s/Maria K. Medetis*
      Maria K. Medetis
      Assistant United States Attorney
      Court Number: A5501214
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9010
      Fax: (305) 536-4676
      maria.medetis@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 14, 2012, I electronically filed the foregoing United States' Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 803(6) and 902(11) with the Clerk of the Court using CM/ECF.

*s/Maria K. Medetis*
Assistant United States Attorney

3