

FILED by CF D.C.
ELECTRONIC
AUG 14, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20482-CR-KMM(s)**
**18 U.S.C. § 2423(c)**
**18 U.S.C. § 2426(a)**
**18 U.S.C. § 2260A**
**18 U.S.C. § 2428**

**UNITED STATES OF AMERICA**

**v.**

**TROY DOUGLAS BRIMM,**

**Defendant.**

_________________________________/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

a United States citizen arrested in Miami-Dade County, in the Southern District of Florida, did travel in foreign commerce, from the United States to the Dominican Republic, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor D.G.M., a person under the age of 18 years of age, in violation of Title 18, United States Code, Sections 2423(c) and 2426(a).

### COUNT 2

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

a United States citizen arrested in Miami-Dade County, in the Southern District of Florida, did travel

in foreign, commerce from the United States to the Dominican Republic, and engage in any illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with Minor J.R.P., a person under the age of 18 years of age, in violation of Title 18, United States Code, Sections 2423(c) and 2426(a).

**COUNT 3**

From on or about October 20, 2009, to on or about May 3, 2012, the defendant,

**TROY DOUGLAS BRIMM,**

an individual required by Federal and other law to register as a sex offender, and arrested in Miami-Dade County, in the Southern District of Florida, committed a felony involving a minor under title 18, United States Code, Section 2423(c), as charged in Counts 1 and 2 of the Superseding Indictment; all in violation of Title 18, United States Code, Section 2260A.

**CRIMINAL FORFEITURE**

1. The allegations of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Sections 2423 and 2428.

2. Upon conviction of any violation of Title 18, United States Code, Section 2423(c), as alleged in Counts 1 and 2 of the Superseding Indictment, the defendant shall forfeit to the

United States: (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses; and (2) any property, real or personal, which constitutes, or is derived from, any proceeds, obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TROY DOUGLAS BRIMM,

Defendant.
_______________________________/

CASE NO. 12-20482-CR-KMM(s)

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

X Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No X
Number of New Defendants ___
Total number of counts 3

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect ___

4. This case will take 3-5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
If yes:
Judge: K. Michael Moore Case No. 12-CR-20482
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) Yes
If yes:
Magistrate Case No. 12-MJ-02844-O'Sullivan
Related Miscellaneous numbers: ___
Defendant(s) in federal custody as of 06/14/2012
Defendant(s) in state custody as of ___
Rule 20 from the ___ District of ___

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes X No

MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501214

Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **TROY DOUGLAS BRIMM**

**Case No:** 12-20482-CR-KMM(s)

Counts #: 1-2

Engaging in Illicit Sexual Conduct in Foreign Places

18 United States Code, Sections 2423(c) and 2426(a)

*** Max.Penalty**: 60 Years' Imprisonment

Count #: 3

Penalties for Registered Sex Offender

18 United States Code, Sections 2260A

***Max. Penalty:** Life Imprisonment

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**