UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-20482-CR-KMM(s)

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

        **Defendant.**
_____/

**SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE EVIDENCE
PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**

       The United States of America hereby files this supplemental notice as required under Federal Rule of Evidence 902 (11) to advise of the United States' intent to offer as evidence at trial the following self-authenticating certified domestic records of regularly conducted activity (collectively, the "Sex Offender Registration Records").

       1.    Certified copies of the following four (4) documents received from the California Department of Justice, Sex Offender Tracking Program:

         a. Form 8047 Notice of Sex Offender Registration Requirement signed by Troy Douglas Brimm on April 23, 1998.

         b. Form 8047 Notice of Sex Offender Registration Requirement signed by Troy Douglas Brimm on January 7, 2003, pertaining to a state of California conviction on July 18, 2001.

         c. Form 8047 Notice of Sex Offender Registration Requirement signed by Troy Douglas Brimm on March 22, 2006.

         d. Form 8047 Notice of Sex Offender Registration Requirement signed by Troy Douglas Brimm on November 8, 2006.

2. Certified copy of a Sex Offender Registration form signed by Troy Douglas Brimm on November 18, 1991, that was received from the Stanislaus County Sheriff's Department.

Consistent with Federal Rule of Evidence 803(6), custodians of records for the California Department of Justice and the Stanislaus County Sheriff's Department, respectively, have certified in writing that the Sex Offender Registration Records (a) were made at or near the time by – or from information transmitted by – someone with knowledge; (b) were kept in the course of regularly conducted activity of the California Department of Justice and the Stanislaus County Sheriff's Office; and (c) making these record was a regular practice of the California Department of Justice's and the Stanislaus County Sheriff's Office's regularly conducted activity. *See* Fed. R. Evid. 803(6) and 902(11).

The United States will seek to introduce the Sex Offender Registration Records pursuant to Rule 902(11) as self-authenticating records that will not require "extrinsic evidence of authenticity in order to be admitted" as evidence at trial. *See* Fed. R. Evid. 902(11). Further, the United States will seek to admit these certified records under Federal Rule of Evidence 803(6), as an exception to the rule against hearsay. *See* Fed. R. Evid. 803(6) (Records of Regularly Conducted Activity). [1]

                Respectfully submitted,
                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By: *s/Maria K. Medetis*
      Maria K. Medetis
      Assistant United States Attorney
      Court Number: A5501214

---

[1] The United States will alternatively seek to admit these Sex Offender Registration Records pursuant to Federal Rules of Evidence 902(4) and 803(9) as certified public records.

99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9010
Fax: (305) 536-4676
maria.medetis@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 18, 2012, I electronically filed the foregoing United States' Supplemental Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 803(6) and 902(11) with the Clerk of the Court using CM/ECF.

*s/Maria K. Medetis*
Assistant United States Attorney