UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-20482-CR-MOORE(S)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

TROY DOUGLAS BRIMM,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 85908-022

Language: ENGLISH

The above-named Defendant appeared before **U.S. Magistrate Judge EDWIN G. TORRES.** The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:_____

        Tel. No:_____

Defense Counsel:  Name: AFPD_____

        Address:_____

        Tel. No:_____

        Bond Set/Continued: PRETRIAL DETENTION

Dated this __22ND__ day of __AUGUST__, 2012.

STEVEN M. LARIMORE, CLERK

BY__ELIZABETH RODRIGUEZ__
    Deputy Clerk