UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant(s).
_____/

**MINUTES OF CALENDAR CALL HELD ON August 23, 2012
FOR MIAMI TRIAL DOCKET BEGINNING 08/27/2012
TIME: 10 Minutes**

Court Clerk:    Robin Godwin

Reporter:    Larry Herr

AUSA:    Maria Medetis

Defense:    Joaquin Padilla, AFPD

Defendant not required to be present in Court

**PROCEEDINGS**

Government announced ready. Anticipates trial lasting 1-2 days, with 6-7 witnesses. Jury Instructions to be filed today.