UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20482-CR-KMM(s)

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

       Defendant.
_____/

## UNITED STATES' PROPOSED JURY INSTRUCTION – OTHER ACTS EVIDENCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the following proposed jury instruction regarding other acts evidence.

Should the court permit the United States to introduce the testimony of D.L. and the defendant's prior convictions from 1991, 1997, and 2001, the United States respectfully requests that the Court instruct the jury as follows:

You are instructed that evidence of conduct by the Defendant on a previous occasion has been offered by the Government for its bearing on any matter to which it is relevant, including the Defendant's disposition or propensity to commit the offense that is charged in the Superseding Indictment and the improbability that the Defendant has been falsely or mistakenly accused of these crimes.

It is entirely up to the jury to determine what weight, if any, such "other conduct" evidence deserves. In reaching your conclusion, you may consider all of the surrounding facts and circumstances of such testimony and give it such weight as you think it is entitled to receive in light of your experience and knowledge of human affairs.

However, you are cautioned that the Defendant is not on trial here for any acts or crimes not alleged in the Superseding Indictment. The Defendant may not be convicted of the crimes charged in the Indictment if you were to find only that he committed other crimes at some other time. You are reminded that, at all times, the Government bears the burden of proving beyond a reasonable doubt that the Defendant committed the offense charged in the Superseding Indictment.[1]

                    Respectfully submitted,
                    WIFREDO A. FERRER
                    UNITED STATES ATTORNEY

By:   *s/Maria K. Medetis*
       Maria K. Medetis
       Assistant United States Attorney
       Court Number: A5501214
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9010
       Fax: (305) 536-4676
       maria.medetis@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 26, 2012, I electronically filed the foregoing United States' Supplemental Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 803(6) and 902(11) with the Clerk of the Court using CM/ECF.

                    *s/Maria K. Medetis*
                    Assistant United States Attorney

---

[1]   *See United States v. Batton*, 602 F.3d 1191 at 1199 (10th Cir. 2010).