UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-20482-CR-KMM(s)

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

        **Defendant.**
_____/

**SECOND SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE
EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**

      The United States of America hereby files this supplemental notice as required under Federal Rule of Evidence 902 (11) to advise of the United States' intent to offer as evidence at trial the following self-authenticating certified domestic records of regularly conducted activity.

1. Certified copies of records from Bank of the West for bank accounts ending in 2132, 4767, and 7246 held by the defendant.

2. Certified copies of records from Google Inc. regarding the gmail account of Troy.Brimm@gmail.com.

      Consistent with Federal Rule of Evidence 803(6), custodians of records for the Bank of the West and Google Inc. have certified in writing that the bank records and gmail account records (a) were made at or near the time by – or from information transmitted by – someone with knowledge; (b) were kept in the course of regularly conducted activity of the California Department of Justice and the Stanislaus County Sheriff's Office; and (c) making these record was a regular practice of the California Department of Justice's and the Stanislaus County Sheriff's Office's regularly conducted activity.  *See* Fed. R. Evid. 803(6) and 902(11).

      Accordingly, the United States will seek to introduce the records from the Bank of the West and Google Inc.  pursuant to Rule 902(11) as self-authenticating records that will not

require "extrinsic evidence of authenticity in order to be admitted" as evidence at trial.  *See* Fed. R. Evid. 902(11).  Further, the United States will seek to admit these certified records under Federal Rule of Evidence 803(6), as an exception to the rule against hearsay.  *See* Fed. R. Evid. 803(6) (Records of Regularly Conducted Activity).

        Respectfully submitted,
        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   *s/Maria K. Medetis*
      Maria K. Medetis
      Assistant United States Attorney
      Court Number:  A5501214
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9010
      Fax: (305) 536-4676
      maria.medetis@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 26, 2012, I electronically filed the foregoing United States' Supplemental Notice of Intent to Introduce Evidence Pursuant to Federal Rules of Evidence 803(6) and 902(11) with the Clerk of the Court using CM/ECF.

        *s/Maria K. Medetis*
        Assistant United States Attorney