UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>12-20482-CR-KMM(s)</u>

**UNITED STATES OF AMERICA**

**v.**

**TROY DOUGLAS BRIMM,**

      **Defendant.**
_____/

### UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

The United States respectfully requests that the Court include in its voir dire the attached questions in addition to the questions usually asked by the Court.

The United States also requests that leave be granted to orally tender such supplemental questions as may be necessitated by the answers of the prospective jurors.

                        Respectfully submitted,
                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

By:   *s/Maria K. Medetis*
        Maria K. Medetis
        Assistant United States Attorney
        Court Number: A5501214
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9010
        Fax: (305) 536-4676
        maria.medetis@usdoj.gov

**BIAS – SEX OFFENSES AND SEX OFFENDER REGISTRATION**

    a.    Have you or anyone you know, including family members or friends, been a victim of a sexual offense?

    b.    Does anyone have strong feelings about sexual offenses?

    c.    Does anyone believe it should NOT be the government's concern/responsibility to investigate and/or prosecute sex offenses?

    d.    Does anyone have strong feelings about state or federal laws that require previously convicted sex offenders to register with the government?

**BIAS – GENERALLY**

    a.    If the United States proves the guilt of the defendant beyond a reasonable doubt of the crimes charged, would any of you have any difficulty whatsoever in returning a verdict of guilty?

    b.    Do each of you presently feel that you could listen to the evidence in this case and deliberate on a verdict with a completely open and impartial mind?

**EXPERIENCE WITH LAW ENFORCEMENT/GOVERNMENT**

    a.    This case was investigated by Immigration and Customs Enforcement, Homeland Security Investigations.  Have you, or any members of your family, or any of your friends, to the best of your knowledge, had any experience with this agency or any agency of the United States Government that would or could prejudice you either for or against the Government?

    b.    Have you, or any members of your family, or any of your friends, ever been arrested or convicted of a crime?  If so, what were the circumstances?

    c.       Have you, or any members of your family, or any of your friends, ever been investigated for any crime?

    d.       Has any experience with local, state or federal law enforcement officers left you with bad feelings about the government or law enforcement officers?

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2012, I electronically filed the foregoing United States' Proposed Voir Dire Questions with the Clerk of the Court using CM/ECF.

                              *s/Maria K. Medetis*
                              Assistant United States Attorney