UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-20482-CR-MOORE/TORRES

**UNITED STATES OF AMERICA,**

vs.

**TROY DOUGLAS BRIMM,**

      **Defendant.**
_____/

## GOVERNMENT'S NOTICE OF EXPERT WITNESSES AND SUMMARY OF TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Expert Witnesses and Summary of Testimony, and in support thereof, states as follows:

At trial, the Government may call Miami-Dade Police Department Fingerprint Analyst Kenneth Wyatt to testify regarding his comparison of a set of fingerprints taken from the defendant on June 14, 2012, upon his arrest in the instant case with fingerprints taken from the defendant upon registering as a convicted sex offender on January 7, 2003 and November 8, 2006. The qualification of Fingerprint Analyst Kenneth Wyatt to testify as an expert in the field of fingerprint comparison have previously

been provided to defense counsel.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        s/Maria K. Medetis
        Maria K. Medetis
        Assistant United States Attorney
        Court No. A5501214
        99 N.E. 4th Street
        Miami, Florida 33132
        Ph: (305) 961-9010
        Fax: (305) 536-4676

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court, and a copy was served upon all counsel of record, using CM/ECF on August 27, 2012.

        /s Maria K. Medetis
        Maria K. Medetis
        Assistant United States Attorney