# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20482 CR KMM

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20482-CR-KMM(s)

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,
Defendant.
_____/

FILED by _____ D.C.
AUG 24 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## SUPERCEDING STIPULATION OF FACTS

The Defendant, Troy Douglas Brimm, agrees and stipulates that the following facts are true and not in dispute:

1. The Defendant traveled in foreign commerce on October 20, 2009 when he flew from the United States to Puerto Plata, Dominican Republic aboard JetBlue Airlines flight 815.

2. From October 20, 2009 through May 8, 2012 the defendant did not travel outside of the Dominican Republic.

Page 1 of 2

3. On May 8, 2012, the defendant traveled while in the custody of the U.S. Marshal Service from Puerto Plata, Dominican Republic to Miami, Florida, in the Southern District of Florida, aboard American Airlines flight 680.

4. The Defendant was born in the United States and is a United States citizen.

The Defendant, Troy Douglas Brimm, does not, however, because he can not, agree nor stipulate to the following:

5. That minor D.E.M. was born on September 6, 1999.

6. That minor J.R.P. was born on October 26, 1996.

Defendant avers that the foregoing, under penalty of perjury, is true and correct.

Date: August 22, 2012

_____
Troy Douglas Brimm
Defendant



Troy Brimm 85468-022
FDC Miami
PO Box 019120
Miami FL 33101-9120

**USMS INSPECTED**

RECEIVED

U.S. District Court
Attn: Clerk of the Court
400 N. Miami Ave, Room 8N09
Miami FL 33128-7716

LEGAL MAIL
Confidential Correspondence