UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

      Defendant.
_____/

**MINUTES - CRIMINAL TRIAL**
**DATE:  August 28, 2012**
**TIME: 7 Hours**

| | |
|---|---|
| AUSA: | Maria Medetis and Frances Villamontes |
| AFPD: | Joaquin Padilla and Bonnie Phillips-Williams |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Morning session:  Bonnie Lewis<br>Afternoon session:  Carleen Horenkamp |
| Interpreter: | None |

Voir Dire begins; Jury impaneled and sworn

Opening Statement by Government and Defense

Testimony:
1. Alvaro Flores, Special Agent, Homeland Security Investigations
2. Richard McManaway, Special Agent, Homeland Security Investigations
3. Andrea Habbel de Mena
4. Nelson del Rosario, Dominican Republic National Police
5. D.G.M.
6. J.R.P.

Court Adjourns.  Trial will continue August 29, 2012 at 9:00 a.m.