AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

United States of America

V.

Troy Douglas Brimm

## EXHIBIT AND WITNESS LIST

Case Number: 12-CR-20482-KMM(s)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable K. Michael Moore | Maria K. Medetis, AUSA | Joaquin E. Padilla, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/28/2012 - 8/29/2012 | Bonnie Lewis / Carleen Horenkamp | Robin Godwin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8-28 | ✓ | ✓ | Factual Stipulations |
| 2 | | 8-28 | ✓ | ✓ | Certified copy of Troy Douglas Brimm's Birth Certificate |
| 3 | | 8-28 | ✓ | ✓ | Certified copy of conviction in case no. 91-273492 |
| 4 | | 8-28 | ✓ | ✓ | Certified copy of conviction in case no. 96-CR-05180 |
| 5 | | 8-28 | ✓ | ✓ | Certified copy of conviction case no. 01-203128 |
| 6a-d | | 8-28 | ✓ | ✓ | Composite of Troy Brimm's Sex Offender Registration Forms |
| 7 | | 8-28 | ✓ | ✓ | Compact disc of emails for gmail account troy.brimm@gmail.com |
| 8 | | 8-28 | ✓ | ✓ | Email message dated September 14, 2010, 4:05 p.m., from Troy Brimm |
| 9 | | 8-28 | ✓ | ✓ | Email message dated November 30, 2010, 8:04 p.m., from Troy Brimm |
| 10 | | 8-28 | ✓ | ✓ | Email message dated April 12, 2012, 6:19 a.m., from Troy Brimm |
| 11 | | 8-28 | ✓ | ✓ | Email message dated April 23, 2012, 10:43a.m., from Troy Brimm |
| 12 | | 8-28 | ✓ | ✓ | Email message dated April 27, 2012, 10:30 a.m., from Troy Brimm |
| 13 | | 8-28 | ✓ | ✓ | United States Passport of Troy Douglas Brimm |
| 14 | | 8-28 | ✓ | ✓ | Birth Certificate of D.G.M. |
| 15 | | 8-28 | ✓ | ✓ | Birth Certificate of J.R.P. |
| 16 | | 8-28 | ✓ | ✓ | Letter from Cita del Sol Condomiumium to Troy Brimm, dated April 24, 2012 |
| 17 | | 8-28 | ✓ | ✓ | Letter from Troy Brimm to Andrea Habel de Mena, dated May 4, 2012 |
| 18 | | | | | Photograph |
| 19 | | | | | Photograph |
| 20 | | 8-29 | ✓ | ✓ | Fingerprint Card for Troy Brimm, dated June 14, 2012 |
| 21 | | 8-29 | ✓ | ✓ | Copy of Government Exhibit 6B Examined by MDPD Fingerprint Analyst |
| 22 | | 8-29 | ✓ | ✓ | Copy of Government Exhibit 6C Examained by MDPD Fingerprint Analyst |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America vs. Troy Douglas Brimm | | | | | CASE NO. 12-CR-20482-KMM(s) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | | | | HDE Invoice |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | | Troy Douglas Brimm | CASE NO. 12-CR-20482-KMM(s) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WITNESSES** |
| | | 8-28 | | | Alvaro Flores, Special Agent, Homeland Security Investigations |
| | | 8-28 | | | Yen Fatule, Foreign Service National Investigator, Homeland Security Investigations |
| | | 8-28 | | | Richard McManaway, Special Agent, Homeland Security Investigations |
| | | 8-28 | | | Andrea Habbel de Mena |
| | | 8-28 | | | Nelson del Rosario, Dominican Republic National Police |
| | | 8-28 | | | D.G.M. |
| | | 8-28 | | | J.R.P. |
| | | | | | L.A.K. |
| | | | | | L.R.K. |
| | | | | | Marien De Jesus Mateo Mora, Dominican National Police |
| | | | | | Aaron Sanchez, United States Marshal's Service |
| | | 8-29 | | | Kenneth Wyatt, Finger Print Analyst, Miami-Dade Police Department |
| | | 8-29 | | | Dean Lumpkin |
| | | 8-29 | | | Davy Reid |

Page 3 of 3 Pages