UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant(s).
_____/

**NOTE FROM JURY**

1. Does the Lifetime Registration require Registration if in a Foreign Country?

2. Would the Act or Law that allows someone to be Prosecuted due to Acts in Foreign Country also say that a Registered Predator must Register in that place of Domicile?

3. The Following clause: "If I have no residence address (transient), ~~in addition~~ I must register in the Jurisdiction where I am physically present as a transient within five (5) working days of becoming transient.

                                                     Jury Foreperson

Date: 8/29/12
Time: 11:58 AM

COURT'S EXHIBIT NO. 6D

Rec'd 12:27 pm
R. Godin

Court's #1

3.) Ⓐ Please define Jurisdiction as it applies to this clause.

Ⓑ Please define transient as it refers to this clause.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant(s).
_____/

**RESPONSE FROM COURT**

Dear Jurors, In answer to your note, you should base your verdict on the evidence that has been presented and the Court's instructions on the law that have been previously provided to you.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Date: 8/29/12

Time: 12:52

COURT'S EXHIBIT NO. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant(s).
_____/

**NOTE FROM JURY**

We have reached A Verdict.

_____
Jury Foreperson

Date: 8/29/12
Time: 1:00 PM

COURT'S EXHIBIT NO. 3