UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CR-20482-KMM

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

       **Defendant.**

_____/

## VERDICT

We the Jury in the above-captioned case, unanimously find as follows:

As to <u>Count 1</u> of the Superseding Indictment, we find the Defendant TROY DOUGLAS BRIMM,

    GUILTY        ✓

    NOT GUILTY    _____

As to <u>Count 2</u> of the Superseding Indictment, we find the Defendant TROY DOUGLAS BRIMM,

    GUILTY        ✓

    NOT GUILTY    _____

As to <u>Count 3</u> of the Superseding Indictment, we find the Defendant TROY DOUGLAS BRIMM,

  GUILTY     ✓

  NOT GUILTY   \_\_\_\_\_

SO SAY WE ALL, this 29 day of August, 2012.

        _____
        FOREPERSON

        _____
        PRINTED NAME OF FOREPERSON