UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant.
_____/

**MINUTES - CRIMINAL TRIAL**
**DATE: August 29, 2012**
**TIME: 4 Hours 30 Minutes**

| | |
|---|---|
| AUSA: | Maria Medetis and Frances Villamontes |
| AFPD: | Joaquin Padilla and Bonnie Phillips-Williams |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Bonnie Lewis |
| Interpreter: | None |

Testimony:
1. Davy Reid
2. Kenneth Wyatt
3. Dean Lumpkin

Govt. rests
Defense rests
Closing Arguments
Jury Instructions
Jury Begins Deliberations 11:30 a.m.
Jury Verdict returned 1:00 PM
    Defendant found guilty as to Counts 1, 2 and 3 of Superseding Indictment
Sentencing scheduled for 12/6/2012 at 2:00 PM