UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

    Defendant(s).
_____/

## STIPULATION FOR WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: August 29th, 2012

_____
Maria Medetis, AUSA

_____
Joaquin Padilla, AFPD

Stipulation herein approved
this 29th day of August, 2012

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE