```
                 IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                   Case No. 12-20482-CR-KMM

UNITED STATES OF AMERICA,

                       Plaintiff,          AUGUST 28, 2012
                                           1:28 P.M.


        vs.


TROY DOUGLAS BRIMM,

                       Defendant.          PAGES 1 THROUGH 86
```
_____

```
                 VOLUME 1 - AFTERNOON SESSION
                TRANSCRIPT OF CRIMINAL JURY TRIAL

              BEFORE THE HONORABLE K. MICHAEL MOORE
                 UNITED STATES DISTRICT JUDGE
                       and a Jury of 12

APPEARANCES:

FOR THE PLAINTIFF:     Ms. Maria K. Medetis, AUSA
                       Ms. Francis Viamontes, AUSA
                       OFFICE OF U.S. ATTORNEY
                       99 N.E. 4th Street
                       Miami, Florida  33132



FOR THE DEFENDANT:     Mr. Joaquin E. Padilla, AFPD
                       Ms. Bonnie Phillips-Williams, AFPD
                       FEDERAL PUBLIC DEFENDER'S OFFICE
                       15th Floor
                       150 W. Flagler Street
                       Miami, Florida  33130-1556



COURT REPORTER:        Carly L. Horenkamp
                       U.S. District Court
                       400 N. Miami Avenue, Room 13-4
                       Miami, Florida  33128
                       (305) 523-5138
```

```
 1                    I  N  D  E  X

 2    Certificate ---------------------------------------- 86

 3


 4
                          W I T N E S S
 5    ON BEHALF OF THE GOVERNMENT:                      PAGE
      NELSON DEL ROSARIO
 6    DIRECT EXAMINATION BY MS. VIAMONTES                  5
      CROSS-EXAMINATION BY MS. PHILLIPS-WILLIAMS          13
 7    REDIRECT EXAMINATION BY MS. VIAMONTES               15

 8    Dxxxxx Sxxxx Gxxxx Mxxxxxxx
      DIRECT EXAMINATION BY MS. MEDETIS                   17
 9    CROSS-EXAMINATION BY MR. PADILLA                    27
      REDIRECT EXAMINATION BY MS. MEDETIS                 48
10
      Jxxx Axxxxxx Rxxxxxxxx Pxxxxxx
11    DIRECT EXAMINATION BY MS. MEDETIS                   51
      CROSS-EXAMINATION BY MR. PADILLA                    68
12    REDIRECT EXAMINATION BY MR. MEDETIS                 80

13


14


15


16
                          E X H I B I T S
17    GOVERNMENT EX. NO.:                     OFFERED ADMITTED
      14 - Birth Cert., Dxxxxx Sxxxx Gxxxx Mxxxxxxx   50      50
18    15 - Birth Cert., Jxxx Axxxxxx Rxxxxxxxx Pxxxxxx  50      50

19


20


21


22


23


24


25
```

1    (No Jury, 1:28 p.m.)

2        THE COURT:  Well, Mr. Padilla, we had an opportunity

3    to do some research over the lunch break and we came up with an

4    Eleventh Circuit case.  It is *United States versus Richard*

5    *Carino*, 368 Fed.Appx. 929, 2010.  There was an issue as to the

6    admission in the prosecution of child pornography.  The

7    evidence that defendant was 48 years old at the time of trial,

8    sexually molested his sister when he was 16 and she was 11, so

9    over 30 years old.

10        "We review the district court's evidentiary rulings

11    for an abuse of discretion.  Generally, 'propensity' evidence

12    is inadmissible.  See Federal Rule of Evidence 404(b).  An

13    exception exists, however, for 'child molestation' cases."

14        Continuing on:  "It follows that in prosecutions for

15    possession or receiving child pornography, evidence that a

16    defendant has engaged in child molestation in the past is

17    admissible as evidence that he is more likely to have committed

18    the offense charged."  So you learn something new every day.

19        MS. MEDETIS:  I learned, Your Honor, that your law

20    clerk is far better at researching the law than I am or that

21    you are, Your Honor.

22        THE COURT:  Well, he is.  He gets the credit.  I'll

23    give credit where credit is due.  You still have to go through

24    the 403 analysis, which I'm assuming that you would object to.

25        MR. PADILLA:  Yes, Judge.

```
 1        THE COURT:  But other than that -- and they do cite
 2   other circuits as well.  So I think I am guided by this
 3   Eleventh Circuit opinion, and the government is requesting it
 4   and I think based on this that they're entitled to an
 5   instruction that's consistent with the law in this circuit.
 6   I'll give you whatever time we have available, if you want, to
 7   pursue your own research.  I'm not sure if there's going to be
 8   enough time, if you have any cases to the contrary, but...
 9        MR. PADILLA:  If I can just have a copy of that,
10   Judge, I'd appreciate it.
11        THE COURT:  Okay.  Bring the jury in.
12        MS. MEDETIS:  Your Honor, just one more clarification.
13   There was an error in the record at the beginning of trial.  I
14   just want to be very clear on the record.  Mr. Padilla had
15   alluded to the government's request to introduce the testimony
16   of a witness, Dean Lumpkin, under 414, and how the age of the
17   victim at the time of the crime did not qualify as an offense
18   under 414.  But I wanted to note for the Court that the
19   government noticed that offense up and the testimony of Dean
20   Lumpkin under Rule 413, and I can refer the Court to the United
21   States' notice of intent to introduce 413 and 414 evidence, as
22   well as the United States' response to the defendant's motion
23   in limine on the 413 and 414 evidence, whereby Rule 413 does
24   not have that age limitation that 414 does, and so I wanted to
25   make clear, put that on the record as well should that get
```

```
 1    revisited.
 2            THE COURT:  Okay.  Would you bring the jury in?
 3            COURT SECURITY OFFICER:  (Complies).
 4        (Jury Present.)
 5            THE COURT:  Good afternoon, ladies and gentlemen.
 6    Please be seated.
 7            Okay.  Call your next witness.
 8            MS. VIAMONTES:  The government calls Nelson
 9    del Rosario.  Your Honor, the government is using an
10    interpreter to facilitate the witness's testimony.
11            THE COURT:  Okay.
12            MS. VIAMONTES:  Could you please swear them in both?
13        (Interpreters sworn to interpret answers correctly from
14    Spanish to English.)
15            NELSON DEL ROSARIO, GOVERNMENT WITNESS, SWORN
16            MS. VIAMONTES:  Your Honor, may I approach to get a
17    microphone for the interpreter?
18            THE COURT:  Okay.
19                        DIRECT EXAMINATION
20    BY MS. VIAMONTES:
21    Q.  Good afternoon, sir.  How are you?
22    A.  Good afternoon.
23    Q.  Could you please state your name for the record.
24    A.  My name is Sergeant Nelson del Rosario.
25    Q.  Can you please spell your last name.
```

```
 1    A.  Del, D-E-L, R-O-S-A-R-I-O.

 2    Q.  Sergeant del Rosario, where do you live?

 3    A.  Sosua, Puerto Plata, Santa Domingo.

 4    Q.  What do you do for a living in Santa Domingo or the

 5    Dominican Republic?

 6    A.  I'm a sergeant with National Police in investigations.

 7    Q.  How long have you been a police officer?

 8    A.  Ten years.

 9    Q.  What are your duties as a sergeant with the Dominican

10    National Police?

11    A.  Preserve order and make sure that no criminal acts occur in

12    my area of responsibility.

13    Q.  And if crimes do occur, do you get involved in the

14    investigation of those crimes?

15    A.  Yes.

16    Q.  Sergeant del Rosario, were you working on May 2nd of this

17    year?

18    A.  Yes.

19    Q.  Did you receive a complaint regarding a missing child?

20    A.  Yes.

21    Q.  Do you recall the name of the boy that was reported

22    missing?

23    A.  Yes.

24    Q.  What was his name?

25    A.  Dxxxxx Sxxxx Gxxxx Mxxxxxxx.
```

1    Q.   And who reported Dxxxxx Sxxxx Gxxxx Mxxxxxxx missing?

2    A.   His father, his mother, and a sister.

3    Q.   Once you received that missing persons report, once you

4    learned that there was a boy missing, what did you do?

5    A.   I immediately called my superiors, as I habitually do, so

6    as to inform them of what was happening.

7    Q.   Once you informed your superiors that a boy with the

8    initials DGM was missing, did you go looking for the boy?

9    A.   Yes.

10   Q.   What did you do in order to try and find DGM on May 2nd,

11   2012?

12   A.   We went looking for him in the places where he had a habit

13   of being.  We asked -- accompanied by his father and another

14   policeman, we went to several places, and we did not -- did not

15   find him.

16   Q.   Were you working on May 3rd, 2012?

17   A.   Yes.

18   Q.   And were you working in your same capacity as a sergeant

19   with the Dominican National Police?

20   A.   Yes.

21   Q.   Sergeant, on the morning of May 3rd, 2012, did you learn

22   whether Dxxxxx had been found or if he was still missing?

23   A.   I did not know anything.  I did not know.

24   Q.   After arriving at work, did DGM's parents again come to the

25   police department?

1   A.  Yes.

2   Q.  And when they arrived, did you learn whether the boy was

3   still missing?

4   A.  Yes, because they indicated it to me.

5   Q.  Once you learned that DGM was still missing on the morning

6   of May 3rd of this year, what did you do?

7   A.  Immediately when they appeared, I went and told my

8   superior.  I called my superior, the colonel, and the other

9   superior, Galvez.

10  Q.  Did you learn of a location where the boy may be?

11  A.  Yes.

12  Q.  And after learning that information, where did you go?

13  A.  We went to Cabarete.

14  Q.  Specifically, Cabarete is what?  Describe that to the jury.

15  What is Cabarete?

16  A.  Cabarete is like an inspector's office for the police,

17  bigger.

18  Q.  Is there a town named Cabarete?

19  A.  Yes.

20  Q.  Okay.  So when you say you went to Cabarete, did you mean

21  the police department within that town?

22  A.  Yes.

23  Q.  Why did you report to the police department within

24  Cabarete?

25  A.  That's where my superior was.  I immediately indicate it to

 1   him.

 2   Q.   After you went to visit your superior, did you go to a

 3   condominium complex or a hotel in Cabarete?

 4   A.   A hotel, yes.

 5   Q.   And what was the name of that hotel?

 6   A.   Cita del Sol.

 7   Q.   What did you do when you first arrived at Cita del Sol?

 8   A.   We went accompanied by the commander from Cabarete.  We

 9   proceeded to talk to the security guard so as to go on into --

10   into the apartment where the boy was.

11   Q.   After you were allowed by security to enter on to Cita del

12   Sol, did you knock on an apartment door?

13   A.   We went and we knocked on a door, but there was no one at

14   the door where we knocked.

15   Q.   The first door that you knocked at, why did -- why did you

16   believe the person you were looking for, the missing boy, might

17   be at that apartment?

18           MS. PHILLIPS-WILLIAMS:  Objection, hearsay.

19           THE COURT:  Overruled.

20   BY MS. VIAMONTES:

21   Q.   You can answer the question.

22   A.   Her question?

23   Q.   Would you like me to repeat it?

24   A.   Yes, please.

25   Q.   After you were granted permission by security to enter into

1    Cita del Sol, why did you go to the first apartment that you

2    knocked on the door?

3    A.   Because the boy who took us to the hotel took us to that

4    room directly.

5    Q.   Okay.  So let me just clarify, aside from you and the boy's

6    father, DGM's father, who else was with you looking for DGM?

7    A.   A boy, Lieutenant Galvez, another policeman, and the

8    security guard, and the boy's father.

9    Q.   Okay.  The boy that went with you, did he convey

10   information that he knew where DGM was?

11   A.   Yes.

12   Q.   When you knocked on the first apartment door, did anybody

13   answer the door?

14   A.   No.

15   Q.   And was that boy that went with you the one that led you to

16   that first apartment?

17           THE INTERPRETER:  Counselor, the interpreter was not

18   able to hear your --

19           MS. VIAMONTES:  I apologize.

20   BY MS. VIAMONTES:

21   Q.   The boy that went with you, was he the one that led you to

22   that first apartment door?

23   A.   Yes.

24   Q.   After knocking on that first apartment door and receiving

25   no answer, did you then speak with management at Cita del Sol?

1   A.  No.

2   Q.  What did you do?

3   A.  The security guard took us to the apartment where the

4   gentleman had moved.

5   Q.  Once you arrived at the apartment where the gentleman had

6   moved, did you and your supervisors knock on the door?

7   A.  No.

8   Q.  Who knocked on the door?

9   A.  Officer Orlando Galvez was the one who proceeded to knock

10  at the door.

11  Q.  And Galvez is your supervisor?

12  A.  Yes.

13  Q.  Were you there with Galvez at the front door as Lieutenant

14  Galvez knocked on the door?

15  A.  Yes, a little bit behind, that's where I was.

16  Q.  Did you see who answered the door?

17  A.  Yes.

18  Q.  Who answered the door?

19  A.  The gentleman, the tourist.

20  Q.  Do you now know that tourist's name?

21  A.  Yes.

22  Q.  What is his name?

23  A.  Troy, Troy Brimm.

24  Q.  Sergeant del Rosario, do you see Troy Brimm here in the

25  courtroom today?

```
 1   A.  Yes.

 2   Q.  Could you please point him out and mention an article of

 3   clothing he's wearing?

 4   A.  That gentleman who is over there in the middle, yes.  He's

 5   got some glasses on, some contact lens?

 6           MS. VIAMONTES:  Your Honor, for the record, the

 7   witness has identified the defendant, Troy Brimm.

 8           THE COURT:  The record so reflects.

 9   BY MS. VIAMONTES:

10   Q.  Once you and your supervisors knocked on Troy Brimm's

11   apartment door and he answered the door, was he asked to step

12   outside to speak with him?

13   A.  Yes, the lieutenant did, the supervisor.

14   Q.  Other than the defendant, was the missing boy, DGM, in the

15   defendant's apartment?

16   A.  Yes, the boy and -- two, that is, the boy and another one.

17   Q.  When you say "another one," do you mean another boy?

18   A.  Another boy.

19   Q.  And do you remember that other boy's first name?

20   A.  Yes.

21   Q.  What's his first name?

22   A.  Jxxx Rxxxxxxxx Pxxxxxx.

23   Q.  Was the defendant asked why these two boys were in his

24   apartment?

25   A.  Yes, we asked.
```

1   Q.  What did he say?

2   A.  He said that they would go to his house because he would

3   give them food.

4   Q.  Was he asked why these two boys spent the night in his

5   apartment without their parents' permission?

6   A.  Yes.

7   Q.  What did the defendant say?

8   A.  That they were in his apartment because it was raining, it

9   was raining a lot, and that he would give them food.

10          MS. VIAMONTES:  One moment, Your Honor.

11      (Off-the-record discussion.)

12  BY MS. VIAMONTES:

13  Q.  The father that accompanied you on the search for his

14  missing boy, was he the father of both of those boys in the

15  defendant's apartment?

16  A.  No, no.

17  Q.  The other boy that was also found in the defendant's

18  apartment on the morning of May 3rd, 2012, were they there with

19  you during the search as well?

20  A.  No, he was not.

21          MS. VIAMONTES:  Nothing further.

22          THE COURT:  Cross?

23          MS. PHILLIPS-WILLIAMS:  One minute, Your Honor.

24                      CROSS-EXAMINATION

25  BY MS. PHILLIPS-WILLIAMS:

1    Q.   Good afternoon, Sergeant del Rosario.

2    A.   Good afternoon.

3    Q.   When you went out looking for those missing teenagers the

4    evening before, it was pouring rain, was it not?

5    A.   Yes.

6    Q.   And in the town of Cabarete, it's common for teenagers

7    basically, not little bitty kids, but teenagers to be on the

8    street.

9    A.   There was children in Cabarete shining shoes and --

10   Q.   Trying to collect money from the tourists.

11   A.   Yes.  Yes, there are always -- there are always children.

12   Q.   And the Cita del Sol, you said it was a hotel.  It's really

13   a condominium, correct?

14   A.   A hotel, the Cita del Sol.  Cita del Sol, I think it's a

15   hotel.

16   Q.   Okay.  When you came to the -- to Mr. Brimm's apartment on

17   the morning of the 3rd, you said that it was yourself,

18   Lieutenant Galvez, correct?

19   A.   No, no.

20   Q.   How many police officers were with you that morning?

21   A.   Two besides me.

22   Q.   There was a camera crew there as well, wasn't there?

23   A.   No.

24   Q.   And the security guard was with you as well, was he not?

25   A.   Yes.

1  Q.  When you knocked on the door, Mr. Brimm answered the door,

2  he was completely clothed, was he not?

3  A.  Yes, yes.

4  Q.  And the boys were sitting on the sofa watching TV.

5  A.  Yes.

6  Q.  And Mr. Brimm was completely compliant with you all, was he

7  not?

8  A.  Well, he did not get violent at all and no aggressiveness.

9  He was calm.

10  Q.  In fact, he was never even handcuffed, was he?

11  A.  No.

12  Q.  And the two kids also seemed very calm and relaxed, did

13  they not?

14  A.  Yes.

15  Q.  But the father was very upset, was he not?

16  A.  Yes.

17          MS. PHILLIPS-WILLIAMS:  Could I have a moment, Your

18  Honor?

19          THE COURT:  All right.

20     (Off-the-record discussion.)

21          MS. PHILLIPS-WILLIAMS:  Your Honor, I have no further

22  questions.

23          THE COURT:  Redirect?

24          MS. VIAMONTES:  Briefly, Your Honor.

25                    REDIRECT EXAMINATION

BY MS. VIAMONTES:

Q.   Sergeant del Rosario, you were asked on cross-examination
if the defendant was handcuffed.  Was it abnormal, based on
your practices and your procedures, that the defendant was not
handcuffed?

A.   Normally we do handcuff them, but since he was calm we
didn't put on the handcuffs.

Q.   Did you take into consideration that he was a tourist and a
U.S. citizen when you decided not to handcuff him?

A.   Well, actually, if my supervisor orders for us to handcuff
him, then we do.  But since he was in a calm state, the
supervisor did not order for him to be handcuffed.

Q.   Let's talk about DGM's father and his demeanor.  Let me
direct your attention to May 2nd, the day before the arrest.
Describe to the members of the jury the missing boy's father's
demeanor when he came to your police department to tell you
that his son was missing.

A.   Policemen, I came here where you are because my son,
Dxxxxx, isn't accustomed to going out and staying out for a
long time like this.  And I'm desperate, I'm looking for him
everywhere, and he hasn't come home.  He hasn't returned home.
He never does that.

Q.   Let's talk about May 3rd, after you knocked on the
defendant's apartment door and found DGM in his apartment,
describe his dad's demeanor then.

1    A.  He was very upset and he was saying, Dxxxxx, how is it

2    possible for you to do this to me?  You know that I love you

3    very much and that I give you everything.  You can't do that to

4    me.  Why didn't you call me?  Why didn't you come home?

5    Q.  Was the father upset?

6    A.  Oh, yes, he was clearly very upset.

7    Q.  That his boy had been missing for over a day now; isn't

8    that true?

9    A.  Yes.

10   Q.  And he had no idea where he was.

11   A.  Yes.

12              MS. VIAMONTES:  Nothing further, Your Honor.

13              THE COURT:  Thank you.  You may step down.

14              Call your next witness.

15              MS. MEDETIS:  Your Honor, the United States would call

16   the witness with the initials DGM.

17       Dxxxxx Sxxxx Gxxxx Mxxxxxxx, GOVERNMENT WITNESS, SWORN

18                      DIRECT EXAMINATION

19   BY MS. MEDETIS:

20   Q.  Good afternoon.

21   A.  Good afternoon.

22   Q.  Could you tell us your name?

23   A.  Yes.

24   Q.  What is your name?

25   A.  Dxxxxx.

```
 1   Q.  What is your full name?

 2   A.  Dxxxxx Sxxxx Gxxxx Mxxxxxxx.

 3   Q.  And what is your birthday?

 4   A.  When is my birthday?

 5   Q.  Yes.

 6   A.  Xx/xx/1999.

 7   Q.  And how old are you now?

 8   A.  13.

 9   Q.  And where do you live?

10   A.  In the Dominican Republic.

11   Q.  And what city in the Dominican Republic?

12   A.  In Sabaneta de Yasica.

13   Q.  And who do you live with there?

14   A.  With my mother.

15   Q.  Do you live with anybody else in the house?

16   A.  With my brothers and sisters.

17   Q.  And how many brothers and sisters do you have?

18   A.  I have two brothers and two sisters.

19   Q.  And do you go to school?

20   A.  Yes.

21   Q.  And what grade are you in in school?

22   A.  7th.

23   Q.  Do you work as well?

24   A.  No, I just used to shine shoes.

25   Q.  And when you used to shine shoes, how long had you done
```

1    that for?

2    A.   Since I was nine years old.

3    Q.   And where did you shine shoes?

4    A.   First I used to shine shoes at Sabaneta at the gasoline

5    pump and then in Cabarete.

6    Q.   Okay.  And how much did you charge?

7    A.   In Sabaneta, I was charging 15 pesos.

8    Q.   And what about in Cabarete, how much did you charge?

9    A.   A dollar.

10    Q.   And why a dollar in Cabarete instead of 15 pesos?

11    A.   I don't know.

12    Q.   When you were shining shoes in Cabarete -- well, first of

13    all, may I call you Dxxxxx?

14    A.   Yes.

15    Q.   Dxxxxx, when you were shining shoes in Cabarete, did you

16    ever meet a man named Troy Brimm?

17    A.   Yes.

18    Q.   And so you know a man named Troy Brimm; is that correct?

19    A.   Yes.

20    Q.   Do you see anybody in the courtroom today -- or do you see

21    Troy Brimm in the courtroom today?

22    A.   Yes.

23    Q.   Could you point him out to us and try to identify him by an

24    article of clothing?

25    A.   (Pointing).  He's got on a black jacket.

1    Q.  Dxxxxx, is it the person sitting to the left, to the right,
2    or in the center?
3    A.  In the center.
4         MS. MEDETIS:  Your Honor, if the record could reflect
5    that the witness has identified the defendant.
6         THE COURT:  The record so reflects.
7    BY MS. MEDETIS:
8    Q.  Dxxxxx, can you tell the jury when you met Troy Brimm?
9    A.  About a year ago.
10   Q.  And so then that would be when you were 12 years old?
11   A.  Yes.
12   Q.  And how did you meet Troy Brimm?
13   A.  On the beach.
14   Q.  What beach?
15   A.  The Cabarete beach.
16   Q.  And how did you meet him?
17   A.  I asked him if he wanted to have his shoes shined.
18   Q.  And what did he say?
19   A.  He said yes.
20   Q.  Did you shine his shoes?
21   A.  Yes.
22   Q.  How much did you charge him?
23   A.  One dollar.
24   Q.  Did he pay you one dollar?
25   A.  Yes.

