UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-CR-20482-MOORE

UNITED STATES OF AMERICA,

vs.

TROY DOUGLAS BRIMM,

     Defendant(s).

_____/

**SENTENCING MINUTES**
**DATE:  01/10/2013**
**TIME:  45 Minutes**

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Judy Wolff |
| AUSA: | Maria K. Meditis |
| Deft. Counsel: | Joaquin Padilla, Bonnie Phillips Williams |
| Interpreter: | None |

Government's Request for Upward Variance DENIED

**JUDGMENT AND SENTENCE**

| | |
|---|---|
| Imprisonment: | 413 Months.   The term consists of 287 Months as to Count 1 and 2, to be served concurrently with each other, and 120 Months as to Count 3, to be served consecutively to Counts 1 and 2, and an additional consecutive term of 6 months, pursuant to 18 U.S.C. §3147. |
| Supervised Release: | Life as to Counts 1, 2 and 3, all such terms to run concurrently; special conditions as set forth in Part G of the Pre-Sentence Investigation Report. |
| Assessment | $ 300.00 |
| Restitution: | The victims' losses are not yet ascertainable.  A final determination of the victims' losses is hereby scheduled for **April 4, 2013 at 2:00 PM** in Courtroom 13-1, United States Federal Courthouse, Miami, Florida |

**Remanded to USM**

| | |
|---|---|
| Recommendations: | None requested. |