FILED by ABM D.C.
ELECTRONIC

NOV. 8, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 08, 2013

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-13965-DD
Case Style: USA v. Troy Brimm
District Court Docket No: 1:12-cr-20482-KMM-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/ej
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-13965-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TROY DOUGLAS BRIMM,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

Before: TJOFLAT, HULL and MARTIN, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Defendant-Appellant Troy Brimm has appealed from the magistrate judge's August 14, 2013 order, which denied without prejudice his motion to amend an earlier magistrate order granting in part and denying in part his motion for the return of property under Fed.R.Crim.P. 41(g). We lack jurisdiction to review directly the magistrate's decision. *See* 28 U.S.C. § 1291; *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.