FILED by __PG__ D.C.

JUL 2 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

12-CR-20482-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TROY DOUGLAS BRIMM,

    Defendant.
_____/

## SECOND MOTION FOR RETURN OF PROPERTY

    COMES NOW, the Defendant, Troy Douglas Brimm, and pursuant to Rule 41(g), Federal Rules of Criminal Procedure, hereby files this Second Motion for Return of Property and respectfully requests this Court enter its Order granting the motion. In support thereof Brimm states as follows:

1.    On October 12, 2012, Brimm, by and through Counsel, Assistant Federal Public Defender ("AFPD") Joaquin Padilla, moved this Court for the return of his lawful property. (D.E. 58).

2.    The Government responded on November 16, 2012 (D.E. 68), that it "does not object to the Defendant's request for the return of the items listed in paragraphs 6.a through 6.m and paragraphs 6.s through 6.rr" of Brimm's motion. Id., p. 2. "The United States however objects to the return of the items listed in paragraphs 6.n through 6.r and paragraph 6.ss, that is, the Discover credit cards, Bank of the West check books, photographs and documents, and United States passport, respectively, because the United States' need for these items

as evidence continues." Id. "Indeed, the Defendant's motion for return of these items is premature given that the proceedings in this case have not yet ended." Id. (citing United States v. Saunders, 957 F.2d 1488, 1495 (8th Cir. 1992) (holding that defendant's "motion for the return of the paperwork, even papers that were not introduced at trial, was premature because defendant's direct appeal was still pending")).

3. On December 4, 2012, this Court[1] granted in part and denied in part Brimm's motion. (D.E. 69). Judge Torres ordered that the Government "may retain items 6n, 6o, 6p, 6q, 6r, and 6rr." Id., p. 4. Judge Torres denied this portion of Brimm's motion without prejudice and stated that Brimm "may seek to recover those items once they no longer hold evidentiary value to the Government." Id.

4. On December 10, 2012, in response to the Government's motion to clarify the Order (D.E. 70), Judge Torres entered his Corrected Order (D.E. 72) clarifying that the Government "may retain items 6n, 6o, 6p, 6q, 6r, and 6ss [not 6rr]." Id., p. 4.

5. Since Brimm's direct appeal is no longer pending, the appeals court having affirmed Brimm's conviction and sentence on April 28, 2015 (Appeal No. 13-10392), the Government no longer has a need for these items as evidence. Therefore, Brimm asserts that he is entitled to their return forthwith. See United States v. Wright, 619 F.2d 930, 939 (D.C. Cir. 1979) ("[W]hen property is seized from a person, the court must return it to that person when it is no longer needed by the government. The court is obligated to restore the status quo ante.")

6. Brimm is mindful of the Government's policy not to ship property directly to its owner or agent. Therefore, Brimm respectfully requests this Court to issue an order directing the Government to send items 6n, 6o, 6p, 6q, and 6r

---

[1] The Honorable Edwin G. Torres, United States Magistrate Judge.

to the Homeland Security Investigations ("HSI") office in Kalispell, Montana.[2] Brimm's agent, Mr. Justin Green, will then collect the items in person and take responsibility for them. The Government has Mr. Green's contact information on file.

WHEREFORE, the Defendant, Troy Brimm, respectfully requests this Court enter its Order granting the motion.

Executed this 21st day of July, 2015.

Respectfully submitted,

Troy Brimm, Defendant
USP Tucson 85908-022
PO Box 24550
Tucson, AZ 85734-4550

---

[2] This Court has directed the HSI office in Miami, Florida, to send Brimm's other property to the HSI office in Kalispell, Montana. (D.E. 202).

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that I served this SECOND MOTION FOR RETURN OF PROPERTY on the Clerk of the Court by placing a copy of said motion in the legal receptacle at the U.S. Penitentiary, Tucson, having affixed sufficient U.S. First Class postage for mailing.

July 21, 2015
Date

Troy Brimm, Defendant
USP Tucson 85908-022
PO Box 24550
Tucson, AZ 85734-4550

Troy Brimm 85908-022
U.S. Penitentiary, Tucson
P.O. Box 24550
Tucson, AZ 85734-4550

7014 2870 0001 4643 5930

USPS INSPECTED
By

⇔ 85908-022 ⇔
U S Dist Court-S D Florida
Attn: Clerk of the Court
400 N Miami AVE
Room 8N09
Miami, FL 33128-7716

LEGAL MAIL