FILED by FG D.C.

JUL 28 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

12-CR-20482-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TROY DOUGLAS BRIMM,

    Defendant.
_____/

## MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, the Defendant, Troy Douglas Brimm, and moves this Honorable Court to issue an order directing the Government to show cause why it has not returned Brimm's property. In support of this motion, Brimm submits the following:

1. On June 15, 2015, in the matter of Brimm's Motion for Protective Order in re Property (D.E. 174), this Court entered an Order (D.E. 202) directing the Homeland Security Investigations ("HSI") office in Miami, Florida, to ship Brimm's property to HSI's office in Kalispell, Montana, and to contact Brimm's mother, Ms. Karen Stensaas, upon its arrival.

2. On June 19, 2015, in response to the Order, Brimm sent a letter (Exh. A) to Assistant U.S. Attorney Maria K. Medetis informing her that, since Ms. Stensaas was now deceased, Brimm's agent in Kalispell, Montana, would be his brother, Mr. Justin Green, Attorney-in-Fact for Ms. Stensaas.

3. To date, no one from the Government or any HSI office has contacted Brimm nor Mr. Green with respect to Brimm's property.

- 1 -

4. At all times since December 12, 2012, the Government has been aware of Brimm's legal claim to his property and has been able, at any time, to return it to Brimm's agent via the HSI office in Kalispell, Montana, notwithstanding Brimm's recent suggestion.

5. The Government expressly stated, on June 17, 2014, over a year ago, that it was prepared to return the property because "the United States has no interest in retaining the Defendant's property". (D.E. 176, p. 1) The Government requested an order from this Court directing the HSI office in Miami to ship Brimm's property to the HSI office in Kalispell, Montana. This order was given a month ago.

6. The retention of Brimm's property has been and will continue to be a willful and deliberate violation of Brimm's due process rights since, for nearly three years, the Government has had no legal authority to retain it. See United States v. Watkins, 120 F.3d 254, 256 (11th Cir. 1997).

WHEREFORE, Brimm respectfully requests that this Court direct the Government to show cause why it is unable or unwilling to comply with this Court's order directing the return of Brimm's property.

Executed this 21st day of July, 2015.

Respectfully submitted,

Troy Brimm, Defendant
USP Tucson 85908-022
PO Box 24550
Tucson, AZ 85734-4550

- 2 -

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that I served this MOTION FOR ORDER TO SHOW CAUSE on the Clerk of the Court by placing a copy of said motion in the legal mail receptacle at the U.S. Penitentiary, Tucson, having affixed sufficient U.S. First Class postage for mailing.

July 21, 2015
Date

Troy Brimm, Defendant
USP Tucson 65908-022
PO Box 24550
Tucson, AZ 85734-4550

June 19, 2015


United States Attorney's Office
Attn: AUSA Maria K. Medetis
99 NE Fourth Street
Miami, FL 33132-2111


Re: USA v. Troy Douglas Brimm, 12-CR-20482-KMM, [202] Order directing the return of property.

Dear Ms. Medetis:

    In regards to the above referenced court order, please be advised that my mother, Ms. Karen Stensaas, is now deceased. The person who will take possession of my property in person from the HSI office in Kalispell, MT, is my brother and Ms. Stensaas's attorney-in-fact, Justin Green.

    Please direct the HSI office to contact Mr. Green at (406) 250-5786, or by e-mail at greenacudoc@lycos.com.

    Thank you.


Sincerely,

/s/ Troy Brimm
Troy Brimm
USP Tucson 85908-022
PO Box 24550
Tucson, AZ 85734-4550


cc: File

EXHIBIT A

Troy Brimm 85908-022
U.S. Penitentiary, Tucson
P.O. Box 24550
Tucson, AZ 85734-4550

7014 2870 0001 4643 5930

USPS INSPECTED
BY

⇔ 85908-022 ⇔
U S Dist Court-S D Florida
Attn: Clerk of the Court
400 N Miami AVE
Room 8N09
Miami, FL 33128-7716

LEGAL MAIL