UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>12-CR-20482-KMM(s)</u>

UNITED STATES OF AMERICA

v.

TROY DOUGLAS BRIMM,

      **Defendant.**
_____/

**UNITED STATES' RESPONE OPPOSING DEFENDANT'S
SECOND MOTION FOR RETURN OF PROPERTY [D.E. 208]**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response opposing Defendant, Troy Douglas Brimm's *pro se* Second Motion for Return of Property (hereinafter "Defendant's Motion") [D.E. 208] .

In his motion, Defendant requests the return of items 6n, 6o, 6p, 6r, and 6ss. *See* Defendant's Motion at 2. These items were among the many items Defendant included in his October 12, 2012, motion for return of property [D.E. 58]. In December 2012, this Honorable Court denied Defendant's motion in part and granted the United States' request to retain items 6n, 6o, 6p, 6r, and 6ss because the United States need for these items as evidence y held evidentiary value to the United States. [D.E. 69 and 70]. The Court further directed that Defendant could seek to recover these items once they no longer held evidentiary value to the United States. *Id.*

Defendant contends that since the Eleventh Circuit Court of Appeals affirmed his conviction and sentence, these items are of no evidentiary value to the United States, and should be returned "forthwith." *See* Defendant's Motion at 2.

The United States disagrees. Defendant has filed two motions for new trial, which are currently pending before this Court. Should this Honorable Court grant either of these motions, this matter could proceed to trial. Accordingly, the United States maintains that items 6n, 6o, 6p, 6r, and 6ss are still of evidentiary value as they may be needed as evidence should this matter proceed to trial. In short, Defendant's instant motion is premature and should be denied.

## CONCLUSION

For the reasons explained, the United States respectfully requests that Defendant *pro se* Second Motion for Return of Property be denied.

                                            Respectfully submitted,

                                            WIFREDO A. FERRER
                                            UNITED STATES ATTORNEY
BY:   *s/Maria K. Medetis*
                                            Maria K. Medetis
                                            Assistant United States Attorney
                                            Court Identification No.: A5501214
                                            99 Northeast 4th Street
                                            Miami, Florida 33132-2111
                                            Tel: (305) 961- 9010
                                            Fax: (305) 530- 7976
                                            Maria.Medetis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to counsel of record.  I further certify that on August 3, 2015, a copy of this document will be sent via certified mail to defendant Troy Douglas Brimm, Register No. 85908-022, U.S.P. Tucson, U.S. Penitentiary, PO Box 24550, Tucson, Arizona 85734-4550.

/s/ *Maria K. Medetis*
Maria K. Medetis