1  Q.  Did you ever see him after that time that you shined his

2  shoes?

3  A.  Yes.

4  Q.  When did you see him next?

5  A.  The next day.

6  Q.  Where did you see him?

7  A.  In Cabarete.

8  Q.  And what happened when you saw him?

9  A.  I asked him if he wanted to have his shoes shined.

10  Q.  Dxxxxx, did Troy Brimm ever invite you to his home?

11  A.  Yes.

12  Q.  And did you ever go to his home?

13  A.  Yes.

14  Q.  And where was -- where was his home?

15  A.  Cita del Sol.

16  Q.  Did Troy ever live anywhere else?  Strike that.  Let me

17  rephrase.

18      Had you been to any other place other than Cita del Sol

19  where Troy lived?

20  A.  Yes.

21  Q.  And where was that?

22  A.  Behind a casino.

23  Q.  And was it a home or was it an apartment behind the casino?

24  A.  An apartment.

25  Q.  And did Troy live in the apartment behind the casino before

1   he lived at Cita del Sol?

2   A.  Before.

3   Q.  And how many times do you think you went to Troy Brimm's

4   apartment behind the casino?

5   A.  Twice.

6   Q.  And what did you do there on those two times that you went

7   to the apartment behind the casino?

8   A.  I was playing on the computer and he showed me a robot he

9   had that cleaned the floors of his apartment.

10  Q.  What did the robot look like?

11  A.  It was white on top and it had a little button so that you

12  could turn it on and off.

13  Q.  And what was the shape of the robot?

14  A.  Round.

15  Q.  When you were there, did Troy give you anything to eat?

16  A.  Yes.

17  Q.  And at the apartment behind the casino, did Troy ever give

18  you any money when you visited?

19  A.  Yes.

20  Q.  Do you remember how much he would give you when he gave you

21  money?

22  A.  When I shined his shoes, he would give me a gift of 200

23  pesos.

24  Q.  That's more than the 15 pesos you would make otherwise,

25  right?

1  A.  Yes.

2  Q.  But he would give you the money after you would shine his

3  shoes, right?

4  A.  Yes.

5  Q.  Did Troy ever try to touch you in that apartment behind the

6  casino?

7  A.  Yes.

8  Q.  Can you tell us what happened when he tried to touch you?

9  A.  He touched my back and he touched my leg.

10  Q.  What happened after that?

11  A.  I went to Cabarete to shine shoes.

12  Q.  And were you wearing clothes when the defendant tried -- or

13  when the defendant touched you?

14  A.  Yes.

15  Q.  Okay.  And was the defendant wearing clothing when he

16  touched you?

17  A.  Yes.

18  Q.  Did he say anything to you when he touched you?

19  A.  No.

20  Q.  Did he ever try to touch you again in the apartment behind

21  the casino?

22  A.  No.

23  Q.  Okay.  Dxxxxx, let's talk about the apartment in Cabarete

24  where Troy lived, okay?

25  A.  Yes.

24

1    Q.   What was the name of that apartment building?

2    A.   Cita del Sol.

3    Q.   Okay.  And did you visit Troy Brimm at the apartments in

4    Cita del Sol?

5    A.   Yes.

6    Q.   How many times do you think you visited the defendant at

7    the Cita del Sol apartment?

8    A.   Approximately 11 or 10 times.

9    Q.   And could you tell us what you did when you went to visit

10   the defendant at that apartment in Cita del Sol?

11   A.   I would shine his shoes, I would play with the computer,

12   and he would pay me.

13   Q.   Okay.  Did you go alone or did you go with other people?

14   A.   Sometimes I would go with Jxxx and sometimes I would go

15   alone.

16   Q.   Okay.  I want to talk about May 2nd, 2012, okay?

17   A.   Yes.

18   Q.   Did you see Troy that day on the beach in Cabarete?

19   A.   Yes.

20   Q.   Did you talk to him?

21   A.   No.

22   Q.   Do you know if Troy asked you to come to his apartment to

23   help him move that day?

24   A.   Yes.

25   Q.   Okay.  So you did talk to Troy that day.

1    A.   No, he didn't say that to me.  He told Jxxx and Jxxx then

2    told me.

3    Q.   Okay.  So did you go to Troy Brimm's apartment that day?

4    A.   Yes.

5    Q.   And what did you do when you were there?

6    A.   Jxxx and I helped him to carry his belongings so that he

7    could move to the other apartment.

8    Q.   Okay.  So you moved the defendant's belongings from one

9    apartment to another?

10   A.   Yes.

11   Q.   And how long did you do that for?

12   A.   About 20 or I think maybe 30 minutes.

13   Q.   And what did you do after you helped the defendant move?

14   A.   We started to watch television, and after that he went out

15   with Jxxx to buy pizza and ice cream and I don't know what

16   else.

17   Q.   Okay.  And what happened after that?

18   A.   He asked me to go into his bedroom.  I went into his

19   bedroom, I lay down on the bed, he lowered my pants, and then

20   he started to suck my penis.

21   Q.   Okay.  Did the defendant place you on the bed?

22   A.   Yes.

23   Q.   And after the defendant removed your pants, where did --

24   where did the defendant go?

25   A.   He was on the floor kneeling.

1   Q.   And when he -- when he sucked your penis, do you know how

2   long he did that for?

3   A.   No.

4   Q.   Did your body do anything when he sucked your penis?

5   A.   I don't know.

6   Q.   Did something come out of your penis while the defendant

7   was sucking your penis?

8   A.   Yes.

9   Q.   And what was that?

10  A.   An orgasm.

11  Q.   And what happened with that?

12  A.   When it came out of my penis, he swallowed it.

13  Q.   What did the defendant do with his hands while he was

14  sucking your penis?

15  A.   He was grabbing my leg.

16  Q.   Did he touch you anywhere else?

17  A.   Yes, my penis.

18  Q.   What happened after the defendant swallowed your orgasm?

19  A.   He told me to pull up my underwear and my pants and to go

20  out in the living room and sit down on the couch and watch

21  television.

22  Q.   Do you know where Jxxx was in the apartment while the

23  defendant was sucking your penis?

24  A.   He was watching television.

25  Q.   When the defendant swallowed your orgasm, do you remember

1    if he said anything?

2    A.  No.

3         MS. MEDETIS:  Your Honor, the government would tender

4    the witness.

5         THE COURT:  Cross?

6                        CROSS-EXAMINATION

7    BY MR. PADILLA:

8    Q.  I have some questions for you.

9    A.  Yes.

10   Q.  I'd like to start with the night before Troy was arrested,

11   okay?  Do you understand?

12   A.  Yes.

13   Q.  Now, you don't live in Cabarete.

14   A.  No.

15   Q.  You live in Sabaneta.

16   A.  Yes.

17   Q.  And that is a half an hour, 45 minutes away from Cabarete?

18   A.  About 15 minutes.

19   Q.  Okay.  And you would go from Sabaneta to Cabarete to work,

20   correct?

21   A.  Yes.

22   Q.  And you would do that most days.

23   A.  Yes.

24   Q.  And you would shine shoes.

25   A.  Yes.

1   Q.   Was there anything else you did for work in Cabarete?

2   A.   Yes.   In a restaurant I did -- helped with the mopping and

3   I would help place the chairs.

4   Q.   All right.   Now, the night before Troy was arrested you

5   were in Cabarete.

6   A.   Yes.

7   Q.   And you had been there the whole day?

8   A.   Yes.

9   Q.   And you were working.

10  A.   Yes.

11  Q.   And you were with Jxxx.

12  A.   Yes.

13  Q.   And you testified just a couple minutes ago that you met

14  Troy on the beach?

15  A.   I didn't meet him on the beach.   It was Jxxx who did.

16  Q.   The night before his arrest, where is the first place that

17  you see Troy?

18  A.   On the beach.

19  Q.   Okay.   And where was that exactly?

20  A.   At the restaurant where I helped with the mopping and with

21  the setting up of the chairs.

22  Q.   What's the name of that restaurant?

23  A.   Kahuna.

24  Q.   And where was Troy?

25  A.   He was sitting down.

```
 1    Q.  Where was Jxxx?

 2    A.  He was with me in another part where we were going to shine

 3    a man's shoes.

 4    Q.  Did Jxxx talk to Troy first?

 5    A.  Yes.

 6    Q.  All right.  And then Jxxx told you to go to Troy's place.

 7    A.  Yes.

 8    Q.  You don't know what Troy and Jxxx talked about.

 9    A.  No.

10    Q.  Jxxx just said, Come with me to Troy's place.

11    A.  Yes.

12    Q.  And was this already getting towards the evening?

13    A.  Yes.

14    Q.  Okay.  Now, you get to Troy's house.

15    A.  Yes.

16    Q.  And Troy tells you that he needs help to move from one

17    place to another?

18    A.  Yes.

19    Q.  And he was going to buy you food to pay you for that.

20    A.  Yes.

21    Q.  And that's what you did.

22    A.  Yes.

23    Q.  At some point -- at some point it begins to rain, correct?

24    A.  Yes.

25    Q.  And because of the rain you stayed at Troy's.
```

1    A.  Troy told me to stay at his house because he did not want

2    me -- he did not want me or Jxxx to get wet.

3    Q.  Did you call your parents?

4    A.  I did not have the number.

5    Q.  You didn't have your mother's number.

6    A.  Or my dad's either.

7    Q.  And Troy told you that you should call your parents, didn't

8    he?

9    A.  Yes.

10   Q.  And you didn't, did you?

11   A.  I did not have the number.

12   Q.  Jxxx didn't call his parents either, did he?

13   A.  He did not call them.

14   Q.  Now, you just mentioned that Troy took you into his bedroom

15   first, correct?

16   A.  Yes.

17   Q.  After Troy was arrested, the police came and talked to you,

18   didn't they?

19   A.  Yes.

20   Q.  It was about two days later, correct?

21   A.  Yes.

22   Q.  And Officer Mateo was there.

23   A.  Yes.

24   Q.  And this was at your house in Sabaneta.

25   A.  No, at Jxxx's house in Batey.

1   Q.  I'm sorry.  And they asked you questions about what

2   happened with Troy, correct?

3   A.  Yes.

4   Q.  And you told them what happened, didn't you?

5   A.  Yes.

6   Q.  And you told them that Jxxx was in the room first with

7   Troy.

8   A.  No.

9   Q.  You didn't say that.

10  A.  No.

11  Q.  Did you tell the police officers that you were in the room

12  with Jxxx?

13  A.  No.

14  Q.  If I showed you a report, would that help you remember who

15  was in the room first?

16  A.  Yes.

17        MS. MEDETIS:  Objection, Your Honor.  I don't know

18  what report he's referring to, but it would be somebody else's

19  statement.

20        THE COURT:  You are just using it to refresh his

21  recollection, right?

22        MR. PADILLA:  Yes, Judge.

23        MS. MEDETIS:  Okay.

24        THE COURT:  Okay.

25        MR. PADILLA:  May I approach, Judge?

```
 1              THE COURT:  All right.
 2   BY MR. PADILLA:
 3   Q.  I'm sorry, you can read in Spanish?  It's in Spanish.
 4   A.  Yes.
 5   Q.  Okay, good.  I would like you to read this paragraph here.
 6   When you finish, let me know.
 7   A.  (Speaking a few words in Spanish).
 8              THE COURT:  No, don't read it out loud.
 9   BY MR. PADILLA:
10   Q.  I'm sorry.  Read it to yourself.
11   A.  (Complies).
12              MS. MEDETIS:  Your Honor, I'm going to also object as
13   to improper impeachment to the extent he's going to try to
14   impeach this witness with somebody else's report.  This is not
15   the child's statement that he's presented to him.
16              THE COURT:  As I said, I think he's only showing him
17   something to refresh his recollection.
18              MS. MEDETIS:  Thank you.
19   A.  Yes.
20   BY MR. PADILLA:
21   Q.  Finished?  Thank you.  Do you remember the interview?
22              THE INTERPRETER:  Counselor, I was not able to hear
23   you.
24   BY MR. PADILLA:
25   Q.  Do you remember the interview?
```

1    A.   Yes.

2    Q.   When you told the detective who interviewed you that Jxxx

3    was in the room --

4              MS. MEDETIS:  Objection, Your Honor.

5              THE COURT:  Sustained.  What's the question?

6    BY MR. PADILLA:

7    Q.   Did you tell the detectives that you were in the --

8              MS. MEDETIS:  Objection, Your Honor.

9              THE COURT:  Overruled.

10   BY MR. PADILLA:

11   Q.   Did you tell the detectives that you were in the room --

12   that Jxxx was in the room first?

13   A.   No.

14   Q.   So what the police officer said is not true.

15             MS. MEDETIS:  Objection, hearsay.

16             THE COURT:  Sustained.

17   BY MR. PADILLA:

18   Q.   Now, did you tell the police officers that you were in the

19   room with Jxxx?

20             MS. MEDETIS:  Asked and answered, Your Honor.

21   Objection.

22             THE COURT:  Overruled.

23   A.   No.

24   BY MR. PADILLA:

25   Q.   You never told the police that?

```
 1   A.  No.

 2   Q.  So the police report is not true.

 3          MS. MEDETIS:  Objection.

 4          THE COURT:  Sustained.  Counsel, that's improper.  The

 5   police report, first of all, is not in evidence, so none of the

 6   jury knows what is in that police report.  So I mean, to extent

 7   that you're trying to get the police report in by just stating

 8   something as a fact, I have to instruct the jury that the

 9   questions of counsel are not evidence in the case.

10          MR. PADILLA:  Understood, Judge.

11   BY MR. PADILLA:

12   Q.  Now, Mr. Brimm didn't force you into the room, did he?

13   A.  He told me to enter.

14   Q.  So you weren't forced to go in there.

15   A.  I don't know.

16   Q.  You mentioned that you had also been to Troy's house at

17   another location, correct?

18   A.  Yes, behind the casino.

19   Q.  And that you had been there two times.

20   A.  Yes.

21   Q.  Now, at some point after Troy is arrested you are

22   interviewed a second time, correct?

23   A.  Yes.

24   Q.  It was with a woman.

25   A.  No.
```

```
 1    Q.  Was it at a hotel?

 2              THE INTERPRETER:  Counselor, the interpreter is not

 3    able to hear the first question.  Could you repeat that first

 4    question?

 5    BY MR. PADILLA:

 6    Q.  Was it a woman?

 7    A.  No.

 8    Q.  You don't remember being interviewed by a woman?

 9    A.  No.

10    Q.  At a hotel in Cabarete?

11    A.  Yes.  Yes, yes.

12    Q.  Now do you remember the woman?

13    A.  Yes.

14    Q.  And she had a camera recording everything?

15    A.  Yes.

16    Q.  And she asked you questions about what happened?

17    A.  Yes.

18    Q.  And she asked you if you had been to the casino house?

19    A.  No.

20    Q.  You don't remember her asking you that question.

21    A.  No.

22              MR. PADILLA:  I'm sorry.  Give me one second.  I got

23    the wrong page number.

24    BY MR. PADILLA:

25    Q.  Would something refresh your memory about the questions
```

1   that she asked you?

2           THE INTERPRETER:  Would something refresh the memory

3   of the questions she asked you?

4           MR. PADILLA:  Yes.

5   A.  I don't know.

6           MR. PADILLA:  Judge, may I approach?

7           THE COURT:  All right.

8           MR. PADILLA:  Thank you.

9   BY MR. PADILLA:

10  Q.  If you can read just the first two paragraphs to yourself,

11  okay?

12  A.  (Complies).  Done.

13  Q.  Does this help your memory about her asking you a question

14  about had you been to that casino house before?

15  A.  No.

16  Q.  It doesn't help your memory.

17  A.  No.

18  Q.  And she asked you how many times, if at all, that you had

19  been there?

20  A.  She did not ask me that.

21  Q.  She didn't ask you if you had been to the house before?

22          MS. MEDETIS:  Objection, asked and answered.

23          THE COURT:  Sustained.

24  BY MR. PADILLA:

25  Q.  You don't remember telling her that you had never been to

1    the house before?

2         MS. MEDETIS:  Objection, asked and answered.

3         THE COURT:  Sustained.

4    BY MR. PADILLA:

5    Q.  You were at that casino house two times?

6    A.  Yes.

7    Q.  Tell me what it looked like.

8    A.  There were two rooms and in the middle of the two rooms

9    there was a bathroom.  And there was a bed in each room.  And

10   in one of the rooms there was a computer, an air conditioner.

11   In the living room there was a refrigerator, a microwave, um,

12   that's it.

13   Q.  Was it one story or two?

14   A.  One story, one.

15   Q.  And how many apartments were there?

16   A.  I think it was five apartments.

17   Q.  And while you were at the casino house those two times --

18         THE INTERPRETER:  Counselor, and while you were at the

19   casino house those two times?

20         MR. PADILLA:  Correct.

21   BY MR. PADILLA:

22   Q.  -- was Jxxx there with you?

23   A.  Yes.

24   Q.  Both times?

25   A.  Only one time.

1    Q.  And the other time you were by yourself?

2    A.  With -- and him.

3    Q.  Now, after you were in the room with Troy, you came back to

4    the living room?

5    A.  Yes.

6    Q.  And you stayed there.

7    A.  Yes.

8    Q.  And you never left.

9    A.  Until -- and after, Jxxx went into the bedroom.  And I

10   went, um, when the sun came out, when the police came.

11   Q.  So you slept in the living room the whole night.

12   A.  Yes.

13   Q.  And you got up the next morning.

14   A.  Yes.

15   Q.  You had breakfast then.

16   A.  Yes.

17   Q.  And you watched TV there.

18   A.  Yes.

19   Q.  And after you left the room, the bedroom, Jxxx went into

20   the bedroom, correct?

21   A.  Yes.

22   Q.  And you don't know what happened in there with Jxxx.

23   A.  No.

24   Q.  You didn't hear anything from Jxxx.

25   A.  No.

1    Q.  He didn't yell.

2    A.  No.

3    Q.  He didn't scream.

4    A.  No.

5    Q.  He didn't call for help.

6    A.  No.

7    Q.  And he was in there for two to three hours?

8    A.  I was asleep.

9    Q.  You didn't see him come out?

10   A.  No.

11   Q.  And when you woke up Jxxx was sleeping in the bedroom in

12   one of the beds?

13   A.  Yes.

14   Q.  By himself?

15   A.  Yes.

16   Q.  Now, the next morning the police arrived.

17   A.  Yes.

18   Q.  And there were more than one policeman, correct?

19   A.  Yes.

20   Q.  There were many policemen.

21   A.  Not many, like five or six.

22   Q.  Okay.  And your father was there.

23   A.  Yes.

24   Q.  And there was someone with a video camera there.

25   A.  Yes.

1   Q.   And he was pointing the video camera at you.

2   A.   And also -- yes, and at Jxxx also.

3   Q.   And your -- and your father was upset, wasn't he?

4   A.   Yes.

5   Q.   And he was yelling, wasn't he?

6   A.   Yes.

7   Q.   And from there you guys went to the local police station,

8   correct?

9   A.   Yes.

10  Q.   And then from the local police station you went to Puerto

11  Plata.

12  A.   Yes.

13  Q.   And your father was in Puerto Plata.

14  A.   Yes.

15  Q.   And you were inside the police station in Puerto Plata.

16  A.   Yes.

17  Q.   And your father was outside of the police station.

18  A.   Yes.

19  Q.   And he was talking to some people.

20  A.   I don't know.

21  Q.   Besides your father, who else was outside?

22  A.   Jxxx's mother was there.

23  Q.   Anybody else?

24  A.   And a lot of policemen.

25  Q.   And from there you went to the District Attorney's Office

1   in Puerto Plata, correct?

2   A.  Yes.

3   Q.  And your father was there again.

4   A.  Yes.

5   Q.  And there were some other people talking to your father as

6   well.

7   A.  Yes.

8   Q.  Who was talking to your father?

9   A.  The attorneys.

10  Q.  Your father's attorneys, correct?

11  A.  Yes.

12  Q.  Because your father had called a lawyer.

13          MS. MEDETIS:  Objection, hearsay.

14          THE COURT:  Sustained.

15  BY MR. PADILLA:

16  Q.  And this was just hours after Troy was arrested, correct?

17          MS. MEDETIS:  Judge, could he clarify the question

18  what was after hours that this happened?

19          THE COURT:  All right.

20          MR. PADILLA:  Yes, Judge, I can do that.  I'm sorry.

21  BY MR. PADILLA:

22  Q.  Your father talking with the lawyers was right after

23  Mr. Brimm was arrested in this case.

24  A.  Yes.

25  Q.  Did you hear what your father and the lawyers were talking

1    about?

2         MS. MEDETIS:  Objection, calls for hearsay.

3         THE COURT:  Sustained.

4      (Off-the-record discussion.)

5    BY MR. PADILLA:

6    Q.  Just a couple more questions.

7    A.  Yes.

8    Q.  You mentioned that you used to shine shoes.

9    A.  Yes.

10   Q.  You don't shine shoes anymore, do you?

11   A.  Not now that I'm here, no.

12   Q.  Well, after Mr. Brimm was arrested you stopped shining

13   shoes, didn't you?

14         MS. MEDETIS:  Objection, relevance.

15         THE COURT:  Overruled.

16   A.  No.

17   BY MR. PADILLA:

18   Q.  When did you stop?

19   A.  When they told me that I was coming over here.

20   Q.  When the government told you you were coming to Miami,

21   correct?

22   A.  Yes.

23   Q.  Now, before this case, have you ever been out of the

24   Dominican Republic?

25   A.  No.

```
 1    Q.   Before this case, had you ever been on an airplane?
 2    A.   No.
 3    Q.   Before this case, had you ever stayed in a big hotel
 4    before?
 5    A.   No.
 6    Q.   And you did those things because of this case, correct?
 7    A.   Yes.
 8    Q.   And the government paid for your travel to this country,
 9    right?
10    A.   I don't know.
11    Q.   You didn't pay, did you?
12    A.   No.
13    Q.   And your father came with you, didn't he?
14              THE INTERPRETER:   I'm sorry, sir?
15    BY MR. PADILLA:
16    Q.   Your father came with you?
17    A.   No.
18    Q.   Did another family member come with you?
19    A.   My mother.
20    Q.   And she didn't pay for her travel to this country, did she?
21    A.   No.
22    Q.   And before this case you never had a passport, did you?
23    A.   No.
24    Q.   And the government helped you get from the Dominican to
25    this country, correct?
```

```
 1    A.  I don't know.

 2    Q.  And you've been in Miami over a week now?

 3    A.  Yes.

 4    Q.  Staying in the hotel?

 5    A.  Yes.

 6    Q.  Does it have cable TV?

 7    A.  Yes.

 8    Q.  Does it have a pool?

 9    A.  Yes.

10    Q.  Do they pay for you to eat while you're at the hotel?

11    A.  I don't know.

12    Q.  Has anybody taken you out for dinner since you've been

13    here?

14    A.  Yes.

15    Q.  The agents in the case have taken you out for dinner,

16    haven't they?

17    A.  Yes.

18    Q.  What about your clothes for trial today, did someone buy

19    those for you?

20          THE INTERPRETER:  I'm sorry, sir, could you repeat

21    your question?

22    BY MR. PADILLA:

23    Q.  And your clothes for trial today, did somebody buy those

24    for you?

25    A.  I don't know.
```

1    Q.  Did your family member buy those clothes for you?

2    A.  No.

3    Q.  Are those your clothes from the Dominican Republic?

4    A.  No.

5    Q.  Those were provided for you here in Miami, correct?

6    A.  I don't know.

7    Q.  Well, you didn't have them before you arrived in Miami, did

8    you?

9    A.  No.

10   Q.  And over the last week that you've been here you've met

11   with the agents in this case, haven't you?

12   A.  Yes.

13   Q.  And you've talked about the case.

14   A.  Yes.

15   Q.  And they've talked to you about your testimony here today.

16   A.  No.

17   Q.  They never asked you questions about what you would say in

18   court today?

19   A.  No, they just told me to tell the truth.

20   Q.  How many times did you meet with them?

21   A.  Twice.

22   Q.  And you never talked about the case.

23   A.  Yes.

24   Q.  Okay.  Did they talk about what happened in the case?

25            MS. MEDETIS:  Your Honor, could he -- could the

1    defense counsel clarify perhaps when he references "they," who

2    "they" is?

3            THE COURT:  All right.

4    BY MR. PADILLA:

5    Q.  Did you meet with anybody here that's sitting at the table

6    in the last few days?

7    A.  Yes.

8    Q.  And which of the people who are sitting at this table did

9    you meet with?

10           MS. MEDETIS:  Judge, we'll stipulate that all of us

11   have met with the witness at this table.

12   A.  Yes.

13   BY MR. PADILLA:

14   Q.  Okay.  So when I say "they," I'm referring to these people

15   over here.

16   A.  Yes.

17   Q.  When you met with them, did you talk about the case?

18   A.  Yes.

19   Q.  And did they talk to you about any of the interviews that

20   you had done in this case?

21   A.  No.

22   Q.  None of the people sitting here asked you about your

23   interview with the police department after Mr. Brimm was

24   arrested?

25           MS. MEDETIS:  Objection, asked and answered.

1       THE COURT:  Overruled.

2   A.  I don't know.

3   BY MR. PADILLA:

4   Q.  Did they ask you questions about the interview that you had

5   with the woman at the hotel?

6   A.  No.

7   Q.  Did they ever show you a copy of the statement that you

8   gave to the woman at the hotel?

9   A.  No.

10   Q.  Did they show you a copy of the video of your interview

11   with the woman at the hotel?

12   A.  No.

13   Q.  So you met with them for two days, correct?

14       MS. MEDETIS:  Objection, that fact is not in evidence.

15       THE COURT:  Overruled.

16   A.  Yes.

17   BY MR. PADILLA:

18   Q.  And on the first day, how long did you talk with the

19   government -- the government who is sitting here at the table?

20   How long was that meeting?

21   A.  I don't know.

22   Q.  Was it in the morning?

23   A.  No.

24   Q.  Was it in the afternoon?

25   A.  Around 1 o'clock, something like that.

48

1    Q.  And what time did you leave?

2    A.  I don't know.

3    Q.  All right.  And on the second day, how long was that

4    meeting?

5    A.  I don't know.

6    Q.  Did you meet with them in the morning?

7    A.  At about 10 o'clock in the morning.

8    Q.  And what time did you leave?

9    A.  I don't know.

10   Q.  And over those two days, they never asked you about what

11   you would say here at trial.

12   A.  They asked me just to tell the truth.

13              MR. PADILLA:  That's all, Judge.  Thank you.

14              THE COURT:  Redirect?

15                        REDIRECT EXAMINATION

16   BY MS. MEDETIS:

17   Q.  Dxxxxx, defense counsel asked you about -- about whether

18   you have U.S. -- I'm sorry, about whether you have a passport,

19   correct?

20   A.  Yes.

21   Q.  You do not have a passport, right?

22   A.  No.

23   Q.  And you came into this country based on a limited visa for

24   the purpose of just testifying, right?

25   A.  Yes.

1    Q.  And remember when defense counsel asked you if the agents

2    took you to dinner.  Do you remember that?

3    A.  Yes.

4    Q.  Just to clarify, the agents drove you to dinner, right?

5    A.  Yes.

6    Q.  Did the agents pay for dinner?

7    A.  No.

8    Q.  Who paid for your dinner?

9    A.  My mother.

10   Q.  I want to go back to the night before the defendant was

11   arrested.

12   A.  Yes.

13   Q.  You had testified earlier that the defendant sucked on your

14   penis that night; is that correct?

15   A.  Yes.

16   Q.  And you were embarrassed by that, correct?

17   A.  Yes.

18   Q.  Why did you stay at the defendant's apartment that night?

19   A.  Because he asked me to stay because it was raining, and he

20   said that he didn't want me and Jxxx to get wet.

21   Q.  And where did you sleep that night?

22   A.  On the couch.

23   Q.  And do you know where Jxxx slept that night?

24   A.  In Troy's bedroom.

25        MS. MEDETIS:  Nothing further, Your Honor.

1    THE COURT:  Thank you.  You may step down.

2    All right.  Ladies and gentlemen, let's go ahead and

3    take about a ten-minute break.

4    (Recess, 3:14 p.m. to 3:28 p.m.; Jury Not Present:)

5    THE COURT:  Your next witness?

6    MS. MEDETIS:  Yes, Your Honor.  Before we call the

7    next witness, we would like to admit some self-authenticating

8    documents, if possible.

9    THE COURT:  Okay.

10   (Jury Present.)

11   THE COURT:  Please be seated.

12   Government, please proceed.

13   MS. MEDETIS:  Your Honor, if the government may,

14   before it calls its next witness we'd like to move some

15   evidence -- or move some exhibits into evidence, rather.

16   THE COURT:  All right.

17   MS. MEDETIS:  For the record, I've shown what's been

18   marked as Government's Exhibits 15 and 14 for identification

19   purposes to defense counsel.  Your Honor, if I may, I'd like to

20   introduce and have admitted into evidence the birth abstracts

21   or birth certificates from the Dominican Republic Office of

22   Vital Statistics for Jxxx and Dxxxxx, and along with the

23   English translations of both certified documents.

24   THE COURT:  All right.  Go ahead.  They will be

25   admitted.

1          MS. MEDETIS:  Thank you, Your Honor.  May I publish to

2    the jury?

3          THE COURT:  All right.

4          MS. MEDETIS:  And the English translation of that as

5    well, Government's Exhibit 14, was just shown in Spanish, and

6    now the certified English translation as well.  And that is the

7    birth certificate in the name of Dxxxxx Sxxxx Gxxxx Mxxxxxxx,

8    born in the year 1999.

9          And publishing for the jury Government Exhibit 15

10   admitted into evidence.  It is the Spanish birth abstract or

11   birth certificate in the name of Jxxx Axxxxxx Rxxxxxxxx

12   Pxxxxxx, born in 1996.

13         THE COURT:  Folks, this is not the only time you'll be

14   having an opportunity to look at these documents.  They'll be

15   with you during the course of your deliberations.

16         MS. MEDETIS:  As well as the English translation.

17         At this time, the United States would call witness

18   JRP.

19    Jxxx Axxxxxx Rxxxxxxxx Pxxxxxx, GOVERNMENT WITNESS, SWORN

20                     DIRECT EXAMINATION

21   BY MS. MEDETIS:

22   Q.  Good afternoon.

23   A.  Good afternoon.

24   Q.  Can you tell us your full name?

25   A.  Yes.

```
 1    Q.  And what is that?

 2    A.  My name is Jxxx Axxxxxx Rxxxxxxxx Pxxxxxx.

 3    Q.  And how old are you, Jxxx?

 4    A.  15.

 5    Q.  May I call you Jxxx?

 6    A.  Yes, no problem.

 7    Q.  And what is your birth date?

 8    A.  The xxth of Xxxxxxxx.

 9    Q.  And what year were you born in?

10    A.  1995.

11    Q.  And where do you live?

12    A.  Sabaneta de Yasica.

13    Q.  And what country is that in?

14    A.  The Dominican Republic.

15    Q.  And who do you live with there?

16    A.  With my aunt.

17    Q.  And do you have any brothers and sisters?

18    A.  Yes.

19    Q.  How many brothers and sisters do you have?

20    A.  I have two sisters and four brothers.

21    Q.  And where do they live?

22    A.  With my mother in Sosua.

23    Q.  And why don't you live with your mother in Sosua?

24    A.  Because I didn't want to go that far away.  I wanted to

25    stay there in Batey Ginebra.  And that's why I decided to stay
```

1   with my aunt.

2   Q.  Okay.  Do you go to school?

3   A.  Yes.

4   Q.  And what grade are you in?

5   A.  Fourth.

6   Q.  Do you work?

7   A.  No.

8   Q.  Did you used to work?

9   A.  Yes.

10  Q.  And what did you do for work?

11      (Cell phone ringing.)

12          THE INTERPRETER:  It's not mine.  I'm sorry, I thought

13  it was mine, but it wasn't.

14  BY MS. MEDETIS:

15  Q.  Jxxx, what did you do for work when you did work?

16  A.  I used to shine shoes.

17  Q.  And what else did you do?

18  A.  I worked in a -- in a repair shop.

19  Q.  When you shined shoes, where did you shine shoes?

20  A.  In Sabaneta de Yasica.

21  Q.  Did you ever shine shoes in Cabarete?

22  A.  Yes.

23  Q.  And why don't you work now?

24  A.  Because I decided to leave that so that I could go to

25  school.

1    Q.   And why did you work?

2    A.   To get money.

3    Q.   And what was the money for?

4    A.   I would have it for me to buy what I needed.  I would buy,

5    yes.

6    Q.   How much did you charge when you shined shoes?

7    A.   50 and 15.

8    Q.   Why the two different prices?

9    A.   Because it wasn't really what I charged them, it was what

10   they wanted to give me.  They would give me 50, 10, 50 for the

11   tip.

12   Q.   And when you say "they," you mean the customers whose shoes

13   you shined?

14   A.   Yes.

15   Q.   When you were shining shoes in Cabarete, did you ever meet

16   somebody named Troy Brimm?

17   A.   Yes.

18   Q.   And do you know somebody named Troy Brimm then?

19   A.   Yes.

20   Q.   Can you take a moment to take a look and see if you see

21   Troy Brimm in the courtroom today?

22   A.   Yes.

23   Q.   Okay.  Could you point him out to all of us and maybe

24   describe him by what he's wearing?

25   A.   Yes.

```
 1    Q.   Okay.  You can go ahead and do that now.

 2    A.   How do I start?

 3    Q.   You could start by pointing where you see him.

 4    A.   He's sitting over there in a chair between a man and a

 5    woman and he's wearing a black jacket.

 6    Q.   Thank you.

 7              MS. MEDETIS:  For the record, Your Honor, we'd ask

 8    that it reflect that the witness has identified the defendant.

 9              THE COURT:  The record so reflects.

10    BY MS. MEDETIS:

11    Q.   Can you tell us when you first met the defendant?

12    A.   Yes.

13    Q.   When was that?

14    A.   Two years ago.

15    Q.   And where did you first meet him?

16    A.   At Cabarete.

17    Q.   Do you remember where specifically in Cabarete?

18    A.   Yes.

19    Q.   Where was that?

20    A.   In an apartment that's located behind the casino.

21    Q.   And you met Troy inside that apartment behind the casino?

22    A.   Yes.

23    Q.   And how did you come to be there?

24    A.   I was cleaning shoes and Dxxxxx asked me if I wanted to

25    meet a customer that he had.
```

 1    Q.   Okay.  And so you went with Dxxxxx to an apartment behind
 2    the casino?
 3    A.   Yes.
 4    Q.   Okay.  And who lived at the apartment behind the casino?
 5    A.   Troy Brimm.
 6    Q.   And was he there that day?
 7    A.   Yes.
 8    Q.   And what did you do that day in the apartment?
 9    A.   I got comfortable and he asked me what my name was.
10    Q.   Did you tell him your name?
11    A.   Yes.
12    Q.   Did the defendant ask you anything else?
13    A.   No.
14    Q.   What else happened, if anything?
15    A.   That day I was sitting there and he asked me if I wanted
16    some food, so I ate.  And he had a robot to clean the floor,
17    and I was touching his robot so that I could see it spinning
18    around.
19    Q.   Could you describe what the robot looked like?
20    A.   It was round and it had a charger.
21    Q.   What did you do after that?
22    A.   After that I left.
23    Q.   Did you see the defendant again after that day?
24    A.   No.
25    Q.   Let me ask a different question.  When was the next time

1    you saw the defendant?

2    A.  The next day.

3    Q.  So just to clarify.  The day that you went to his apartment

4    for the first time, after you left you didn't see him that day

5    again, correct?

6    A.  No, I didn't.

7    Q.  You saw him the next day, correct?

8    A.  Yes.

9    Q.  And where did you see him that next day?

10   A.  Right there at the same place.

11   Q.  The apartment in the casino?

12   A.  Yes.

13   Q.  I'm sorry, I should say the apartment behind the casino.

14   A.  Yes.

15   Q.  And what did you do that day at the apartment behind the

16   casino?

17   A.  What?

18   Q.  What did you do that day in the apartment behind the

19   casino?

20   A.  Um, I went into his apartment.  He asked me if I wanted

21   food.  Later I sat down, I used his computer, um, and -- and

22   later, when I finished the computer, he started touching me,

23   placing his hands on me, caressing me like a girl.

24   Q.  What happened after that?

25   A.  Later after that he took me to his bedroom.  He took off my

1    shirt -- he took off my pants, I meant, and he grabbed my penis

2    and he started sucking my penis.

3    Q.  Do you remember how long he did that for, how long he

4    sucked your penis?

5    A.  No.

6    Q.  What happened to your body when he sucked your penis?

7    A.  After he'd finished, um, I don't know how to say it.  Um,

8    after he'd finished, semen came out of my penis.

9    Q.  What happened to the semen that came out of your penis?

10   A.  He drank it.

11   Q.  When he drank your semen, did he say anything?

12   A.  Yes.

13   Q.  And what did he say?

14   A.  Good.

15   Q.  Did he say it in English like that, "good," or did he say

16   it in Spanish?

17   A.  Spanish, Spanish, in Spanish.

18   Q.  Can you tell us what he said in Spanish?

19   A.  Yeah.

20   Q.  What did he say?

21   A.  "Bueno," good, "esta bueno."

22   Q.  And he said "esta bueno"?

23   A.  Yes.

24           MS. MEDETIS:  Okay.  Could the translator translate

25   that?

```
 1              THE INTERPRETER:  The translator understands "esta
 2    bueno" would mean "it is good."
 3    BY MS. MEDETIS:
 4    Q.  When he was sucking your penis, Jxxx, what did the
 5    defendant do with his hands?
 6    A.  He was grabbing on to my penis.
 7    Q.  And when he was sucking your penis, how were you positioned
 8    in the bedroom?  Where were you in the bedroom?
 9    A.  Sitting down.
10    Q.  Where were you sitting down?
11    A.  On a bed.
12    Q.  And where was the defendant?
13    A.  On the floor.
14    Q.  And how was he on the floor?  Was he sitting down or was he
15    in another position?
16    A.  Kneeling.
17    Q.  You said that while the defendant was sucking your penis,
18    he also had his hands on your penis.  Did he put his hands
19    anywhere else on your body?
20    A.  Not that day.
21    Q.  Okay.  What happened after the defendant sucked on your
22    penis and swallowed your semen?
23    A.  After I again got dressed, then later I went outside.
24    Q.  Did the defendant give you anything before you left?
25    A.  Yes.
```

1   Q.  What did he give you?

2   A.  Money.

3   Q.  Do you know why he gave you the money?

4   A.  Yes.

5   Q.  Why was that?

6   A.  Um, I think that like for me not to feel bad because of

7   what he had done to me.

8           MR. PADILLA:  Objection, Judge, speculation.

9           THE COURT:  Overruled.

10  BY MS. MEDETIS:

11  Q.  Did he say anything to you when he gave you the money?

12  A.  Yes.

13  Q.  What did he say?

14  A.  So you don't feel bad that...

15  Q.  "That" what?

16  A.  Like for me not to -- like for me not -- the word is like

17  for me not to feel bad because of what he'd done to me.

18  Q.  How much did he give you?

19  A.  200 pesos.

20  Q.  Did you ever go back to the defendant's apartment after --

21  after that, any time after that?

22  A.  No.

23  Q.  I'm not talking about that day.  I'm asking if you ever

24  returned to the apartment behind the casino.

25  A.  No.

1  Q.  So did you only go to the apartment behind the casino two

2  times?

3  A.  Several, but the last time I didn't go back again.

4  Q.  How many times do you think you went to the defendant's

5  apartment behind the casino?

6  A.  I don't know.  I don't remember.

7  Q.  Was it more than twice?

8  A.  Yes.

9  Q.  How often or how frequently did you go to the defendant's

10  apartment behind the casino?

11  A.  Like what?

12  Q.  How often did you go to see the defendant at the apartment

13  behind the casino?

14  A.  How frequently?

15  Q.  Yes.

16  A.  I don't know what "frequency" is.

17  Q.  Did you go every day to the apartment?

18  A.  Sometimes in the week I'd go every other day.  Not every

19  day.

20  Q.  Okay.  When you went to the apartment behind the casino,

21  did the defendant suck your penis every time you went?

22  A.  Yes.  Sometimes no.

23  Q.  When you went to the apartment behind the casino, did you

24  go alone or with other people?

25  A.  Yes.

1    Q.  Did you go alone?

2    A.  No.

3    Q.  Did you go with other people?

4    A.  Yes.

5    Q.  Okay.  Did the defendant live in another apartment as well?

6    A.  Yes.

7    Q.  And where was that apartment?

8    A.  In Cabarete, in some apartments called Cita del Sol.

9    Q.  And did you ever visit the defendant at his apartment in

10   Cita del Sol?

11   A.  Yes.

12   Q.  How many times did you visit the defendant at the Cita del

13   Sol apartment?

14   A.  What?

15   Q.  Did you visit the defendant at the apartment in Cita del

16   Sol more than once?

17   A.  Yes.

18   Q.  And when you were at the apartment, the defendant's

19   apartment in Cita del Sol, did he try to touch you or do

20   anything to you in that apartment?

21   A.  Yes.

22   Q.  Could you tell us about what the defendant did to you in

23   his apartment in Cita del Sol?

24   A.  He caressed me, the same like when he lived in the

25   apartment behind the casino, and he sucked my penis.

```
 1   Q.  And did he do anything with his hands when he sucked your
 2   penis?
 3   A.  Yes.
 4   Q.  What did he do with his hands?
 5   A.  He'd grab my penis.
 6   Q.  Did he put his hands anywhere else on your body?
 7   A.  Yes.
 8   Q.  Where did he put his hands?
 9   A.  On my buttocks.  He put one -- one of his fingers inside my
10   body, my buttocks.
11   Q.  When he sucked your penis, where in the apartment did he do
12   that?
13   A.  At the Cita del Sol apartment.
14   Q.  Okay.  Was it in the bedroom of the apartment?
15   A.  Yes.
16   Q.  And did he do the same thing as he did in the casino
17   apartment by taking your pants down?
18   A.  Yes.
19   Q.  How would he get you into the bedroom when he wanted to
20   suck your penis?
21   A.  What?
22   Q.  Would he tell you to go into the bedroom when he wanted to
23   suck your penis?
24   A.  He would grab me and he would take me himself.
25   Q.  Where would he grab you?
```

1   A.   By an arm.

2   Q.   That time when he sucked your penis and he inserted his

3   finger into your buttocks, what did your body do when he sucked

4   your penis?

5   A.   Semen came out.

6   Q.   And what happened to the semen?

7   A.   He drank it.

8   Q.   Did he say anything when he drank it?

9   A.   No.

10   Q.   At the Cita del Sol apartment, did he suck your penis more

11   than one time?

12   A.   Yes.

13   Q.   Do you know how many times?

14   A.   No.

15   Q.   Was it more than twice?

16   A.   I think so, yes.

17   Q.   Was it more than three times?

18   A.   Yes.

19   Q.   Do you think it was more than five times, if you can

20   remember?

21   A.   I don't think so.  I don't know.

22   Q.   At the Cita del Sol apartment, did he ever give you any

23   money after he sucked your penis?

24   A.   Yes.

25   Q.   How much money did he give you?

1    A.  200 pesos, 200 pesos.

2    Q.  And did he give you 200 pesos each time he did that to you?

3    A.  No.

4    Q.  Just some of the times?

5    A.  Hmm?

6    Q.  He would only give you money some of the time?

7    A.  Yes.

8    Q.  Did you ever help Troy move from one apartment to another

9    at Cita del Sol?

10   A.  Yes.

11   Q.  And who did you do that with?

12   A.  With Dxxxxx.

13   Q.  And who asked you to help the defendant move?

14   A.  Troy Brimm.

15   Q.  And what did he say when he asked you, do you remember?

16   A.  Yes.

17   Q.  What did he say?

18   A.  I'm going to change to another room in the same apartments.

19   Can you come over to help me?

20   Q.  And did you go over to help the defendant?

21   A.  Yes, because it's work and I like work.

22   Q.  What did you do after you helped the defendant move?

23   A.  I was going to go home and it was already nighttime and it

24   started to rain.  Then later he told me that I could stay at

25   his house and I stayed there with Dxxxxx until the next day.

1   Q.  So you slept at the apartment, the defendant's apartment?

2   A.  Yes.

3   Q.  Where did you sleep that night?

4   A.  In -- in the bedroom where he sleeps, in a different bed.

5   Q.  So you slept in one bed and who slept in the other bed?

6   A.  Troy Brimm.

7   Q.  Did Dxxxxx stay with you that night?

8   A.  Yes.

9   Q.  Where did he sleep?

10  A.  On a sofa bed.

11  Q.  Could you describe that apartment for us, please?  When you

12  walk in, what do you see?

13  A.  When you walk in there's a door.  Then later there's a

14  living -- there's living rooms there.  And there's a wall by

15  the door, there's a refrigerator there.  The kitchen's right

16  there.  And it's got the sofa on the right-hand side.  Yes, a

17  sofa.

18  Q.  So there's a living room.  And is there a bedroom?

19  A.  Yes.

20  Q.  How many bedrooms are there?

21  A.  One.

22  Q.  And did Troy do anything to you that night?

23  A.  No.

24  Q.  Did he touch you?

25  A.  Yes.

1   Q.  Where did he touch you?

2           THE INTERPRETER:  Where?

3   BY MS. MEDETIS:

4   Q.  Where did he touch you?

5   A.  My body, my chest.

6   Q.  And did he caress you like he did the other times that you

7   described?

8   A.  Yes.

9   Q.  What else did he do?

10  A.  Nothing.  Later he put a blanket over me.

11  Q.  What happened the next day?

12  A.  The next day, um, I had breakfast.  I got up, I had

13  breakfast.  And then later after having had breakfast, I stayed

14  on the sofa watching television.

15  Q.  And what happened after that, do you remember?

16  A.  Yes.

17  Q.  What happened?  Can you tell us?

18  A.  Yes.  First after that happened --

19          THE INTERPRETER:  The interpreter should correct

20  herself.

21  A.  First, after, a man passed through the garden behind, after

22  it arrived, well, another one went through.  Later the police

23  arrived knocking on the door.  They arrived knocking on the

24  door.  And when he got up to open the door, the police came in,

25  and Dxxxxx's father.

1   Q.   Okay.  I want to go back to when you first met the

2   defendant.  When he told you how old -- I'm sorry, strike that.

3       When you told him your age, how old you were, did he say

4   anything to you?

5   A.   Yes.

6   Q.   What did he say to you?

7   A.   He wouldn't believe me.  So many years and I'm a young kid,

8   I'm so little.

9   Q.   And again, you stated that you met the defendant

10  approximately two years ago, correct?

11  A.   Yes.

12          MS. MEDETIS:  The government would tender the witness,

13  Your Honor.

14          THE COURT:  Cross.

15                          CROSS-EXAMINATION

16  BY MR. PADILLA:

17  Q.   I have some questions for you, okay?

18  A.   Yes.

19  Q.   Let's first talk about -- let's first talk about the night

20  before Troy was arrested.

21  A.   Yes.

22  Q.   You were in Cabarete, right?

23  A.   Could you repeat the question, please?

24  Q.   Sure.  I want to know where you were the night before Troy

25  was arrested.

1   A.  That day I was in Cabarete.

2   Q.  Where were you?

3   A.  At the house of a friend of his, a female friend of his.

4   Q.  Okay.  Were you with Dxxxxx?

5   A.  No.

6   Q.  And at some point that night you go to Troy's house,

7   correct?

8   A.  Yes.

9   Q.  Because he needed help with moving.

10  A.  Yes.

11  Q.  So you walked over to Troy's house.

12  A.  Yes.

13  Q.  From your -- from your female friend's house?

14  A.  Yes.

15  Q.  And you didn't call Troy ahead of time, did you?

16  A.  No.

17  Q.  He didn't know that you were going to arrive at his house,

18  did he?

19  A.  Yes.

20  Q.  And you just walked up to his house and knocked on the

21  door, correct?

22  A.  First, I went by to look for my friend Dxxxxx.

23  Q.  And where was that?

24  A.  On the beach.

25  Q.  Where on the beach?

 1   A.   At the Kahuna restaurant so that he would go with me to

 2   Troy's house to help me to help him move.

 3   Q.   So you walked from your friend's house to the Kahuna?

 4   A.   Yes.

 5   Q.   And at the Kahuna you picked up Dxxxxx.

 6   A.   Yes.

 7   Q.   And from there you walked to Troy's house.

 8   A.   Yes.

 9   Q.   And when you got to Troy's house, you knocked on Troy's

10   door.

11   A.   Dxxxxx knocked on the door.

12   Q.   And Troy answered the door, correct?

13   A.   Yes.

14   Q.   Let me ask you some questions about the casino house.  You

15   testified that the first time you went there you played with a

16   robot, correct?

17   A.   Yes.

18   Q.   And after you played there for a little bit, you left.

19   A.   Yes.

20   Q.   And that was the first time that you had ever met Troy.

21   A.   Yes.

22   Q.   Nothing else happened that day.

23   A.   No.

24   Q.   Was Dxxxxx with you?

25   A.   Yes.

```
 1    Q.  The very next day you go back to Troy's house.

 2    A.  Yes.

 3    Q.  And you're alone.

 4    A.  No.

 5    Q.  Who was with you?

 6    A.  My workmate, Dxxxxx.

 7    Q.  So he would -- Dxxxxx was there with you two times.

 8    A.  Yes.

 9    Q.  Was Dxxxxx with you at the casino house more than twice?

10    A.  Yes.

11    Q.  But the day after you first met him, you came back the very

12    next day, correct?

13    A.  Yes.

14    Q.  And you didn't call Troy ahead of time to let him know that

15    you were coming.

16    A.  No.  No, it was Dxxxxx's idea to go to his house.

17    Q.  You showed up there and Troy didn't know that you were

18    coming.

19    A.  (Pause).  No.

20    Q.  And on that day, you testified that Troy touched you.

21    A.  Yes.

22    Q.  And you didn't -- and you had just met Troy; is that right?

23    A.  Yes.

24    Q.  You had no idea who he was.

25    A.  No.
```

```
 1    Q.  And you just showed up at his house.

 2    A.  Because Dxxxxx insisted on going to his house.  It wasn't

 3    my decision to go to his house for...

 4    Q.  And while you were there Troy touched you, correct?

 5    A.  Yes.

 6    Q.  And you felt bad about that, didn't you?

 7    A.  Yes.

 8    Q.  Were you scared?

 9    A.  Yes.

10    Q.  And while this is happening, where is Dxxxxx?

11    A.  Seated at the computer.

12    Q.  And you never called for help.

13    A.  No.

14    Q.  And you never tried to run away.

15    A.  Yes.

16    Q.  And when you left that day you never called the police, did

17    you?

18    A.  No.

19    Q.  You didn't tell your parents.

20    A.  No.

21    Q.  You didn't tell anyone what happened, did you?

22    A.  No.

23    Q.  But then you went back to Troy's house, didn't you?

24    A.  Yes.

25    Q.  Even though you were scared.
```

1    A.  No.

2    Q.  No you weren't scared or were you scared?

3    A.  Yes, but I didn't want to tell them because I was

4    embarrassed.  I was ashamed to tell them what had happened to

5    me.

6    Q.  Okay.  But I'm talking about -- I'm talking about after

7    that, after that first time, even though you said you were

8    scared, even though you said you felt bad, you came back to

9    Troy's house after that first time, didn't you?

10   A.  Yes.

11   Q.  And no one forced you to go back to Troy's house, did they?

12   A.  No.

13   Q.  Every time that you went back to Troy's house, was Dxxxxx

14   with you?

15   A.  Yes.

16   Q.  Now, the first time that you went to that house was a

17   couple years ago, correct?

18   A.  Yes.

19   Q.  At some point Troy moves into a new apartment, correct?

20   A.  Yes.

21   Q.  And Troy had just moved into that new apartment, right?

22        MS. MEDETIS:  Objection, Your Honor.  Clarification,

23   which apartments are we talking about?  There are several here.

24   BY MR. PADILLA:

25   Q.  At some point Troy moves into a new apartment building,

1  correct?

2  A.  At that time?

3  Q.  Later on.

4  A.  Yes.

5  Q.  And that's called the Cita del Sol apartments, correct?

6  A.  Yes.

7  Q.  And when Troy was arrested, he had just moved into that new

8  apartment, correct?

9  A.  Into the room of the same building.

10  Q.  That was about a month before he was arrested in this case,

11  correct?

12      MS. MEDETIS:  Objection, Your Honor, that's a

13  confusing question.

14      THE COURT:  Do you understand the question?

15  A.  No, I don't understand the question.

16  BY MR. PADILLA:

17  Q.  Troy moved -- you know that Troy moved into the Cita

18  apartment complex, correct?

19  A.  Yes.

20  Q.  And he moved into the Cita building about a month before he

21  was arrested.

22  A.  Yes.

23  Q.  Is it fair to say that you were at the casino house more

24  than you were the Cita house?

25  A.  I beg your pardon?

1    Q.   Is it true that you visited the casino house more than the

2    Cita del Sol house?

3    A.   No.

4    Q.   Tell me -- describe to me what the casino house looks like.

5    A.   It's what is called -- well, it's several apartments.  And

6    he would do a little one that seems like two rooms because it

7    has two doors to the outside.  And his apartment, I think it

8    was -- I don't remember the color.  And it wasn't so big

9    inside.  The living room looked like a bedroom.

10   Q.   How many floors did the apartment complex have?

11   A.   One.

12   Q.   If you were to be standing at the front door of that

13   apartment and you look inside, what would you see?

14   A.   I think it was like a wall.

15   Q.   How many bedrooms did it have?

16   A.   A bedroom, it had only one bedroom.

17   Q.   If you are standing at the front door, would the bedroom be

18   on the right-hand side or on the left-hand side?

19   A.   It was on the right.

20   Q.   And if you're standing at that same front door, is the

21   bathroom on the right-hand side or is the bathroom on the

22   left-hand side?

23   A.   I don't know because I don't think you saw it.  It's been

24   almost two years and I don't remember if you could see the

25   bathroom.

1    Q.  And you went to that apartment many times, didn't you?

2              MS. MEDETIS:  Objection, asked and answered.

3              THE COURT:  Overruled.

4    A.  No.

5    BY MR. PADILLA:

6    Q.  You didn't go to his house at the casino very often?

7    A.  I went there several times, but I didn't go there as often

8    as two weeks, as much as two weeks.

9    Q.  You didn't go there every week.

10   A.  (Pause).  Yes.

11   Q.  So you did go there about once every week.

12   A.  Yes.

13   Q.  And you've known Troy for two years, correct?

14   A.  No.

15   Q.  How long have you known him?

16   A.  We're talking about the apartment behind the casino, right?

17   Q.  That's correct.

18   A.  At that apartment I didn't know him for even a year.

19   Q.  How long had you known him when he lived at that apartment

20   complex?

21   A.  I don't know.  I don't remember.

22   Q.  But when the government -- when the government lawyer asked

23   you, you said you had known Troy for two years, correct?

24   A.  Yes.

25   Q.  And then she also asked you, when you met Troy for the

```
 1   first time, he was living at the casino house, correct?
 2   A.  What?
 3   Q.  When the government lawyer asked you about when you met
 4   Troy, he lived at the casino house, correct?
 5   A.  Yes.
 6   Q.  And you can't remember where the bathroom is in the casino
 7   house, correct?
 8   A.  No.
 9   Q.  I want to ask you some questions about the night before
10   Troy was arrested.  You understand?
11   A.  Yes.
12   Q.  You were there with Dxxxxx, correct?
13   A.  Yes.
14   Q.  You were helping Troy move.
15   A.  Yes.
16   Q.  It started to rain.
17   A.  Yes.
18   Q.  And you didn't want to go home in the rain, did you?
19   A.  No, because also it was nighttime.
20   Q.  And you wanted to stay at Troy's house, didn't you?
21   A.  No.
22   Q.  You wanted to leave.
23   A.  Yes.
24   Q.  But you didn't leave, did you?
25   A.  No.
```

1    Q.  You could have walked out the door.

2    A.  And I didn't want to because it was raining and I didn't

3    want to get wet.

4    Q.  So you decided to stay at Troy's house.

5    A.  Yes.

6    Q.  And Troy told you to call your parents, didn't he?

7    A.  He asked me if I had a telephone number for them.

8    Q.  Because he wanted you to call them, correct?

9    A.  I think so.

10   Q.  So that your parents would know where you were.

11   A.  Yes.

12   Q.  Nothing happened to you that night, correct?

13   A.  No, no.

14   Q.  And you went to bed in Troy's room, correct?

15   A.  No.

16   Q.  Where else were you?

17   A.  I sat down for about one hour, two hours on the sofa to

18   watch television, and later -- because I wasn't sleepy.  And

19   later I got sleepy, I couldn't stand staying up any longer, and

20   he came out and told me to go to sleep.

21   Q.  So you went into the bedroom, correct?

22   A.  Yeah, it wasn't just once that he called me.  I was

23   watching television and he would call me.  He'd call me over,

24   for me to go to sleep.

25   Q.  And that's when you went into the bedroom, right?

```
 1    A.   No.

 2    Q.   Where did you go?

 3    A.   I stayed there sitting down watching television.  I told

 4    him, I'm not sleepy yet.  I stayed watching television.  And

 5    then later I got sleepy.  He came out and he told me to go to

 6    bed.  And I went to sleep.

 7    Q.   In the bedroom, correct?

 8    A.   Yes.

 9    Q.   There were two beds in there, correct?

10    A.   Yes.

11    Q.   And you slept in one, correct?

12    A.   Yes.

13    Q.   And Troy slept in the other one, right?

14    A.   Yes.

15    Q.   All right.  And while you were on the couch, Dxxxxx was

16    there with you watching TV, wasn't he?

17    A.   Yes.

18    Q.   And he stayed on the couch to sleep, didn't he?

19    A.   Yes.

20    Q.   And he fell asleep on the couch, didn't he?

21    A.   Yes.

22    Q.   And when you woke up in the morning, Dxxxxx was still on

23    the couch, right?

24    A.   No -- yes.  He was sitting on the sofa watching television.

25    Q.   Right where the last time you saw him, right?
```

1   A.  Yes.

2       (Off-the-record discussion between defense counsel.)

3           MR. PADILLA:  Judge, that's all I have.  Thank you.

4           THE COURT:  Thank you.

5           Redirect?

6           MS. MEDETIS:  Briefly, Judge, yes.

7                       REDIRECT EXAMINATION

8   BY MS. MEDETIS:

9   Q.  Jxxx, is it okay if I ask you a few more questions?

10  A.  Yes.

11  Q.  Okay.  The morning that the defendant was arrested you were

12  watching TV, right?

13          MR. PADILLA:  Objection, Judge, that's leading.

14          THE COURT:  Overruled.

15  A.  Me?

16  BY MS. MEDETIS:

17  Q.  Yes, you.

18  A.  Yes.

19  Q.  Do you remember what you were watching on TV?

20  A.  Yes.

21  Q.  What was that?

22  A.  What program was I watching?

23  Q.  Yes.

24  A.  SpongeBob.

25  Q.  And when you went to Troy's house to help him move that

 1    day, did Troy invite you?

 2    A.   Yes.

 3    Q.   The times that you went to see Troy at the apartment in the

 4    casino and at Cita del Sol, all those times, why did you go?

 5    A.   Because sometimes I'd bump into him at the -- I would

 6    always go through the beach shining shoes and sometimes I'd

 7    bump into him, he would be sitting down and drinking.  And I'd

 8    go through there and I would see him, I would see him there,

 9    yes.

10    Q.   Okay.  And when you'd see him there, did he invite you to

11    his house -- or his apartment, rather?

12    A.   Yes.

13    Q.   And the times that you went to his apartment at the casino

14    in Cita del Sol, was he upset when you would go to the

15    apartment?

16    A.   No.

17    Q.   Did he seem like -- did he treat you like you were

18    uninvited?

19    A.   No.

20    Q.   Did he make you feel unwelcomed?

21    A.   No.

22    Q.   You talked about -- earlier when I was asking you questions

23    you talked to the jury about how Troy sucked your penis.  Do

24    you remember that?

25    A.   Yes.

1   Q.  And the defense -- I'm sorry, the defendant's lawyer asked

2   you if you had told anybody that Troy sucked your penis.  Do

3   you remember that, that he asked you that?

4   A.  Hmm?

5   Q.  Do you remember -- let me strike that.

6       You didn't tell anybody, you didn't tell the police early

7   on when Troy sucked your penis; is that right?

8           MR. PADILLA:  Judge, objection, leading.

9           THE COURT:  Overruled.

10  A.  No.

11  BY MS. MEDETIS:

12  Q.  Why didn't you tell anybody?

13  A.  Because I felt -- I felt embarrassed to tell something like

14  that to my friends.

15  Q.  What about your family or the police, were you embarrassed

16  to tell them?

17  A.  Yes.

18  Q.  And even though Troy sucked your penis when you went to his

19  house, you'd continue to go; is that right?

20  A.  Yes.

21  Q.  Why did you continue to go?

22  A.  Because like I was telling you, since I would see him on

23  the beach, and he would tell me I could go to his house to have

24  lunch.

25  Q.  So you went for food?

1   A.  Yes.

2   Q.  Why didn't you go somewhere else for food?

3   A.  Because I couldn't get money and I'd go to his house

4   because he'd give me the food for free.

5   Q.  So you'd go because you were hungry.

6   A.  Yes.

7   Q.  Couldn't you get food at home?

8   A.  My house was too far away for me to get back, for me to get

9   back to my house in Cabarete to Sabaneta.

10  Q.  Jxxx, can you tell me how many days there are in a week?

11  A.  I think seven, seven.

12  Q.  In your house, can you watch SpongeBob?

13  A.  No.

14  Q.  Why not?

15  A.  Because there's no digital cable.

16  Q.  Troy's apartment, does that have cable?

17  A.  Yes.

18  Q.  And you had said that when you went to go visit Troy and

19  Troy would suck your penis, sometimes he would give you 200

20  pesos.  Do you remember that?

21  A.  Yes.

22  Q.  How many shoes do you think you would have to shine or how

23  long would you have to shine shoes to earn that much money?

24  A.  I don't know, sometimes it goes badly for me.

25      MS. MEDETIS:  Okay.  No further questions, Your Honor.

1          THE COURT:  Okay.  Let's go ahead and recess for the

2     day.  And, again, I remind you regarding your instructions, the

3     instructions as far as your conduct as jurors, don't talk to

4     anybody about the case, don't read or listen to anything

5     touching on the case, don't do any research about the case on

6     your own.

7          We'll start promptly tomorrow morning at 9 o'clock.

8     If you are unfamiliar with coming into the downtown Miami area

9     at that time of day, I would ask that you give yourself a few

10    minutes, arrive about 8:45, you can collect yourself in the

11    jury deliberation room.  As I said before, if we're missing

12    just one of us we can't get started on time, so out of courtesy

13    and respect to your fellow jurors and everyone else's time,

14    please try to get here a little bit of ahead of time so we can

15    get started promptly at 9 o'clock.  Have a pleasant evening.

16    We'll see you tomorrow morning.

17         (Jury not present.)

18         THE COURT:  What's it looking like?

19         MS. MEDETIS:  Your Honor, it's going a little bit

20    slower than anticipated because of the translations.  We have

21    two more minors that are going to be testifying and another

22    victim, so that would be three substantive witnesses, and then

23    we have the two fingerprint witnesses who are going to testify

24    regarding the prints for Mr. Brimm and tie those to the

25    conviction.  Those would be quick witnesses.  So I would say

1    safely perhaps through -- through lunch, a little bit after

2    lunch as well.

3             THE COURT:  Okay.  All righty.  See you tomorrow

4    morning.

5             MS. MEDETIS:  Thank you, Judge.

6        (Proceedings adjourned at 5:06 p.m.)

7                        *   *   *   *   *

```
1   UNITED STATES OF AMERICA                    )
                                                 )   ss:
2   SOUTHERN DISTRICT OF FLORIDA                 )

3

4                   C E R T I F I C A T E

5       I, Carly L. Horenkamp, Certified Shorthand

6   Reporter in and for the United States District Court for the

7   Southern District of Florida, do hereby certify that I was

8   present at and reported in machine shorthand the proceedings

9   had the 28th day of August, 2012, in the above-mentioned court;

10  and that the foregoing transcript is a true, correct, and

11  complete transcript of my stenographic notes.

12      I further certify that this transcript contains

13  pages 1 - 86.

14      IN WITNESS WHEREOF, I have hereunto set my hand at Miami,

15  Florida, this 19th day of October, 2012.

16

17

18                  /s/ Carly Horenkamp
                    Carly L. Horenkamp
19                  Certified Shorthand Reporter

20

21

22

23

24

25
```

'
'child [1] 3/13
'propensity' [1] 3/11

1
1 o'clock [1] 47/25
10 [2] 24/8 54/10
10 o'clock [1] 48/7
11 [2] 3/8 24/8
12 [2] 1/13 20/10
12-20482-CR-KMM [1] 1/2
13 [2] 2/6 18/8
13-4 [1] 1/23
14 [3] 2/17 50/18 51/5
15 [10] 2/7 2/18 19/7 19/10 22/24 27/18
50/18 51/9 52/4 54/7
150 [1] 1/20
1556 [1] 1/21
15th [1] 1/20
16 [1] 3/8
17 [1] 2/8
1995 [1] 52/10
1996 [1] 51/12
1999 [2] 18/6 51/8
19th [1] 86/15
1:28 [2] 1/5 3/1

2
20 [1] 25/12
200 [6] 22/22 60/19 65/1 65/1 65/2 83/19
2010 [1] 3/5
2012 [8] 1/4 7/11 7/16 7/21 13/18 24/16
86/9 86/15
27 [1] 2/9
28 [1] 1/4
28th [1] 86/9
2nd [4] 6/16 7/10 16/14 24/16

3
30 [2] 3/9 25/12
305 [1] 1/24
33128 [1] 1/24
33130-1556 [1] 1/21
33132 [1] 1/17
368 [1] 3/5
3:14 [1] 50/4
3:28 [1] 50/4
3rd [6] 7/16 7/21 8/6 13/18 14/17 16/23

4
400 [1] 1/23
403 [1] 3/24
404 [1] 3/12
413 [4] 4/20 4/21 4/23 4/23
414 [5] 4/16 4/18 4/21 4/23 4/24
45 [1] 27/17
48 [2] 2/9 3/7
4th [1] 1/16

5
50 [7] 2/17 2/17 2/18 2/18 54/7 54/10
54/10
51 [2] 2/11
5138 [1] 1/24
523-5138 [1] 1/24
5:06 [1] 85/6

6
68 [1] 2/11

7
7th [1] 18/22

8
80 [1] 2/12
86 [3] 1/9 2/2 86/13
8:45 [1] 84/10

9
9 o'clock [2] 84/7 84/15
929 [1] 3/5
99 [1] 1/16

A
a lot [2] 13/9 40/24
able [3] 10/18 32/22 35/3
abnormal [1] 16/3
about [54] 16/13 16/23 19/8 20/9 23/23
24/16 25/12 27/18 29/8 30/20 31/1 35/16
35/25 36/13 36/14 42/1 44/18 45/13
45/15 45/17 45/22 45/24 46/17 46/19
46/22 47/4 48/7 48/10 48/17 48/17 48/18
50/3 60/23 62/22 68/19 68/19 70/14 72/6
73/6 73/6 73/23 74/10 74/20 76/11 76/16
77/3 77/9 78/17 81/22 81/23 82/15 84/4
84/5 84/10
above [1] 86/9
above-mentioned [1] 86/9
abstract [1] 51/10
abstracts [1] 50/20
abuse [1] 3/11
accompanied [3] 7/13 9/8 13/13
accustomed [1] 16/19
acts [1] 6/11
actually [1] 16/10
adjourned [1] 85/6
admissible [1] 3/17
admission [1] 3/6
admit [1] 50/7
admitted [4] 2/17 50/20 50/25 51/10
AFPD [2] 1/18 1/19
after [51] 7/24 8/12 9/2 9/11 9/25 10/24
16/23 21/1 23/2 23/10 25/13 25/14 25/17
25/23 26/18 30/17 34/21 38/3 38/9 38/19
41/16 41/18 41/22 42/12 46/23 56/21
56/22 56/23 57/4 57/24 57/25 58/7 58/8
59/21 59/23 60/20 60/21 60/21 64/23
65/22 67/13 67/15 67/18 67/21 67/21
70/18 71/11 73/6 73/7 73/9 85/1
afternoon [11] 1/10 5/5 5/21 5/22 14/1
14/2 17/20 17/21 47/24 51/22 51/23
again [9] 7/24 23/20 41/3 56/23 57/5
59/23 61/3 68/9 84/2
age [3] 4/16 4/24 68/3
agents [5] 44/15 45/11 49/1 49/4 49/6
aggressiveness [1] 15/8
ago [5] 20/9 28/13 55/14 68/10 73/17
ahead [7] 50/2 50/24 55/1 69/15 71/14
84/1 84/14
air [1] 37/10
airplane [1] 43/1
all [24] 15/6 15/8 15/19 19/13 28/4 29/6
32/1 34/5 36/7 36/18 41/19 46/3 46/10
48/3 48/13 50/2 50/16 50/24 51/3 54/23
79/15 80/3 81/4 85/3
allowed [1] 9/11
alluded [1] 4/15
almost [1] 75/24
alone [5] 24/13 24/15 61/24 62/1 71/3
along [1] 50/22
already [2] 29/12 65/23
always [3] 14/11 14/11 81/6
am [1] 3/20 4/2

AMERICA [2] 1/3 86/1
analysis [1] 3/24
another [17] 7/13 10/7 12/16 12/17 12/17
12/18 25/9 29/2 29/17 34/17 43/18 59/15
62/5 65/8 65/18 67/22 84/21
answer [3] 9/21 10/13 10/25
answered [10] 11/16 11/18 12/11 15/1
33/20 36/22 37/2 46/25 70/12 76/2
answers [1] 5/13
anticipated [1] 84/20
any [9] 4/8 21/18 22/18 46/19 52/17
60/21 64/22 78/19 84/5
anybody [10] 10/12 18/15 19/20 40/23
44/12 46/5 82/2 82/6 82/12 84/4
anymore [1] 42/10
anyone [1] 72/21
anything [18] 7/23 22/15 23/18 26/4 27/1
28/1 38/24 56/12 56/14 58/11 59/24
60/11 62/20 63/1 64/8 66/22 68/4 84/4
anywhere [4] 21/16 26/16 59/19 63/6
apartment [96]
apartments [8] 24/3 37/15 37/16 62/8
65/18 73/23 74/5 75/5
apologize [1] 10/19
APPEARANCES [1] 1/14
appeared [1] 8/7
appreciate [1] 4/10
approach [3] 5/16 31/25 36/6
approximately [2] 24/8 68/10
are [23] 3/21 5/21 6/9 11/4 14/11 16/18
18/7 18/21 31/20 34/9 34/21 45/3 46/8
52/3 53/4 66/20 73/23 73/23 75/17 83/10
84/8 84/21 84/23
area [6] 6/12 84/8
arm [1] 64/1
around [2] 47/25 56/18
arrest [2] 16/14 28/16
arrested [16] 27/10 28/4 30/17 34/21
41/16 41/23 42/12 46/24 49/11 68/20
68/25 74/7 74/10 74/21 77/10 80/11
arrive [2] 69/17 84/10
arrived [8] 8/2 9/7 11/5 39/16 45/7 67/22
67/23 67/23
arriving [1] 7/24
article [2] 12/2 19/24
as [37] 3/5 3/17 4/2 4/17 4/21 4/22 4/25
6/9 7/5 7/6 7/18 9/9 11/13 13/19 14/22
14/24 18/23 32/12 32/16 34/8 41/5 50/18
51/4 51/6 51/16 51/16 62/5 63/16 76/7
76/8 76/8 76/8 84/3 84/3 84/11 85/2
ashamed [1] 73/4
aside [1] 10/5
ask [10] 36/20 36/21 47/4 55/7 56/12
56/25 70/14 77/9 80/9 84/9
asked [40] 7/13 12/11 12/23 12/25 13/4
16/2 20/17 21/9 24/22 25/18 31/1 33/20
35/16 35/18 36/1 36/3 36/18 36/22 37/2
45/17 46/22 46/25 48/10 48/12 48/17
49/1 49/19 55/24 56/9 56/15 57/20 65/13
65/15 76/2 76/22 76/25 77/3 78/7 82/1
82/3
asking [4] 35/20 36/13 60/23 81/22
asleep [2] 39/8 79/20
assuming [1] 3/24
at [99]
ate [1] 56/16
attention [1] 16/14
ATTORNEY [1] 1/16
Attorney's [1] 40/25
attorneys [2] 41/9 41/10
AUGUST [2] 1/4 86/9
aunt [2] 52/16 53/1
AUSA [2] 1/15 1/15

**A**

authenticating [1]  50/7
available [1]  4/6
Avenue [1]  1/23
away [4]  27/17 52/24 72/14 83/8
Axxxxxx [5]  2/10 2/18 51/11 51/19 52/2

**B**

back [14]  23/9 38/3 49/10 60/20 61/3
68/1 71/1 71/11 72/23 73/8 73/11 73/13
83/8 83/9
bad [5]  60/6 60/14 60/17 72/6 73/8
badly [1]  83/24
based [3]  4/4 16/3 48/23
basically [1]  14/7
Batey [2]  30/25 52/25
bathroom [5]  37/9 75/21 75/21 75/25
77/6
be [20]  4/7 4/14 5/6 8/10 9/17 14/7 16/12
20/10 31/18 50/11 50/24 51/13 51/14
55/23 75/12 75/17 81/7 84/21 84/22
84/25
beach [11]  20/13 20/14 20/15 24/18
28/14 28/15 28/18 69/24 69/25 81/6
82/23
because [34]  8/4 10/3 13/2 13/8 16/18
29/25 30/1 41/12 43/6 49/19 49/19 52/24
53/24 54/9 60/6 60/17 65/21 69/9 72/2
73/3 75/6 75/23 77/19 78/2 78/8 78/18
81/5 82/13 82/22 83/3 83/4 83/5 83/15
84/20
bed [10]  25/19 25/21 37/9 59/11 66/4
66/5 66/5 66/10 78/14 79/6
bedroom [23]  25/18 25/19 30/14 38/9
38/19 38/20 39/11 49/24 57/25 59/8 59/8
63/14 63/19 63/22 66/4 66/18 75/9 75/16
75/16 75/17 78/21 78/25 79/7
bedrooms [2]  66/20 75/15
beds [2]  39/12 79/9
been [19]  6/7 7/22 17/7 21/18 28/7 34/16
34/19 35/18 36/14 36/19 36/21 36/25
42/23 43/1 44/2 44/12 45/10 50/17 75/23
before [27]  1/12 14/4 16/14 21/25 22/2
27/10 28/4 28/16 36/14 36/21 37/1 42/23
43/1 43/3 43/4 43/22 45/7 49/10 50/6
50/14 59/24 68/20 68/24 74/10 74/20
77/9 84/11
beg [1]  74/25
beginning [1]  4/13
begins [1]  29/23
BEHALF [1]  2/5
behind [27]  11/15 21/22 21/23 21/25 22/4
22/7 22/17 23/5 23/20 34/18 55/20 55/21
56/1 56/4 57/13 57/15 57/18 60/24 61/1
61/5 61/10 61/13 61/20 61/23 62/25
67/21 76/16
being [2]  7/13 35/8
believe [2]  9/16 68/7
belongings [2]  25/6 25/8
besides [2]  14/21 40/21
better [1]  3/20
between [2]  55/4 80/2
big [2]  43/3 75/8
bigger [1]  8/17
birth [8]  2/17 2/18 50/20 50/21 51/7
51/10 51/11 52/7
birthday [2]  18/3 18/4
bit [5]  11/15 70/18 84/14 84/19 85/1
bitty [1]  14/7
black [2]  19/25 55/5
blanket [1]  67/10
body [7]  26/4 58/6 59/19 63/6 63/10 64/3

67/5
Bonnie [1]  1/19
born [3]  51/8 51/12 52/9
both [4]  5/12 13/14 37/24 50/23
boy [21]  6/21 7/4 7/7 7/8 8/2 8/10 9/10
9/16 10/3 10/7 10/9 10/15 10/21 12/14
12/16 12/16 12/17 12/18 13/14 13/17
17/7
boy's [4]  10/5 10/8 12/19 16/15
boys [4]  12/23 13/4 13/14 15/4
break [2]  3/3 50/3
breakfast [4]  38/15 67/12 67/13 67/13
Briefly [2]  15/24 80/6
BRIMM [24]  1/8 11/23 11/24 12/7 15/1
15/6 19/16 19/18 19/21 20/8 20/12 21/10
24/3 34/12 41/23 42/12 46/23 54/16
54/18 54/21 56/5 65/14 66/6 84/24
Brimm's [4]  12/10 14/16 22/3 25/3
bring [2]  4/11 5/2
brothers [6]  18/16 18/17 18/18 52/17
52/19 52/20
bueno [4]  58/21 58/21 58/22 59/2
building [4]  24/1 73/25 74/9 74/20
bump [2]  81/5 81/7
but [19]  4/1 4/8 4/18 9/13 14/7 15/15 16/6
16/11 23/2 31/18 53/13 61/3 71/11 72/23
73/3 73/6 76/7 76/22 77/24
buttocks [3]  63/9 63/10 64/3
button [2]  22/11
buy [7]  25/15 29/19 44/18 44/23 45/1
54/4 54/4

**C**

Cabarete [35]  8/13 8/14 8/15 8/16 8/18
8/20 8/24 9/3 9/8 14/6 14/9 19/5 19/8
19/10 19/12 19/15 20/15 21/7 23/11
23/23 24/18 27/13 27/17 27/19 28/1 28/5
35/10 53/21 54/15 55/16 55/17 62/8
68/22 69/1 83/9
cable [3]  44/6 83/15 83/16
call [19]  5/7 17/4 17/14 17/15 19/13 30/3
30/7 30/12 30/13 39/5 50/6 51/17 52/5
69/15 71/14 78/8 78/18 78/23 78/23
called [9]  7/5 8/8 41/12 62/8 72/12 72/16
74/5 75/5 78/22
calls [3]  5/8 42/2 50/14
calm [4]  15/9 15/12 16/6 16/11
came [20]  3/3 14/16 16/16 16/18 26/12
30/17 38/3 38/10 38/10 43/13 43/16
48/23 58/8 58/9 64/5 67/24 71/11 73/8
78/20 79/5
camera [4]  14/22 35/14 39/24 40/1
can [21]  4/9 4/20 5/25 9/21 20/8 23/8
32/3 36/10 41/20 51/24 54/20 55/1 55/11
58/18 64/19 65/19 67/17 83/10 83/12
84/10 84/14
can't [3]  17/3 77/6 84/12
capacity [1]  7/18
caress [1]  67/6
caressed [1]  62/24
caressing [1]  57/23
Carino [1]  3/5
Carly [3]  1/22 86/5 86/18
carry [1]  25/6
case [20]  1/2 3/4 34/9 41/23 42/23 43/1
43/3 43/6 43/22 44/15 45/11 45/13 45/22
45/24 46/17 46/20 74/10 84/4 84/5 84/5
cases [2]  3/13 4/8
casino [43]  21/22 21/23 21/25 22/4 22/7
22/17 23/6 23/21 34/18 35/18 36/14 37/5
37/17 37/19 55/20 55/21 56/2 56/4 57/11
57/13 57/16 57/19 60/24 61/1 61/5 61/10
61/13 61/20 61/23 62/25 63/16 70/14

71/9 74/23 75/1 75/4 76/6 76/16 77/1
77/4 77/6 81/4 81/13
Cell [1]  53/11
center [2]  20/2 20/3
Cert [2]  2/17 2/18
certificate [3]  2/2 51/7 51/11
certificates [1]  50/21
certified [4]  50/23 51/6 86/5 86/19
certify [2]  86/7 86/12
chair [1]  55/4
chairs [2]  28/3 28/21
change [1]  65/18
charge [4]  19/6 19/8 20/22 54/6
charged [2]  3/18 54/9
charger [1]  56/20
charging [1]  19/7
chest [1]  67/5
child [4]  3/6 3/15 3/16 6/19
child's [1]  32/15
children [2]  14/9 14/11
circuit [3]  3/4 4/3 4/5
circuits [1]  4/2
Cita [32]  9/6 9/7 9/11 10/1 10/25 14/12
14/14 14/14 21/15 21/18 22/1 24/2 24/4
24/7 24/10 62/8 62/10 62/12 62/15 62/19
62/23 63/13 64/10 64/22 65/9 74/5 74/17
74/20 74/24 75/2 81/4 81/14
cite [1]  4/1
citizen [1]  16/9
city [1]  18/11
clarification [2]  4/12 73/22
clarify [5]  10/5 41/17 46/1 49/4 57/3
clean [1]  56/16
cleaned [1]  22/9
cleaning [1]  55/24
clear [2]  4/14 4/25
clearly [1]  17/6
clerk [1]  3/20
clothed [1]  15/2
clothes [5]  23/12 44/18 44/23 45/1 45/3
clothing [3]  12/3 19/24 23/15
collect [2]  14/10 84/10
colonel [1]  8/8
color [1]  75/8
come [10]  7/24 16/21 17/4 24/22 26/6
29/10 39/9 43/18 55/23 65/19
comfortable [1]  56/9
coming [5]  42/19 42/20 71/15 71/18 84/8
commander [1]  9/8
committed [1]  3/17
common [1]  14/6
complaint [1]  6/19
complete [1]  86/11
completely [2]  15/2 15/6
complex [4]  9/3 74/18 75/10 76/20
compliant [1]  15/6
Complies [3]  5/3 32/11 36/12
computer [6]  22/8 24/11 37/10 57/21
57/22 72/11
conditioner [1]  37/10
condominium [2]  9/3 14/13
conduct [1]  84/3
confusing [1]  74/13
consideration [1]  16/8
consistent [1]  4/5
contact [1]  12/5
contains [1]  86/12
continue [2]  82/19 82/21
Continuing [1]  3/14
contrary [1]  4/8
convey [1]  10/9
conviction [1]  84/25
copy [4]  4/9 47/7 47/10

# C

**correct [57]** 14/13 14/18 19/18 27/20 29/23 30/15 30/20 31/2 34/17 34/22 37/20 38/20 39/14 40/8 41/1 41/10 41/16 42/21 43/6 43/25 45/5 47/13 48/19 49/14 49/16 57/5 57/7 67/19 68/10 69/7 69/21 70/12 70/16 71/12 72/4 73/17 73/19 74/1 74/5 74/8 74/11 74/18 76/13 76/17 76/23 77/1 77/4 77/7 77/12 78/8 78/12 78/14 78/21 79/7 79/9 79/11 86/10
**correctly [1]** 5/13
**couch [4]** 26/20 49/22 79/15 79/18 79/20 79/23
**could [28]** 5/12 5/23 12/2 15/17 17/22 19/23 20/4 22/12 24/9 25/7 35/3 41/17 44/20 45/25 45/25 53/24 54/23 55/3 56/17 56/19 58/24 62/22 65/24 66/11 68/23 75/24 78/1 82/23
**couldn't [3]** 78/19 83/3 83/7
**counsel [7]** 34/4 34/9 46/1 48/17 49/1 50/19 80/2
**Counselor [4]** 10/17 32/22 35/2 37/18
**country [5]** 43/8 43/20 43/25 48/23 52/13
**couple [3]** 28/13 42/6 73/17
**course [1]** 51/15
**court [8]** 1/1 1/22 1/23 4/18 4/20 45/18 86/6 86/9
**court's [1]** 3/10
**courtesy [1]** 84/12
**courtroom [4]** 11/25 19/20 19/21 54/21
**CR [1]** 1/2
**cream [1]** 25/15
**credit [3]** 3/22 3/23 3/23
**crew [1]** 14/22
**crime [1]** 4/17
**crimes [2]** 6/13 6/14
**criminal [2]** 1/11 6/11
**cross [10]** 2/6 2/9 2/11 13/22 13/24 16/2 27/5 27/6 68/14 68/15
**cross-examination [7]** 2/6 2/9 2/11 13/24 16/2 27/6 68/15
**customer [1]** 55/25
**customers [1]** 54/12

# D

**D-E-L [1]** 6/1
**dad's [2]** 16/25 30/6
**date [1]** 52/7
**day [42]** 3/18 16/14 17/7 21/5 24/18 24/23 24/25 25/3 28/7 47/18 48/3 56/6 56/8 56/15 56/23 57/2 57/3 57/4 57/7 57/9 57/15 57/18 59/20 60/23 61/17 61/18 61/19 65/25 67/11 67/12 69/1 70/22 71/1 71/11 71/12 71/20 72/16 81/1 84/2 84/9 86/9 86/15
**days [6]** 27/22 30/20 46/6 47/13 48/10 83/10
**de [3]** 18/12 52/12 53/20
**de Yasica [3]** 18/12 52/12 53/20
**Dean [2]** 4/16 4/19
**decided [4]** 16/9 52/25 53/24 78/4
**decision [1]** 72/3
**defendant [50]** 1/9 1/18 3/7 3/16 12/7 12/14 12/23 13/17 16/3 16/4 20/25 23/12 23/13 23/15 24/6 24/10 25/13 25/21 25/23 25/24 26/6 26/13 26/18 26/23 26/25 49/10 49/13 55/8 55/11 56/12 56/23 57/1 59/5 59/12 59/17 59/21 59/24 61/12 61/21 62/5 62/9 62/12 62/15 62/22 65/13 65/20 65/22 68/2 68/9 80/11
**defendant's [13]** 4/22 12/15 13/15 13/17 16/24 25/8 49/18 60/20 61/4 61/9 62/18

66/1 82/1
**DEFENDER'S [1]** 1/19
**defense [6]** 46/1 48/17 49/1 50/19 80/2 82/1
**del [39]** 2/5 5/9 5/15 5/24 6/1 6/2 6/16 9/6 9/7 9/11 10/1 10/25 11/24 14/1 14/12 14/14 14/14 16/2 21/15 21/18 22/1 24/2 24/4 24/7 24/10 62/8 62/10 62/12 62/15 62/19 62/23 63/13 64/10 64/22 65/9 74/5 75/2 81/4 81/14
**del Rosario [7]** 5/9 5/24 6/2 6/16 11/24 14/1 16/2
**deliberation [1]** 84/11
**deliberations [1]** 51/15
**demeanor [2]** 16/13 16/16 16/25
**department [5]** 7/25 8/21 8/23 16/16 46/23
**describe [7]** 8/14 16/15 16/25 54/24 56/19 66/11 75/4
**described [1]** 67/7
**desperate [1]** 16/20
**detective [1]** 33/2
**detectives [2]** 33/7 33/11
**DGM [8]** 7/8 7/10 8/5 10/6 10/10 12/14 16/24 17/16
**DGM's [3]** 7/24 10/6 16/13
**did [223]**
**didn't [57]** 16/7 17/4 17/4 25/1 28/15 30/5 30/7 30/10 30/12 30/18 31/4 31/9 34/12 36/21 38/24 39/1 39/3 39/5 39/9 42/13 43/11 43/13 43/20 45/7 49/20 52/24 57/4 57/6 61/3 69/15 69/17 71/14 71/17 72/12 72/6 72/19 72/21 72/23 73/3 73/9 76/1 76/6 76/7 76/9 76/18 77/18 77/20 77/24 78/2 78/2 78/6 79/18 79/20 82/6 82/6 82/12 83/2
**different [3]** 54/8 56/25 66/4
**digital [1]** 83/15
**dinner [6]** 44/12 44/15 49/2 49/4 49/6 49/8
**direct [7]** 2/6 2/8 2/11 5/19 16/14 17/18 51/20
**directly [1]** 10/4
**discretion [1]** 3/11
**discussion [4]** 13/11 15/20 42/4 80/2
**district [9]** 1/1 1/1 1/12 1/23 3/10 40/25 86/2 86/6 86/7
**DIVISION [1]** 1/2
**do [101]**
**documents [3]** 50/8 50/23 51/14
**does [7]** 4/23 4/24 16/22 36/13 44/6 44/8 83/16
**doesn't [1]** 36/16
**dollar [1]** 19/9 19/10 20/23 20/24
**Domingo [2]** 6/3 6/4
**Dominican [10]** 6/5 6/9 7/19 18/10 18/11 42/24 43/24 45/3 50/21 52/14
**don't [45]** 19/11 25/15 26/5 27/13 29/8 31/17 32/8 34/15 35/8 35/20 36/5 36/25 38/22 40/20 42/10 43/4 43/17 44/11 44/25 45/6 47/2 47/21 48/2 48/5 48/9 52/23 53/23 58/7 60/14 61/6 61/6 61/16 64/21 64/21 74/5 75/23 75/23 75/23 75/24 76/21 76/21 83/24 84/3 84/4 84/5
**done [5]** 18/25 36/12 46/20 60/7 60/17
**door [34]** 9/12 9/13 9/14 9/15 10/2 10/12 10/13 10/22 10/24 11/6 11/8 11/13 11/13 11/14 11/16 11/18 12/11 12/11 15/1 15/1 16/24 66/13 66/15 67/23 67/24 67/24 69/21 70/10 70/11 70/12 75/12 75/17 75/20 78/1
**doors [1]** 75/7
**DOUGLAS [1]** 1/8

**down [13]** 17/13 25/19 26/20 28/25 50/1 57/21 59/9 59/10 59/14 63/17 78/17 79/3 81/7
**downtown [1]** 84/8
**drank [4]** 58/10 58/11 64/7 64/8
**dressed [1]** 59/23
**drinking [1]** 81/7
**drove [1]** 49/4
**due [1]** 3/23
**during [2]** 13/19 51/15
**duties [1]** 6/9
**Dxxxxx [38]** 2/8 2/17 6/25 7/1 7/22 16/19 17/1 17/17 17/25 18/2 19/13 19/15 20/1 20/8 21/10 23/23 48/17 50/22 51/7 55/24 56/1 65/12 65/25 66/7 69/4 69/22 70/5 70/11 70/24 71/6 71/7 71/9 72/2 72/10 73/13 77/12 79/15 79/22
**Dxxxxx's [2]** 67/25 71/16

# E

**each [2]** 37/9 65/2
**earlier [2]** 49/13 81/22
**early [1]** 82/6
**earn [1]** 83/23
**eat [2]** 22/15 44/10
**either [2]** 30/6 30/12
**Eleventh [2]** 3/4 4/3
**else [17]** 10/6 18/15 21/16 25/16 26/16 28/1 40/21 40/23 53/17 56/12 56/14 59/19 63/6 67/9 70/22 78/16 83/2
**else's [3]** 31/18 32/14 84/13
**embarrassed [4]** 49/16 73/4 82/13 82/15
**engaged [1]** 3/16
**English [6]** 5/14 50/23 51/4 51/6 51/16 58/15
**enough [1]** 4/8
**enter [3]** 9/11 9/25 34/13
**entitled [1]** 4/4
**error [1]** 4/13
**esta [3]** 58/21 58/22 59/1
**even [6]** 15/10 72/25 73/7 73/8 76/18 82/18
**evening [3]** 14/4 29/12 84/15
**ever [20]** 19/16 21/1 21/10 21/12 21/16 22/17 23/5 23/20 42/23 43/1 43/3 47/7 53/21 54/15 60/20 60/23 62/9 64/22 65/8 70/20
**every [8]** 3/18 61/17 61/18 61/18 61/21 73/13 76/9 76/11
**everyone [1]** 84/13
**everything [2]** 17/3 35/14
**everywhere [1]** 16/21
**evidence [14]** 3/7 3/11 3/12 3/15 3/17 4/21 4/23 34/5 34/9 47/14 50/15 50/15 50/20 51/10
**evidentiary [1]** 3/10
**EX [1]** 2/17
**exactly [1]** 28/19
**examination [19]** 2/6 2/6 2/7 2/8 2/9 2/9 2/11 2/11 2/12 5/19 13/24 15/25 16/2 17/18 27/6 48/15 51/20 68/15 80/7
**exception [1]** 3/13
**Exhibit [2]** 51/5 51/9
**exhibits [2]** 50/15 50/18
**exists [1]** 3/13
**extent [2]** 32/13 34/6

# F

**facilitate [1]** 5/10
**fact [3]** 15/10 34/8 47/14
**fair [1]** 74/23
**family [3]** 43/18 45/1 82/15
**far [4]** 3/20 52/24 83/8 84/3

**F**

**father [24]** 7/2 7/13 10/6 10/6 10/8 13/13 13/14 15/16 16/13 17/5 39/22 40/3 40/13 40/17 40/21 41/3 41/5 41/8 41/12 41/22 41/25 43/13 43/16 67/25
**father's [2]** 16/15 41/10
**Fed.Appx [1]** 3/5
**FEDERAL [2]** 1/19 3/12
**feel [4]** 60/6 60/14 60/17 81/20
**fell [1]** 79/20
**fellow [1]** 84/13
**felt [4]** 72/6 73/8 82/13 82/13
**female [2]** 69/3 69/13
**few [4]** 32/7 46/6 80/9 84/9
**find [2]** 7/10 7/15
**finger [1]** 64/3
**fingerprint [1]** 84/23
**fingers [1]** 84/23
**finish [1]** 32/6
**finished [4]** 32/21 57/22 58/7 58/8
**first [38]** 9/7 9/15 10/1 10/12 10/16 10/22 10/24 12/19 12/21 19/4 19/12 28/16 29/4 30/15 31/6 31/15 33/12 34/5 35/3 35/3 36/10 47/18 55/11 55/15 57/4 67/18 67/21 68/1 68/19 68/19 69/22 70/15 70/20 71/1 73/7 73/9 73/16 77/1
**five [3]** 37/16 39/21 64/19
**Flagler [1]** 1/20
**floor [5]** 1/20 25/25 56/16 59/13 59/14
**floors [2]** 22/9 75/10
**FLORIDA [7]** 1/1 1/17 1/21 1/24 86/2 86/7 86/15
**Folks [1]** 51/13
**follows [1]** 3/14
**food [9]** 13/3 13/9 29/19 56/16 57/21 82/25 83/2 83/4 83/7
**force [1]** 34/12
**forced [2]** 34/14 73/11
**foregoing [1]** 86/10
**found [3]** 7/22 13/17 16/24
**four [1]** 52/20
**Fourth [1]** 53/5
**Francis [1]** 1/15
**free [1]** 83/4
**frequency [1]** 61/16
**frequently [2]** 61/9 61/14
**friend [3]** 69/3 69/3 69/22
**friend's [2]** 69/13 70/3
**friends [1]** 82/14
**front [4]** 11/13 75/12 75/17 75/20
**full [2]** 18/11 54/24
**further [6]** 13/21 15/21 17/12 49/25 83/25 86/12

**G**

**Galvez [7]** 8/9 10/7 11/9 11/11 11/13 11/14 14/18
**garden [1]** 67/21
**gasoline [1]** 19/4
**gave [4]** 22/20 47/8 60/3 60/11
**Generally [1]** 3/11
**gentleman [4]** 11/4 11/5 11/19 12/4
**gentlemen [2]** 5/5 50/2
**get [19]** 4/25 5/16 6/13 15/8 29/14 30/2 34/7 43/24 49/20 54/2 63/19 78/3 83/3 83/7 83/8 83/8 84/12 84/14 84/15
**gets [1]** 3/22
**getting [1]** 29/12
**gift [1]** 22/22
**Ginebra [1]** 52/25
**girl [1]** 57/23
**give [23]** 3/23 4/6 13/3 13/9 17/3 22/15

22/17 22/20 22/22 23/2 35/22 54/10 54/10 59/24 60/1 60/18 64/22 64/25 65/2 65/6 83/4 83/19 84/9
**glasses [1]** 12/5
**go [68]** 3/23 7/8 8/12 9/2 9/9 10/1 13/2 18/19 21/12 24/13 24/13 24/14 24/14 25/3 25/18 25/24 26/19 27/19 29/6 34/14 49/10 50/2 50/24 52/24 53/2 53/24 55/1 60/20 61/1 61/3 61/9 61/12 61/17 61/18 61/24 62/1 62/3 63/22 65/20 65/23 68/1 69/6 70/1 71/1 71/16 72/3 73/11 76/6 76/7 76/9 76/11 77/18 78/20 78/24 79/2 79/5 81/4 81/6 81/8 81/14 82/19 82/21 82/23 83/2 83/3 83/5 83/18 84/1
**goes [1]** 83/24
**going [13]** 4/7 16/19 29/2 29/19 32/12 32/13 65/18 65/23 69/17 72/2 84/19 84/21 84/23
**good [14]** 5/5 5/21 5/22 14/1 14/2 17/20 17/21 32/5 51/22 51/23 58/14 58/15 58/21 59/2
**got [12]** 12/5 19/25 35/22 38/13 56/9 59/23 66/16 67/12 67/24 70/9 78/19 79/5
**government [22]** 2/5 2/17 4/3 4/19 5/8 5/9 5/15 17/17 27/3 42/20 43/8 43/24 47/19 47/19 50/12 50/13 51/9 51/19 68/12 76/22 76/22 77/3
**government's [3]** 4/15 50/18 51/5
**grab [3]** 63/5 63/24 63/25
**grabbed [1]** 58/1
**grabbing [2]** 26/15 59/6
**grade [2]** 18/21 53/4
**granted [1]** 9/25
**guard [4]** 9/9 10/8 11/3 14/24
**guided [1]** 4/2
**guys [1]** 40/7
**Gxxxx [2]** 2/8 2/17 6/25 7/1 17/17 18/2 51/7

**H**

**habit [1]** 7/12
**habitually [1]** 7/5
**had [50]** 3/2 4/14 7/12 7/22 11/4 11/5 17/7 17/10 18/25 21/18 22/9 22/11 28/7 34/16 34/19 35/14 35/18 36/14 36/18 36/21 36/25 38/15 41/12 43/1 43/3 43/22 46/20 47/4 49/13 55/25 56/16 56/20 59/18 60/7 67/12 67/12 67/13 70/20 71/22 71/24 73/4 73/21 74/7 75/16 76/19 76/23 78/7 82/2 83/18 86/9
**half [1]** 27/17
**hand [6]** 66/16 75/18 75/18 75/21 75/22 86/14
**handcuff [3]** 16/6 16/9 16/10
**handcuffed [4]** 15/10 16/3 16/5 16/12
**handcuffs [1]** 16/7
**hands [9]** 26/13 57/23 59/5 59/18 59/18 63/1 63/4 63/6 63/8
**happened [26]** 21/8 23/8 23/10 25/17 26/11 26/18 31/2 31/4 35/16 38/22 41/18 45/24 56/14 57/24 58/6 58/9 59/21 64/6 67/11 67/15 67/17 67/18 70/22 72/21 73/4 78/12
**happening [2]** 7/6 72/10
**has [6]** 13/6 12/7 20/5 44/12 55/8 75/7
**hasn't [2]** 16/21 16/21
**have [46]** 3/17 3/23 4/6 4/8 4/9 4/24 6/7 15/17 15/21 18/17 18/18 20/17 21/9 27/8 30/4 30/5 30/11 34/8 42/23 44/6 44/8 44/15 45/7 46/11 48/18 48/18 48/21 50/20 52/17 52/19 52/20 54/4 68/17 75/10 75/15 76/15 78/1 80/3 82/23 83/16 83/22 83/23 84/15 84/20 84/23 86/14

**haven't [2]** 44/16 45/11
**having [2]** 51/14 67/13
**he [233]**
**he'd [6]** 58/7 58/8 60/17 63/5 78/23 83/4
**he's [10]** 12/3 12/4 19/25 31/18 32/13 32/15 32/16 54/24 55/4 55/5
**hear [5]** 10/18 32/22 35/3 38/24 41/25
**hearsay [4]** 9/18 33/15 41/13 42/2
**help [16]** 24/23 28/3 29/16 31/14 36/13 36/16 39/5 65/8 65/13 65/19 65/20 69/9 70/2 70/2 72/12 80/25
**helped [6]** 25/6 25/13 28/2 28/20 43/24
**helping [1]** 77/14
**her [5]** 9/22 35/20 36/13 36/25 43/20
**here [16]** 11/24 16/18 32/5 42/11 42/19 44/13 45/5 45/10 45/15 46/5 46/15 46/22 47/19 48/11 73/23 84/14
**hereby [1]** 86/7
**hereunto [1]** 86/14
**herself [1]** 67/20
**him [51]** 7/12 7/15 9/1 12/2 12/12 16/9 16/11 16/12 16/20 19/23 19/23 20/16 20/17 20/22 21/1 21/4 21/6 21/8 21/9 21/10 21/12 21/14 22/9 22/22 23/2 24/11 24/22 25/6 25/18 25/18 26/13 28/16 30/1 30/12 30/14 31/20 32/17 56/17 57/3 57/20 57/21 57/23 57/25 59/5 59/18 59/18 62/9 62/23 63/1 63/4 63/6 63/8 63/9 64/2 65/25 69/3 69/3 69/17 69/20 71/16 72/1 72/2 72/3 75/7 76/6 81/1 81/11 81/13 82/18 82/23 83/3
**Hmm [2]** 65/5 82/4
**home [10]** 16/21 16/21 17/4 21/10 21/12 21/14 21/23 65/23 77/18 83/7
**Honor [32]** 3/19 3/21 4/12 5/9 5/16 12/6 13/10 13/23 15/18 15/21 15/24 17/12 17/15 20/4 27/3 31/17 32/12 33/4 33/8 33/20 45/25 49/25 50/6 50/13 50/19 51/1 55/7 68/13 73/22 74/12 83/25 84/19
**HONORABLE [1]** 1/12
**Horenkamp [3]** 1/22 86/5 86/18
**hotel [15]** 9/3 9/4 9/5 10/4 12/14 14/14 14/15 35/1 35/10 43/3 44/4 44/10 47/5 47/8 47/11
**hour [2]** 27/17 78/17
**hours [4]** 39/7 41/16 41/18 78/17
**house [56]** 13/2 18/15 29/14 30/1 30/24 30/25 34/16 35/18 36/14 36/21 37/1 37/5 37/17 37/19 65/25 69/3 69/6 69/11 69/13 69/17 69/20 70/2 70/3 70/7 70/9 70/14 71/1 71/9 71/16 72/1 72/2 72/3 72/23 73/9 73/11 73/13 73/16 74/23 74/24 75/1 75/2 75/4 76/6 77/1 77/4 77/7 77/20 78/4 80/25 81/11 82/19 82/23 83/3 83/8 83/9 83/23
**how [55]** 4/16 5/21 6/7 14/20 17/1 18/7 18/17 18/25 19/6 19/8 20/12 20/16 20/22 22/3 22/20 24/6 25/11 26/1 36/18 37/15 45/20 47/18 47/20 48/3 52/3 52/19 54/6 55/2 55/23 58/3 58/3 58/7 59/7 59/14 60/18 61/4 61/9 61/9 61/12 61/14 62/12 63/19 64/13 64/25 66/20 68/2 68/3 75/10 75/15 76/15 76/19 81/23 83/10 83/22

**H**

how... [1] 83/22
however [1] 3/13
hungry [1] 83/5

**I**

I'd [8] 4/10 27/10 50/19 61/18 81/5 81/6 81/7 83/3
I'll [2] 3/22 4/6
I'm [28] 3/24 4/7 6/6 16/20 16/20 31/1 32/3 32/10 32/12 35/22 41/20 42/11 43/14 44/20 46/14 48/18 53/12 57/13 60/23 60/23 65/18 68/2 68/7 68/8 73/6 73/6 79/4 82/1
I've [1] 50/17
ice [1] 25/15
idea [3] 17/10 71/16 71/24
identification [1] 50/18
identified [3] 12/7 20/5 55/8
identify [1] 19/23
if [38] 4/6 4/7 4/8 4/9 6/13 7/22 16/3 16/10 20/4 20/17 21/9 24/22 27/1 31/14 35/18 36/10 36/18 36/21 49/1 50/8 50/13 50/19 54/20 55/24 56/14 56/15 57/20 60/23 64/19 75/12 75/17 75/20 75/24 78/7 80/9 82/2 84/8 84/11
immediately [3] 7/5 8/7 8/25
impeach [1] 32/14
impeachment [1] 32/13
improper [2] 32/13 34/4
in [188]
inadmissible [1] 3/12
indicate [1] 8/25
indicated [1] 8/4
inform [1] 7/6
information [2] 8/12 10/10
informed [1] 7/7
initials [2] 7/8 17/16
inserted [1] 64/2
inside [5] 40/15 55/21 63/9 75/9 75/13
insisted [1] 72/2
inspector's [1] 8/16
instead [1] 19/10
instruct [1] 34/8
instruction [1] 4/5
instructions [2] 84/2 84/3
intent [1] 4/21
interpret [1] 5/13
interpreter [5] 5/10 5/17 10/17 35/2 67/19
Interpreters [1] 5/13
interview [5] 32/21 32/25 46/23 47/4 47/10
interviewed [3] 33/2 34/22 35/8
interviews [1] 46/19
into [30] 9/9 9/10 9/25 16/8 25/18 25/18 30/14 34/12 38/9 38/19 48/23 50/15 50/20 51/10 57/20 63/9 63/22 64/3 73/19 73/21 73/25 74/7 74/9 74/17 74/20 78/21 78/25 81/5 81/7 84/8
introduce [4] 4/15 4/21 50/20
investigation [1] 6/14
investigations [1] 6/6
invite [3] 21/10 81/1 81/10
involved [1] 6/13
is [62] 3/4 3/12 3/16 3/17 3/20 3/22 3/23 4/3 5/9 5/24 8/4 8/14 8/15 8/16 8/18 11/11 11/22 12/4 12/16 17/1 17/24 18/1 18/3 18/4 19/18 20/1 27/17 28/16 32/14 33/14 34/2 34/5 34/6 34/21 35/2 46/2 47/14 47/19 49/14 51/6 51/13 52/1 52/2 52/7 52/13 59/2 60/16 61/16 66/18 71/22 72/10 72/10 74/23 75/1 75/5 75/20 75/21

77/6 80/9 82/7 82/19 86/10
isn't [2] 16/19 17/7
issue [1] 3/5
it [88]
it's [11] 14/6 14/12 14/14 32/3 53/12 65/21 66/16 75/5 75/5 75/23 84/19
its [1] 50/14

**J**

jacket [2] 19/25 55/5
Joaquin [1] 1/18
JRP [1] 51/18
JUDGE [17] 1/12 3/25 4/10 31/22 31/25 34/10 36/6 41/17 41/20 46/10 48/13 60/8 80/3 80/6 80/13 82/8 85/5
jurors [2] 84/3 84/13
jury [18] 1/11 1/13 3/1 4/11 5/2 5/4 8/14 16/15 20/8 34/6 34/8 50/4 50/10 51/2 51/9 81/23 84/11 84/17
just [27] 4/9 4/12 4/14 10/5 18/24 28/13 29/10 30/14 31/20 34/7 36/10 41/16 42/6 45/19 48/12 48/24 49/4 51/5 57/3 65/4 69/20 71/22 72/1 73/21 74/7 78/22 84/12
Jxxx [42] 2/10 2/18 12/22 24/14 25/1 25/1 25/6 25/15 26/22 28/11 28/15 29/1 29/4 29/6 29/8 29/10 30/2 30/12 31/6 31/12 33/2 33/12 33/19 37/22 38/9 38/19 38/22 38/24 39/11 40/12 49/20 49/23 50/22 51/11 51/19 52/2 52/3 52/5 53/15 59/4 80/9 83/10
Jxxx's [2] 30/25 40/22

**K**

Kahuna [4] 28/23 70/1 70/3 70/5
kid [1] 68/7
kids [2] 14/7 15/12
kitchen's [1] 66/15
KMM [1] 1/2
kneeling [2] 55/25 59/16
knew [1] 10/10
knock [3] 9/12 11/6 11/9
knocked [13] 9/13 9/14 9/15 10/2 10/12 11/8 11/14 12/10 15/1 16/23 69/20 70/9 70/11
knocking [3] 10/24 67/23 67/23
know [46] 7/23 7/23 11/20 17/2 19/11 19/18 24/22 25/15 26/1 26/5 26/22 29/8 31/17 32/6 34/15 36/5 38/22 40/20 43/10 44/1 44/11 44/25 45/6 47/2 47/21 48/2 48/5 48/9 49/23 54/18 58/7 60/3 61/6 61/16 64/13 64/21 68/24 69/17 71/14 71/17 74/17 75/23 76/18 76/21 78/10 83/24
known [4] 76/13 76/15 76/19 76/23
knows [1] 34/6

**L**

ladies [1] 5/5 50/2
last [5] 5/25 45/10 46/6 61/3 79/25
later [14] 30/20 57/21 57/22 57/25 59/23 65/24 66/13 67/10 67/13 67/22 74/3 78/18 78/19 79/5
law [3] 3/19 3/20 4/5
lawyer [4] 41/12 76/22 77/3 82/1
lawyers [2] 41/22 41/25
lay [1] 25/19
leading [2] 80/13 82/8
learn [4] 3/18 7/21 8/2 8/10
learned [3] 3/19 7/4 8/5
learning [1] 8/12
leave [5] 51/24 58/3 58/24 77/22 77/24
led [2] 10/15 10/21
left [10] 20/1 38/8 38/19 56/22 57/4 59/24

70/18 72/16 75/18 75/22
left-hand [2] 75/18 75/22
leg [2] 23/9 26/15
lens [1] 12/5
let [8] 10/5 16/13 21/16 32/6 56/25 50/14 71/14 82/5
let's [7] 16/13 16/23 23/23 50/2 68/19 68/19 84/1
lieutenant [4] 10/7 11/13 12/13 14/18
like [32] 8/16 9/23 16/20 22/10 27/10 32/5 37/7 39/21 47/25 50/7 50/14 50/19 56/19 57/23 58/15 60/6 60/16 60/16 60/16 61/11 62/24 65/21 67/6 75/4 75/6 75/9 75/14 81/7 81/17 82/13 82/22 84/18
likely [1] 3/17
lime [1] 4/23
limine [1] 4/23
limitation [1] 4/24
limited [1] 48/23
listen [1] 84/4
little [9] 11/15 14/7 22/11 68/8 70/18 75/6 84/14 84/19 85/1
live [13] 6/2 18/9 18/13 18/15 21/16 21/25 27/13 27/15 52/11 52/15 52/21 52/23 62/5
lived [7] 21/19 22/1 23/24 56/4 62/24 76/19 77/4
living [10] 6/4 26/20 37/11 38/4 38/11 66/14 66/14 66/18 75/9 77/1
local [2] 40/7 40/10
located [1] 55/20
location [2] 8/10 34/17
long [13] 6/7 16/20 18/25 25/11 26/2 47/18 47/20 48/3 58/3 58/3 76/15 76/19 83/23
longer [1] 78/19
look [5] 22/10 51/14 54/20 69/22 75/13
looked [3] 37/7 56/19 75/9
looking [7] 9/8 7/12 9/16 10/6 14/3 16/20 84/18
looks [1] 75/4
lot [2] 13/9 40/24
loud [1] 32/8
love [1] 17/2
lowered [1] 25/19
Lumpkin [2] 4/16 4/20
lunch [4] 3/3 82/24 85/1 85/2

**M**

machine [1] 86/8
make [4] 4/25 6/11 22/24 81/20
man [4] 19/16 19/18 55/4 67/21
man's [1] 29/3
management [1] 10/25
many [20] 14/20 18/17 22/3 24/6 36/18 37/15 39/20 39/21 45/20 52/19 61/4 62/12 64/13 66/20 68/7 75/10 75/15 76/1 83/10 83/22
Maria [1] 1/15
marked [1] 50/18
Mateo [1] 30/22
may [20] 5/16 6/16 7/10 7/16 7/21 8/6 8/10 13/18 16/14 16/23 17/13 19/13 24/16 31/25 36/6 50/1 50/13 50/19 51/1 52/5
May 2nd [4] 6/16 7/10 16/14 24/16
May 3rd [5] 7/16 7/21 8/6 13/18 16/23
maybe [2] 25/12 54/23
me [77] 8/4 9/23 10/5 14/21 16/13 17/2 17/4 17/4 21/16 22/8 22/22 24/12 25/1 25/2 25/18 26/19 29/2 29/10 30/1 30/2 30/2 32/6 34/13 35/22 36/20 37/7 42/19 45/19 48/12 49/19 49/20 54/4 54/10

# M

me... [44] 54/10 55/24 56/9 56/15 56/25
57/20 57/22 57/23 57/23 57/25 60/6 60/7
60/16 60/16 60/17 60/17 62/24 63/24
63/24 65/19 65/24 67/10 68/7 70/1 70/2
70/14 73/5 75/4 75/4 78/7 78/20 78/22
78/23 78/23 78/24 79/5 80/15 82/5 82/23
83/4 83/8 83/8 83/10 83/24
mean [5] 8/20 12/17 34/6 54/12 59/2
meant [1] 58/1
Medetis [5] 1/15 2/8 2/9 2/11 2/12
meet [11] 19/16 20/12 20/16 28/15 45/20
46/5 46/9 48/6 54/15 55/15 55/25
meeting [2] 47/20 48/4
member [2] 43/18 45/1
members [1] 16/15
memory [4] 35/25 36/2 36/13 36/16
mention [1] 12/2
mentioned [4] 30/14 34/16 42/8 86/9
met [15] 20/8 28/13 45/10 46/11 46/17
47/13 55/11 55/21 68/1 68/9 70/20 71/11
71/22 76/25 77/3
MIAMI [11] 1/2 1/17 1/21 1/23 1/24 42/20
44/2 45/5 45/7 84/8 86/14
MICHAEL [1] 1/12
microphone [1] 5/17
microwave [1] 37/11
middle [2] 12/4 37/8
might [1] 9/16
mine [2] 53/12 53/13
minors [1] 84/21
minute [1] 13/23 50/3
minutes [5] 25/12 27/17 27/18 28/13
84/10
missing [17] 6/19 6/22 7/1 7/3 7/4 7/8
7/22 8/3 8/5 9/16 12/14 13/14 14/3 16/15
16/17 17/7 84/11
molestation [1] 3/16
molestation' [1] 3/13
molested [1] 3/8
moment [3] 13/10 15/17 54/20
money [14] 14/10 22/18 22/21 23/2 54/2
54/3 60/2 60/3 60/11 64/23 64/25 65/6
83/3 83/23
month [2] 74/10 74/20
MOORE [1] 1/12
mopping [2] 28/2 28/20
more [16] 3/17 4/12 22/24 39/18 42/6
61/7 62/16 64/10 64/15 64/17 64/19 71/9
74/23 75/1 80/9 84/21
morning [15] 7/21 8/5 13/18 14/17 14/20
38/13 39/16 47/22 48/6 48/7 79/22 80/11
84/7 84/16 85/4
most [1] 27/22
mother [7] 7/2 18/14 40/22 43/19 49/9
52/22 52/23
mother's [1] 30/5
motion [1] 4/22
move [12] 24/23 25/7 25/13 29/16 50/14
50/15 65/8 65/13 65/22 70/2 77/14 80/25
moved [8] 11/4 11/6 25/8 73/21 74/7
74/17 74/17 74/20
moves [2] 73/19 73/25
moving [1] 69/9
Mr [4] 1/18 2/9 2/11 2/12
Mr. [10] 3/2 4/14 14/16 15/1 15/6 34/12
41/23 42/12 46/23 84/24
Mr. Brimm [7] 15/1 15/6 34/12 41/23
42/12 46/23 84/24
Mr. Brimm's [1] 14/16
Mr. Padilla [2] 3/2 4/14
Ms [9] 1/15 1/15 1/19 2/6 2/6 2/7 2/8 2/9
2/11
much [10] 17/3 19/6 19/8 20/22 22/20
54/6 60/18 64/25 76/8 83/23
Mxxxxxxx [7] 2/8 2/17 6/25 7/1 17/17
18/2 51/7
my [49] 5/24 6/12 7/5 8/7 8/8 8/25 16/10
16/18 18/4 18/14 18/16 23/9 23/9 25/19
25/20 26/12 26/15 26/17 26/19 26/19
30/6 43/19 49/9 52/2 52/16 52/22 53/1
56/9 57/25 58/1 58/1 58/2 58/8 59/6
62/25 63/5 63/9 63/9 63/10 67/5 67/5
69/22 71/6 72/3 82/14 83/8 83/9 86/11
86/14

# N

N.E [1] 1/16
name [21] 5/23 5/24 5/25 6/21 6/24 9/5
11/20 11/22 12/19 12/21 17/22 17/24
18/1 24/1 28/22 51/7 51/11 51/24 52/2
56/9 56/10
named [5] 8/18 19/16 19/18 54/16 54/18
National [3] 6/6 6/10 7/19
needed [2] 54/4 69/9
needs [1] 29/16
NELSON [4] 2/5 5/8 5/15 5/24
never [12] 15/10 16/22 33/25 36/25 38/8
43/22 45/17 45/22 48/10 72/12 72/14
72/16
new [5] 3/18 73/19 73/21 73/25 74/7
next [18] 5/7 17/14 21/4 21/5 38/13 39/16
50/5 50/7 50/14 56/25 57/2 57/7 57/9
65/25 67/11 67/12 71/1 71/12
night [18] 13/4 27/10 28/4 28/16 38/11
49/10 49/14 49/18 49/21 49/23 66/3 66/7
66/22 68/19 68/24 69/6 77/9 78/12
nighttime [2] 65/23 77/19
nine [1] 19/2
no [121]
none [2] 34/5 46/22
Normally [1] 16/6
not [50] 4/7 4/24 7/14 7/14 7/23 7/23
10/17 13/20 14/4 14/7 14/24 15/2 15/7
15/8 15/13 15/15 16/4 16/9 16/12 30/1
30/2 30/4 30/11 30/13 32/14 32/22 33/14
34/2 34/5 34/9 35/2 36/20 39/21 42/11
47/14 48/21 50/4 51/13 53/12 59/20 60/6
60/16 60/16 60/17 60/23 61/18 79/4
83/14 84/17
note [1] 4/18
notes [1] 86/11
Nothing [6] 13/21 17/12 49/25 67/10
70/22 78/12
notice [1] 4/21
noticed [1] 14/2
now [20] 11/20 17/7 18/7 27/13 28/4
29/14 30/14 33/18 34/12 34/21 35/12
38/3 39/16 42/11 42/23 44/2 51/6 53/23
55/1 73/16
number [5] 30/4 30/5 30/11 35/23 78/7

# O

o'clock [4] 47/25 48/7 84/7 84/15
object [2] 3/24 32/12
objection [20] 9/18 31/17 33/4 33/8 33/15
33/21 34/3 36/22 37/2 41/13 42/2 42/14
46/25 47/14 60/8 73/22 74/12 76/2 80/13
82/8
occur [2] 6/11 6/13
October [1] 86/15
off [7] 13/11 15/20 22/12 42/4 57/25 58/1
80/2
Off-the-record [4] 13/11 15/20 42/4 80/2
offense [3] 3/18 4/17 4/19

OFFERED [1] 2/17
office [5] 1/16 1/19 8/16 40/25 50/21
officer [4] 6/7 11/9 30/22 33/14
officers [3] 14/20 31/11 33/18
often [4] 61/9 61/12 76/6 76/7
Oh [1] 17/6
okay [54] 4/11 5/2 5/7 5/11 5/18 8/20
10/5 10/9 14/16 19/6 23/15 23/23 23/24
24/3 24/13 24/16 24/16 24/25 25/3 25/8
25/17 25/21 27/11 27/19 28/19 29/14
31/23 31/24 32/5 36/11 39/22 45/24
46/14 50/9 53/2 54/23 55/1 56/1 56/4
58/24 59/21 61/20 62/5 63/14 68/1 68/17
69/4 73/6 80/9 80/11 81/10 83/25 84/1
85/3
old [8] 3/7 3/9 18/7 19/2 20/10 52/3 68/2
68/3
on [93]
once [9] 7/3 7/3 7/7 8/5 11/5 12/10 62/16
76/11 78/22
one [36] 4/12 9/13 10/15 10/21 11/9
12/16 12/17 13/10 13/23 20/23 20/24
25/8 29/16 35/22 37/10 37/13 37/14
37/14 37/25 39/12 39/18 63/9 63/9 64/11
65/8 66/5 66/21 67/22 73/11 75/6 75/11
75/16 78/17 79/11 79/13 84/12
only [6] 32/16 37/25 51/13 61/1 65/6
75/16
open [1] 67/24
opinion [1] 4/3
opportunity [2] 3/2 51/14
or [31] 3/15 3/20 6/4 7/22 9/3 19/20 20/2
21/23 23/12 24/8 24/13 25/12 30/2 30/6
37/13 39/21 50/15 50/21 51/10 58/15
59/14 61/9 61/24 62/19 73/2 75/18 75/21
81/11 82/15 83/22 84/4
order [2] 6/11 7/10 16/12
orders [1] 16/10
orgasm [3] 26/10 26/18 26/25
Orlando [1] 11/9
other [18] 4/1 4/2 8/8 12/14 12/19 13/17
21/18 21/18 24/13 25/7 38/1 41/5 61/18
61/24 62/3 66/5 67/6 79/13
otherwise [1] 22/24
out [20] 12/2 14/3 16/19 16/19 19/23
25/14 26/6 26/12 26/20 32/8 38/10 39/9
42/23 44/12 44/15 54/23 58/8 58/9 64/5
78/1 78/20 79/5 84/12
outside [5] 12/12 40/17 40/21 59/23 75/7
over [5] 3/3 3/9 12/4 17/7 42/19 44/2
45/10 46/15 48/10 55/4 65/19 65/20
67/10 69/11 78/23
Overruled [10] 9/19 33/9 33/22 42/15
47/1 47/15 60/9 76/3 80/14 82/9
own [2] 4/7 84/6

# P

p.m [5] 1/5 3/1 50/4 50/4 85/6
Padilla [5] 1/18 2/9 2/11 3/2 4/14
page [2] 2/5 35/23
pages [2] 1/9 86/13
pages 1 [1] 86/13
paid [2] 43/8 49/8
pants [5] 25/19 25/23 26/19 58/1 63/17
paragraph [1] 32/5
paragraphs [1] 36/10
pardon [1] 74/25
parents [7] 7/24 30/3 30/7 30/12 72/19
78/6 78/10
parents' [1] 13/5
part [1] 29/2
passed [1] 67/21
passport [3] 43/22 48/18 48/21

**P**

**past** [1] 3/16
**Pause** [2] 71/19 76/10
**pay** [7] 20/24 24/12 29/19 43/11 43/20 44/10 49/6
**penis** [38] 25/20 26/1 26/4 26/6 26/7 26/12 26/14 26/17 26/23 49/14 58/1 58/2 58/4 58/6 58/8 58/9 59/4 59/6 59/7 59/17 59/18 59/22 61/21 62/25 63/2 63/5 63/11 63/20 63/23 64/2 64/4 64/10 64/23 81/23 82/2 82/7 82/18 83/19
**people** [8] 24/13 40/19 41/5 46/8 46/14 46/22 61/24 62/3
**perhaps** [2] 46/1 85/1
**permission** [2] 9/25 13/5
**person** [2] 9/16 20/1
**persons** [1] 7/3
**pesos** [9] 19/7 19/10 22/23 22/24 60/19 65/1 65/1 65/2 83/20
**Phillips** [2] 1/19 2/6
**Phillips-Williams** [2] 1/19 2/6
**phone** [1] 53/11
**picked** [1] 70/5
**pizza** [1] 25/15
**place** [8] 21/18 25/21 28/3 28/16 29/6 29/10 29/17 57/10
**places** [2] 7/12 7/14
**placing** [1] 57/23
**Plaintiff** [2] 1/4 1/15
**Plata** [5] 6/3 40/11 40/13 40/15 41/1
**play** [1] 24/11
**played** [2] 70/15 70/18
**playing** [1] 22/8
**pleasant** [1] 84/15
**please** [11] 5/6 5/12 5/23 5/25 9/24 12/2 50/11 50/12 66/11 68/23 84/14
**point** [9] 12/2 19/23 29/23 29/23 34/21 54/23 69/6 73/19 73/25
**pointing** [3] 19/25 40/1 55/3
**police** [31] 6/6 6/7 6/10 7/19 7/25 8/16 8/21 8/23 14/20 16/16 30/17 31/11 33/14 33/18 33/25 34/2 34/5 34/6 34/7 38/10 39/16 40/7 40/10 40/15 40/17 46/23 67/22 67/24 72/16 82/6 82/15
**policeman** [3] 7/14 10/7 39/18
**policemen** [3] 16/18 39/20 40/24
**pool** [1] 44/8
**pornography** [2] 3/6 3/15
**position** [1] 59/15
**positioned** [1] 59/7
**possession** [1] 3/15
**possible** [2] 17/2 50/8
**pouring** [1] 14/4
**practices** [1] 16/4
**present** [5] 5/4 50/4 50/10 84/17 86/8
**presented** [2] 32/15
**Preserve** [1] 6/11
**prices** [1] 54/8
**prints** [1] 84/24
**problem** [1] 52/6
**procedures** [1] 16/4
**proceed** [1] 50/12
**proceeded** [2] 9/9 11/9
**proceedings** [2] 85/6 86/8
**program** [1] 80/22
**promptly** [2] 84/7 84/15
**prosecution** [1] 3/6
**prosecutions** [1] 3/14
**provided** [1] 45/5
**PUBLIC** [1] 1/19
**publish** [1] 51/1
**publishing** [1] 51/9

**Puerto** [5] 6/3 40/10 40/13 40/15 41/1
**pull** [1] 26/19
**pump** [1] 19/5
**purpose** [1] 48/24
**purposes** [1] 50/19
**pursue** [1] 4/7
**put** [7] 4/25 16/7 59/18 63/6 63/8 63/9 67/10
**Pxxxxxx** [6] 2/10 2/18 12/22 51/12 51/19 52/2

**Q**

**qualify** [1] 4/17
**question** [14] 9/21 9/22 33/5 35/3 35/4 35/20 36/13 41/17 44/21 56/25 68/23 74/13 74/14 74/15
**questions** [16] 15/22 27/8 31/1 34/9 35/16 35/25 36/3 42/6 45/17 47/4 68/17 70/14 77/9 80/9 81/22 83/25
**quick** [1] 84/25

**R**

**R-O-S-A-R-I-O** [1] 6/1
**rain** [6] 14/4 29/23 29/25 65/24 77/16 77/18
**raining** [4] 13/8 13/9 49/19 78/2
**rather** [2] 50/15 81/11
**read** [6] 32/3 32/5 32/8 32/10 36/10 84/4
**really** [2] 14/12 54/9
**recall** [1] 6/21
**receive** [1] 6/19
**received** [1] 7/3
**receiving** [2] 3/15 10/24
**recess** [2] 50/4 84/1
**recollection** [2] 31/21 32/17
**record** [15] 4/13 4/14 4/25 5/23 12/6 12/8 13/11 15/20 20/4 20/6 42/4 50/17 55/7 55/9 80/2
**recording** [1] 35/14
**REDIRECT** [9] 2/7 2/9 2/12 15/23 15/25 48/14 48/15 80/5 80/7
**refer** [1] 4/20
**references** [1] 46/1
**referring** [3] 31/18 46/14
**reflect** [2] 20/4 55/8
**reflects** [3] 12/8 20/6 55/9
**refresh** [4] 31/20 32/17 35/25 36/2
**refrigerator** [2] 37/11 66/15
**regarding** [3] 6/19 84/2 84/24
**relaxed** [1] 15/12
**relevance** [1] 42/14
**remember** [27] 12/19 22/20 26/25 31/14 32/21 32/25 35/8 35/12 35/20 36/25 49/1 49/2 55/17 58/3 61/6 64/20 65/15 67/15 75/8 75/24 76/21 77/6 80/19 81/24 82/3 82/5 83/20
**remind** [1] 84/2
**removed** [1] 25/23
**repair** [1] 53/18
**repeat** [4] 9/23 35/3 44/20 68/23
**rephrase** [1] 21/17
**report** [9] 7/3 8/23 31/14 31/18 32/14 34/2 34/5 34/6 34/7
**reported** [3] 6/21 7/1 86/8
**REPORTER** [1] 1/22 86/6 86/19
**Republic** [7] 6/5 18/10 18/11 42/24 45/3 50/21 52/14
**request** [1] 4/15
**requesting** [1] 4/3
**research** [3] 3/3 4/7 84/5
**researching** [1] 3/20
**respect** [1] 84/13
**response** [1] 4/22

**responsibility** [1] 6/12
**restaurant** [4] 28/2 28/20 28/22 70/1
**returned** [2] 16/21 60/24
**review** [1] 3/10
**revisited** [1] 5/1
**Richard** [1] 3/4
**right** [40] 15/19 20/1 22/25 23/3 28/4 29/6 31/21 32/1 36/7 41/19 41/22 43/9 46/3 48/3 48/21 48/24 49/4 50/2 50/16 50/24 51/3 57/10 66/15 66/16 68/22 71/22 73/21 75/18 75/19 75/21 76/16 78/25 79/13 79/15 79/23 79/25 79/25 80/12 82/7 82/19
**right-hand** [3] 66/16 75/18 75/21
**righty** [1] 85/3
**ringing** [1] 53/11
**robot** [7] 22/8 22/10 22/13 56/16 56/17 56/19 70/16
**room** [22] 1/23 10/4 26/20 31/6 31/11 31/15 33/3 33/11 33/12 33/19 34/12 37/9 37/11 38/3 38/4 38/11 38/19 65/18 66/18 74/9 75/9 78/14 84/11
**rooms** [5] 37/8 37/8 37/10 66/14 75/6
**ROSARIO** [9] 2/5 5/9 5/15 5/24 6/2 6/16 11/24 14/1 16/2
**round** [2] 22/14 56/20
**Rule** [3] 3/12 4/20 4/23
**rulings** [1] 3/10
**run** [1] 72/14
**Rxxxxxxxx** [6] 2/10 2/18 12/22 51/11 51/19 52/2

**S**

**Sabaneta** [9] 18/12 19/4 19/7 27/15 27/19 30/24 52/12 53/20 83/9
**safely** [1] 85/1
**said** [17] 13/2 14/12 14/17 20/19 27/1 29/10 32/16 33/14 49/20 58/18 58/22 59/17 73/7 73/8 76/23 83/18 84/11
**same** [7] 7/18 57/10 62/24 63/16 65/18 74/9 75/20
**Santa** [2] 6/3 6/4
**sat** [2] 57/21 78/17
**saw** [5] 21/8 57/1 57/7 75/23 79/25
**say** [28] 8/20 12/17 13/1 13/7 20/18 23/18 25/1 31/9 45/17 46/14 48/11 54/12 57/13 58/7 58/11 58/13 58/15 58/15 58/20 60/11 60/13 64/8 65/15 65/17 68/3 68/6 74/23 84/25
**saying** [1] 17/1
**scared** [5] 72/8 72/25 73/2 73/2 73/8
**school** [4] 18/19 18/21 53/2 53/25
**scream** [1] 39/3
**search** [2] 13/13 13/19
**seated** [3] 5/6 50/11 72/11
**second** [3] 34/22 35/22 48/3
**security** [6] 9/9 9/11 9/25 10/8 11/3 14/24
**see** [29] 3/12 11/16 11/24 19/20 19/20 21/1 21/4 21/6 24/18 28/17 39/9 54/20 54/20 55/3 56/17 56/23 57/4 57/9 61/12 66/12 75/13 75/24 81/3 81/8 81/8 81/10 82/22 84/16 85/3
**seem** [1] 81/17
**seemed** [1] 15/12
**seems** [1] 75/6
**self** [1] 50/7
**self-authenticating** [1] 50/7
**semen** [6] 58/8 58/9 58/11 59/22 64/5 64/6
**sergeant** [10] 5/24 6/2 6/6 6/9 6/16 7/18 7/21 11/24 14/16 16/2
**SESSION** [1] 1/10
**set** [1] 86/14

**S**

setting [1] 28/21
seven [2] 83/11 83/11
several [5] 7/14 61/3 73/23 75/5 76/7
sexually [1] 3/8
shape [1] 22/13
she [12] 3/8 35/14 35/16 35/18 36/1 36/3
36/18 36/20 36/21 43/20 43/20 76/25
shine [17] 18/24 18/25 19/3 19/4 20/20
23/2 23/11 24/11 27/24 29/2 42/8 42/10
53/16 53/19 53/21 83/22 83/23
shined [7] 20/17 21/1 21/9 22/22 53/19
54/6 54/13
shining [6] 14/9 19/12 19/15 42/12 54/15
81/6
shirt [1] 58/1
shoes [31] 14/9 18/24 18/25 19/3 19/4
19/12 19/15 20/17 20/20 21/2 21/9 22/22
23/3 23/11 24/11 27/24 29/3 42/8 42/10
42/13 53/16 53/19 53/19 53/21 54/6
54/12 54/15 55/24 81/6 83/22 83/23
shop [1] 53/18
shorthand [3] 86/5 86/8 86/19
should [4] 4/25 30/7 57/13 67/19
show [2] 47/7 47/10
showed [4] 22/8 31/14 71/17 72/1
showing [1] 32/16
shown [2] 50/17 51/5
side [5] 66/16 75/18 75/18 75/21 75/22
since [5] 16/6 16/11 19/2 44/12 82/22
sir [3] 5/21 43/14 44/20
sister [2] 3/8 7/2
sisters [6] 18/16 18/17 18/18 52/17 52/19
52/20
sit [1] 26/20
sitting [15] 15/4 20/1 28/25 46/5 46/8
46/22 47/19 55/4 56/15 59/9 59/10 59/14
79/3 79/24 81/7
six [1] 39/21
sleep [7] 49/21 66/3 66/9 78/20 78/24
79/6 79/18
sleeping [1] 39/11
sleeps [1] 66/4
sleepy [8] 78/18 78/19 79/4 79/5
slept [7] 38/11 49/23 66/1 66/5 66/5
79/11 79/13
slower [1] 84/20
so [56] 3/8 3/18 4/2 4/24 7/5 8/20 9/9
10/5 12/8 19/18 20/6 20/10 22/11 24/25
25/3 25/6 25/8 33/14 34/2 34/5 34/6
34/14 38/11 46/14 47/13 53/24 55/9 56/1
56/16 56/17 57/3 60/14 61/1 64/16 64/21
66/1 66/5 66/18 68/7 68/8 69/11 70/1
70/3 71/7 75/8 76/11 78/4 78/9 78/10
78/21 82/25 83/5 84/12 84/14 84/22
84/25
sofa [7] 15/4 66/10 66/16 66/17 67/14
78/17 79/24
Sol [29] 9/6 9/7 9/12 10/1 10/25 14/12
14/14 14/14 21/15 21/18 22/1 24/2 24/4
24/7 24/10 62/8 62/10 62/13 62/16 62/19
62/23 63/13 64/10 64/22 65/9 74/5 75/2
81/4 81/14
some [22] 3/3 12/5 12/5 27/8 29/23 29/23
34/21 40/19 41/5 50/7 50/14 50/15 56/16
62/8 65/4 65/6 68/17 69/6 70/14 73/19
73/25 77/9
somebody [5] 31/18 32/14 44/23 54/16
54/18
someone [2] 39/24 44/18
something [8] 3/18 26/6 32/17 34/8 35/25
36/2 47/25 82/13

sometimes [8] 24/14 24/14 61/18 61/22
81/5 81/6 83/19 83/24
somewhere [1] 83/2
son [2] 16/17 16/18
sorry [12] 31/1 32/3 32/10 35/22 41/20
43/14 44/20 48/18 53/12 57/13 68/2 82/1
Sosua [3] 6/3 52/22 52/23
SOUTHERN [3] 1/1 86/2 86/7
Spanish [11] 5/14 32/3 32/3 32/7 51/5
51/10 58/16 58/17 58/17 58/17 58/18
speak [2] 10/25 12/12
Speaking [1] 32/7
specifically [2] 8/14 55/17
speculation [1] 60/8
spell [1] 5/25
spent [1] 13/4
spinning [1] 56/17
SpongeBob [2] 80/24 83/12
ss [1] 86/1
stand [1] 78/19
standing [3] 75/12 75/17 75/20
start [4] 27/10 55/2 55/3 84/7
started [8] 25/14 25/20 57/22 58/2 65/24
77/16 84/12 84/15
state [2] 5/23 16/11
stated [1] 68/9
statement [3] 31/19 32/15 47/7
STATES [8] 1/1 1/3 1/12 3/4 17/15 51/17
86/1 86/6
States' [2] 4/21 4/22
stating [1] 34/7
station [4] 40/7 40/10 40/15 40/17
Statistics [1] 50/22
stay [9] 30/1 49/18 49/19 52/25 52/25
65/24 66/7 77/20 78/4
stayed [8] 29/25 38/6 43/3 65/25 67/13
79/3 79/4 79/18
staying [3] 16/19 44/4 78/19
stenographic [1] 86/11
step [3] 12/11 17/13 50/1
still [5] 3/23 7/22 8/3 8/5 79/22
stipulate [1] 46/10
stop [1] 42/18
stopped [1] 42/12
story [2] 37/13 37/14
street [3] 1/16 1/20 14/8
strike [3] 21/16 68/2 82/5
substantive [1] 84/22
suck [6] 25/20 61/21 63/20 63/23 64/10
83/19
sucked [16] 26/1 26/4 49/13 58/4 58/6
59/21 62/25 63/1 63/11 64/2 64/3 64/23
81/23 82/2 82/7 82/18
sucking [7] 26/7 26/14 26/23 58/2 59/4
59/7 59/17
sun [1] 38/10
superior [5] 8/8 8/8 8/9 8/25 9/2
superiors [2] 7/5 7/7
supervisor [2] 11/11 12/13 16/10 16/12
supervisors [2] 11/6 12/10
sure [4] 4/7 6/11 68/24
Sustained [7] 33/5 33/16 34/4 36/23 37/3
41/14 42/3
swallowed [4] 26/12 26/18 26/25 59/22
swear [1] 5/12
sworn [4] 5/13 5/15 17/17 51/19
Sxxxx [2] 2/8 2/17 6/25 7/1 17/17 18/2
51/7

**T**

table [4] 46/5 46/8 46/11 47/19
take [5] 16/8 50/3 54/20 54/20 63/24
taken [2] 44/12 44/15

taking [1] 63/17
talk [15] 9/9 16/13 16/23 23/23 24/16
24/20 24/25 29/4 45/24 46/17 46/19
47/18 68/19 68/19 84/3
talked [7] 29/8 30/17 45/13 45/15 45/22
81/22 81/23
talking [10] 40/19 41/5 41/8 41/22 41/25
60/23 73/6 73/6 73/23 76/16
teenagers [3] 14/3 14/6 14/7
telephone [1] 78/7
television [9] 25/14 26/21 26/24 67/14
78/18 78/23 79/3 79/4 79/24
tell [31] 16/16 17/22 20/8 23/8 24/9 31/11
33/7 33/11 33/18 37/7 45/19 48/12 51/24
55/11 56/10 58/18 62/22 63/22 67/17
72/19 72/21 73/3 73/4 75/4 82/6 82/6
82/12 82/13 82/16 82/23 83/10
telling [2] 36/25 82/22
tells [1] 29/16
ten [2] 6/8 50/3
ten-minute [1] 50/3
tender [2] 27/3 68/12
testified [4] 28/13 49/13 70/15 71/20
testify [1] 84/23
testifying [2] 48/24 84/21
testimony [4] 4/15 4/19 5/10 45/15
than [16] 3/20 4/1 12/14 21/18 22/24
39/18 61/7 62/16 64/11 64/15 64/17
64/19 71/9 74/24 75/1 84/20
Thank [11] 17/13 32/18 32/21 36/8 48/13
50/1 51/1 55/6 80/3 80/4 85/5
that [264]
that's [17] 4/5 8/25 11/15 22/24 29/21
34/4 37/12 46/5 48/13 52/25 55/20 74/5
74/12 76/17 78/25 80/3 80/13
their [1] 13/5
them [19] 5/12 7/6 13/3 13/9 16/6 30/13
31/4 31/6 45/7 45/20 46/17 47/13 48/6
54/9 73/3 73/4 78/7 78/8 82/16
then [19] 10/25 16/11 16/25 19/5 20/10
25/1 25/19 29/6 38/15 40/10 54/18 59/23
65/24 66/13 67/13 72/23 76/25 79/5
84/22
there [78] 3/5 4/13 7/4 8/18 9/13 11/13
12/4 13/18 14/9 14/11 14/11 14/22 14/22
14/22 18/13 22/6 22/15 25/5 28/1 28/7
30/22 34/14 34/19 36/19 37/8 37/9 37/9
37/10 37/11 37/15 37/22 38/6 38/17
38/22 39/7 39/18 39/20 39/22 39/24
39/24 40/7 40/22 40/25 41/3 41/5 52/15
52/25 55/4 55/23 56/6 56/15 57/10 65/25
66/14 66/15 66/16 66/18 66/20 70/7
70/15 70/18 71/7 71/17 72/4 73/23 76/7
76/7 76/9 76/11 77/12 79/3 79/9 79/9
79/16 81/8 81/8 81/10 83/10
there's [8] 4/7 66/13 66/13 66/14 66/14
66/15 66/18 83/15
these [4] 12/23 13/4 46/14 51/14
they [32] 4/1 8/2 8/4 8/7 13/2 13/8 13/18
15/13 30/18 31/1 42/19 44/10 44/16
45/17 45/19 45/24 46/1 46/2 46/14 46/19
47/4 47/7 47/10 48/10 48/12 50/24 52/21
54/10 54/14 54/12 67/23 73/11
They'll [1] 51/14
they're [1] 4/4
they've [1] 45/15
thing [1] 63/16
things [1] 43/6
think [9] 4/2 4/4 14/14 22/3 24/6 25/12
32/16 37/16 60/6 61/4 64/16 64/19 64/21
75/7 75/14 75/23 78/9 83/11 83/22
this [35] 4/2 4/4 4/5 6/16 8/6 16/20 17/2
29/12 30/24 32/5 32/14 32/14 36/13

# T

**this...** [22] 41/16 41/18 41/23 42/23 43/1 43/3 43/6 43/8 43/20 43/22 43/25 45/11 46/8 46/11 46/20 48/23 51/13 51/17 72/10 74/10 86/12 86/15
**those** [16] 6/14 13/14 14/3 22/6 37/17 37/19 43/6 44/19 44/23 45/1 45/3 45/5 48/10 81/4 84/24 84/25
**though** [4] 72/25 73/7 73/8 82/18
**thought** [1] 53/12
**three** [3] 39/7 64/17 84/22
**through** [8] 1/9 3/23 67/21 67/22 81/6 81/8 85/1 85/1
**tie** [1] 84/24
**time** [37] 3/7 4/6 4/8 4/17 16/20 21/1 34/22 37/25 38/1 48/1 48/8 51/13 51/17 56/25 57/4 60/21 61/3 61/21 64/2 64/11 65/2 65/6 69/15 70/15 70/20 71/14 73/7 73/9 73/13 73/16 74/2 77/1 79/25 84/9 84/12 84/13 84/14
**times** [25] 22/3 22/6 24/6 24/8 34/19 36/18 37/5 37/17 37/19 37/24 45/20 61/2 61/4 62/12 64/13 64/17 64/19 65/4 67/6 71/7 76/1 76/7 81/3 81/4 81/13
**tip** [1] 54/11
**today** [8] 11/25 19/20 19/21 44/18 44/23 45/15 45/18 54/21
**told** [23] 8/7 25/1 25/2 26/19 29/6 30/1 30/7 31/4 31/6 33/2 33/25 34/13 42/19 42/20 45/19 65/24 68/2 68/3 78/6 78/20 79/3 79/5 82/2
**tomorrow** [3] 84/7 84/16 85/3
**too** [1] 83/8
**took** [8] 10/3 10/3 11/3 30/14 49/2 57/25 57/25 58/1
**top** [1] 22/11
**touch** [8] 23/5 23/8 23/20 26/16 62/19 66/24 67/1 67/4
**touched** [7] 23/9 23/9 23/13 23/16 23/18 71/20 72/4
**touching** [3] 56/17 57/22 84/5
**tourist** [2] 11/19 16/8
**tourist's** [1] 11/20
**tourists** [1] 14/10
**towards** [1] 29/12
**town** [3] 8/18 8/21 14/6
**transcript** [4] 1/11 86/10 86/11 86/12
**translate** [1] 58/24
**translation** [3] 51/4 51/6 51/16
**translations** [2] 50/23 84/20
**translator** [2] 58/24 59/1
**travel** [2] 43/8 43/20
**treat** [1] 81/17
**trial** [6] 1/11 3/7 4/13 44/18 44/23 48/11
**tried** [3] 23/8 23/12 72/14
**TROY** [83] 1/8 11/23 11/23 11/24 12/7 12/10 19/16 19/18 19/21 20/8 20/12 21/10 21/16 21/19 21/25 22/3 22/15 22/17 23/5 23/24 24/3 24/18 24/22 24/25 25/3 27/10 28/4 28/14 28/17 28/24 29/4 29/8 29/16 30/1 30/7 30/14 30/17 31/2 31/7 34/21 38/3 41/16 54/16 54/18 54/21 55/21 56/5 65/8 65/14 66/6 66/22 68/20 68/24 69/15 70/12 70/20 71/14 71/17 71/20 71/22 72/4 73/19 73/21 73/25 74/7 74/17 74/17 76/13 76/23 76/24 77/4 77/10 77/14 78/6 79/13 81/1 81/3 81/23 82/2 82/7 82/18 83/18 83/19
**Troy's** [22] 29/6 29/10 29/14 29/25 34/16 49/24 69/6 69/11 70/2 70/7 70/9 70/9 71/1 72/23 73/9 73/11 73/13 77/20 78/4 78/14 80/25 83/16

**true** [5] 17/8 33/14 34/2 75/1 86/10
**truth** [2] 45/19 48/12
**try** [7] 7/10 19/23 23/5 23/20 32/13 62/19 84/14
**trying** [1] 14/10 34/7
**turn** [1] 22/12
**TV** [6] 15/4 38/17 44/6 79/16 80/12 80/19
**twice** [5] 22/5 45/21 61/7 64/15 71/9
**two** [37] 12/16 12/23 13/4 14/21 15/12 18/18 18/18 22/6 30/20 34/19 36/10 37/5 37/8 37/8 37/13 37/17 37/19 39/7 47/13 48/10 52/20 54/8 55/14 61/1 68/10 71/7 75/6 75/7 75/24 76/8 76/13 76/23 78/17 79/9 84/21 84/23

# U

**U.S** [4] 1/16 1/23 16/9 48/18
**um** [8] 37/11 38/10 57/20 57/21 58/7 58/7 60/6 67/12
**under** [3] 4/16 4/18 4/20
**understand** [4] 27/11 74/14 74/15 77/10
**understands** [1] 59/1
**Understood** [1] 34/10
**underwear** [1] 26/19
**unfamiliar** [1] 84/8
**uninvited** [1] 81/18
**UNITED** [10] 1/1 1/3 1/12 3/4 4/20 4/22 17/15 51/17 86/1 86/6
**until** [2] 38/9 65/25
**unwelcomed** [1] 81/20
**up** [14] 3/3 4/19 26/19 28/21 38/13 39/11 67/12 67/24 69/20 70/5 71/17 72/1 78/19 79/22
**upset** [6] 15/15 17/1 17/5 17/6 40/3 61/11
**us** [17] 10/3 10/3 11/3 16/10 17/22 19/23 23/8 24/9 46/10 51/24 54/23 55/11 58/18 62/22 66/11 67/17 84/12
**used** [7] 18/24 18/25 19/4 42/8 53/8 53/16 57/21
**using** [2] 5/9 31/20

# V

**versus** [1] 3/4
**very** [9] 4/14 15/12 15/15 17/1 17/3 17/6 71/1 71/11 76/6
**Viamontes** [3] 1/15 2/6 2/7
**victim** [2] 4/17 84/22
**video** [3] 39/24 40/1 47/10
**violent** [1] 15/8
**visa** [1] 48/23
**visit** [7] 9/2 24/3 24/9 62/9 62/12 62/15 83/18
**visited** [3] 22/18 24/6 75/1
**Vital** [1] 50/22
**VOLUME** [1] 1/10

# W

**walk** [2] 66/12 66/13
**walked** [5] 69/11 69/20 70/3 70/7 78/1
**wall** [2] 66/14 75/14
**want** [15] 4/6 4/14 24/16 30/1 30/2 49/10 49/20 52/24 68/1 68/24 73/3 77/9 77/18 78/2 78/3
**wanted** [14] 4/18 4/24 20/17 21/9 52/24 54/10 55/24 56/15 57/20 63/19 63/22 77/20 77/22 78/8
**was** [209]
**wasn't** [10] 14/22 40/3 40/5 53/13 54/9 72/2 75/8 78/18 78/23 83/12
**watch** [4] 25/14 26/20 78/18 83/12
**watched** [1] 38/17
**watching** [11] 15/4 26/24 67/14 78/23 79/3 79/4 79/16 79/24 80/12 80/19 80/22

**we** [27] 3/2 3/3 3/10 4/6 7/12 7/13 7/14 7/14 8/13 9/8 9/8 9/13 9/13 9/14 12/25 16/6 16/6 16/11 25/14 29/2 50/6 50/7 73/23 84/12 84/14 84/20 84/23
**we'd** [2] 50/14 55/7
**we'll** [3] 46/10 84/7 84/16
**we're** [2] 76/16 84/11
**wearing** [5] 12/3 23/12 23/15 54/24 55/5
**week** [6] 44/2 45/10 61/18 76/9 76/11 83/10
**weeks** [2] 76/8 76/8
**well** [22] 3/2 3/22 4/2 4/22 4/25 13/19 14/22 14/24 15/8 16/10 18/23 19/12 41/6 42/12 45/7 51/5 51/6 51/16 62/5 67/22 75/5 85/2
**went** [50] 7/12 7/14 8/7 8/13 8/20 9/2 9/8 9/13 10/9 10/15 10/21 14/3 22/3 22/6 23/11 24/9 25/14 25/18 38/9 38/10 38/19 40/7 40/10 40/25 56/1 57/3 57/20 59/23 61/4 61/20 61/21 61/23 67/22 69/22 70/15 72/23 73/13 73/16 76/1 76/7 78/14 78/21 78/25 79/6 80/25 81/3 81/13 82/18 82/25 83/18
**were** [75] 6/16 7/16 7/18 9/11 9/16 9/25 11/13 12/23 13/8 13/18 14/20 15/4 16/2 19/12 19/15 20/10 22/15 23/12 25/18 25/18 28/9 28/11 29/2 31/11 33/7 33/11 33/18 37/5 37/8 37/15 37/17 37/18 38/1 38/3 39/18 39/20 40/15 41/5 41/25 42/20 45/5 49/16 52/9 54/5 54/9 57/9 58/9 62/18 68/3 68/22 68/24 69/2 69/4 69/17 71/15 71/17 72/4 72/8 72/25 73/2 73/7 74/23 74/24 75/12 77/12 77/14 78/10 78/16 79/9 79/15 80/1 80/19 81/17 82/15 83/5
**weren't** [2] 34/14 73/2
**wet** [3] 30/2 49/20 78/3
**what** [118]
**what's** [5] 12/21 28/22 33/5 50/17 84/18
**whatever** [1] 4/6
**when** [98]
**where** [64] 3/23 6/2 7/12 8/10 8/12 8/25 9/10 9/14 10/10 11/3 11/5 11/15 16/18 17/10 18/9 19/3 20/14 21/14 21/14 21/19 21/21 23/24 25/23 25/24 26/22 28/16 28/19 28/20 28/24 29/1 29/2 49/21 49/23 52/11 52/21 53/19 55/3 55/15 55/17 55/19 57/9 59/8 59/10 59/12 62/7 63/8 63/11 63/25 66/3 66/4 66/9 67/1 67/2 67/4 68/24 69/2 69/23 69/25 72/10 77/6 78/10 78/16 79/2 79/25
**whereby** [1] 4/23
**WHEREOF** [1] 86/14
**whether** [4] 7/22 8/2 48/17 48/18
**which** [3] 3/24 46/8 73/23
**while** [10] 26/6 26/13 26/22 37/17 37/18 44/10 59/17 72/4 72/10 79/15
**white** [1] 22/11
**who** [26] 7/1 10/3 10/6 11/8 11/9 11/16 11/18 12/4 18/13 28/15 31/14 33/2 40/21 41/8 46/1 46/8 47/19 49/8 52/15 56/4 65/11 65/13 66/5 71/5 71/24 84/23
**whole** [2] 28/7 38/11
**whose** [1] 54/12
**why** [22] 8/23 9/15 9/15 10/1 12/23 13/4 17/4 17/14 19/10 49/18 52/23 52/25 53/23 54/1 54/8 60/3 60/5 81/4 82/12 82/21 83/2 83/14
**will** [1] 50/24
**Williams** [2] 1/19 2/6
**within** [2] 8/21 8/23
**without** [1] 13/5
**witness** [19] 4/16 5/7 5/15 12/7 17/14 17/16 17/17 20/5 27/4 32/14 46/11 50/5

## W

**witness... [7]**  50/7 50/14 51/17 51/19 55/8 68/12 86/14
**witness's [1]**  5/10
**witnesses [3]**  84/22 84/23 84/25
**woke [2]**  39/11 79/22
**woman [8]**  34/24 35/6 35/8 35/12 47/5 47/8 47/11 55/5
**word [1]**  60/16
**words [1]**  32/7
**work [13]**  7/24 18/23 27/19 28/1 53/6 53/8 53/10 53/15 53/15 53/23 54/1 65/21 65/21
**worked [1]**  53/18
**working [4]**  6/16 7/16 7/18 28/9
**workmate [1]**  71/6
**would [65]**  3/24 5/2 9/23 13/2 13/2 13/9 17/15 20/10 22/20 22/22 22/24 23/2 23/2 24/11 24/11 24/12 24/14 24/14 27/3 27/19 27/22 27/24 28/3 31/14 31/18 32/5 35/25 36/2 45/17 48/11 50/7 51/17 54/4 54/4 54/10 59/2 63/19 63/22 63/24 63/24 63/25 65/6 68/12 70/1 71/7 75/6 75/13 75/17 78/10 78/23 81/5 81/7 81/8 81/8 81/14 82/22 82/23 83/19 83/19 83/22 83/23 84/9 84/22 84/25 84/25
**wouldn't [1]**  68/7
**wrong [1]**  35/23

## X

**xx [2]**  18/6 18/6
**Xx/xx/1999 [1]**  18/6
**xxth [1]**  52/8
**Xxxxxxxx [1]**  52/8

## Y

**Yasica [3]**  18/12 52/12 53/20
**Yeah [2]**  58/19 78/22
**year [6]**  6/17 8/6 20/9 51/8 52/9 76/18
**years [12]**  3/7 3/9 6/8 19/2 20/10 55/14 68/7 68/10 73/17 75/24 76/13 76/23
**yell [1]**  39/1
**yelling [1]**  40/5
**yes [297]**
**yet [1]**  79/4
**you [683]**
**you'd [3]**  81/10 82/19 83/5
**you'll [1]**  51/13
**you're [4]**  34/7 44/10 71/3 75/20
**you've [6]**  44/2 44/12 45/10 45/10 45/13 76/13
**young [1]**  68/7
**your [147]**
**yourself [6]**  14/17 32/10 36/10 38/1 84/9 84/10